**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| HILL HOLLIDAY CONNORS | ) | |
| COSMOPULOS, INC., D/B/A | ) | |
| ERWIN-PENLAND, | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY GREENFIELD AND | ) | |
| 1st APPROACH, LLC, | ) | CIVIL ACTION NO. 6:08-3980-GRA |
| | ) | |
|     Defendants, and Third Party Plaintiffs | ) | CONSENT ORDER |
| | ) | CONTINUING HEARING |
| v. | ) | |
| | ) | |
| CELLCO PARTNERSHIP d/b/a | ) | |
| VERIZON WIRELESS, and | ) | |
| JOSEPH A. ERWIN, | ) | |
| | ) | |
|     Third-Party Defendants. | ) | |

Upon motion of Plaintiff and upon consent of Defendants, the hearing scheduled in this

matter for April 28, 2009 for Defendants' motion to compel, is continued until the next regularly

scheduled motions hearing date of this Court.

IT IS SO ORDERED.
_____

_G. Ross Anderson, Jr._

G. Ross Anderson, Jr.
Senior United States District Judge

April 24, 2009
Anderson, South Carolina

**WE SO MOVE:**

_____
Bernie W. Ellis, Fed. I.D. 5650
Rita M. McKinney, Fed. I.D. 4850
McNair Law Firm, P.A.
Post Office Box 447
Greenville, SC 29602
Phone: 864-271-4940
Fax:     864-271-4015
Email:  bellis@mcnair.net
             rmckinney@mcnair.net
Attorneys for Plaintiffs


Greenville, South Carolina
April 23, 2009


*Of Counsel*

Brenda R. Sharton
Neil T. Smith
Kunal Pasricha
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Phone:        617-570-1000
Fax:          617-523-1231
Email:  bsharton@goodwinprocter.com
             nsmith@goodwinprocter.com
             kpasricha@goodwinprocter.com

**ASSENTED TO:**

1st APPROACH, LLC, and
JEFFREY GREENFIELD

By their attorney,

The Law Office of P. Jeffrey North LLC

By:     <u>P. Jeffrey North, Esq.</u>
Attorney ID# 9885
P.O. Box 7525
Hilton Head SC 29938
Phone: 843-341-5200
Fax:     888-487-7624
Email: attorney@pjnorth.com