**THE HONORABLE G. ROSS ANDERSON, JR.**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

**MOTIONS CALENDAR**
**MONDAY, SEPTEMBER 21, 2009**

TO: MEMBERS OF THE BAR AND OTHER PARTIES LISTED ON THE ATTACHED CALENDAR

PLEASE TAKE NOTICE THAT MOTIONS ARE SCHEDULED FOR HEARING BEFORE THE HONORABLE G. ROSS ANDERSON, JR., UNITED STATES DISTRICT JUDGE, AT THE **G. ROSS ANDERSON, JR. FEDERAL BUILDING AND UNITED STATES COURTHOUSE, 2ND FLOOR COURTROOM, 315 SOUTH MCDUFFIE STREET, ANDERSON, SOUTH CAROLINA** ON **MONDAY, SEPTEMBER 21, 2009**, AT THE TIMES LISTED ON THE ATTACHED CALENDAR.

PLEASE NOTIFY GEORGIA KRAMER IN THE CLERK'S OFFICE AT (864) 241-2701 OF ANY SETTLEMENTS.

BY DIRECTION OF THE COURT

LARRY W. PROPES, CLERK OF COURT
UNITED STATES DISTRICT COURT

August 31, 2009

| | | |
|---|---|---|
| **10:00 am**<br>**6:08-03980** | **Hill Holliday Connors Cosmopulos Inc v. Greenfield et al** | |
| Pla, Cntdft | Hill Holliday Connors Cosmopulos Inc | Bernie W Ellis<br>Brenda R Sharton<br>Neil Thomas Smith<br>Rita M McKinney |
| Dft, Cntclm, 3ptyplt<br>Dft, Cntclm, 3ptyplt | Jeffrey Greenfield<br>1st Approach LLC | Phillips Jeffrey North<br>Frederick J Jekel<br>Paul J Doolittle |
| 3ptydft | Cellco Partnership | Robert A Muckenfuss |
| 3ptydft | Joseph A Erwin | Bernie W Ellis |
| Plaintiff's Motion for Phased Discovery | | Filed: 7/28/2009 |

| | | |
|---|---|---|
| **10:15 am**<br>**8:08-03697** | **Satterwhite v. Raymond Corporation** | |
| Plt | Jesse James Satterwhite Jr | Albert V Smith<br>J Kendall Few |
| Dft | Raymond Corporation | Angela Gilbert Strickland<br>Courtney Crook Shytle<br>Joel Haywood Smith<br>Patrick W Schmidt<br>Raymond D Jamieson |
| Plaintiff's Motion in Limine | | Filed: 7/15/2009 |

| | | |
|---|---|---|
| **10:30 am**<br>**8:08-03699** | **Satterwhite v. Raymond Corporation** | |
| Plt | Rosa E Satterwhite | Albert V Smith<br>J Kendall Few |
| Dft | Raymond Corporation | Angela Gilbert Strickland<br>Courtney Crook Shytle<br>Joel Haywood Smith<br>Patrick W Schmidt<br>Raymond D Jamieson |
| Plaintiff's Motion in Limine | | Filed: 7/15/2009 |