UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| HILL HOLLIDAY CONNORS COSMOPULOS, INC., d/b/a ERWIN-PENLAND,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFFREY GREENFIELD and 1st APPROACH, LLC,<br><br>    Defendants, and Third-Party Plaintiffs,<br><br>  v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and JOSEPH A. ERWIN,<br><br>    Third-Party Defendants. | CIVIL ACTION NO. 6:08-3980-GRA |

## **PLAINTIFF'S IDENTIFICATION OF EXPERT WITNESS**

Plaintiff, Hill Holliday Connors Cosmopulos, Inc., d/b/a Erwin-Penland, hereby identifies the following expert who is expected to testify at the trial of this matter:

    Michael G. Agate
    Select Resources International
    2101 S. Beverly Glen Blvd. #301
    Los Angeles, CA 90025
    310-474-0204

Plaintiff certifies that a written report prepared and signed by Mr. Agate, including all information required by Fed.R.Civ.P. 26(a)(2)(B), has been disclosed to all parties.

2

Respectfully submitted,

*[signature: Bernie W. Ellis]*

_____
Bernie W. Ellis, Fed. I.D. No. 5650
Rita M. McKinney, Fed. I.D. No. 4852
MCNAIR LAW FIRM, P.A.
Post Office Box 447
Greenville, SC 29602
Phone:   864-271-4940
Fax:     864-271-4015
Email:   bellis@mcnair.net
         rmckinney@mcnair.net

*Of Counsel*

Brenda R. Sharton *(pro hac vice)*
Neil T. Smith *(pro hac vice)*
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Phone:   617-570-1000
Fax:     617-523-1231
Email:   bsharton@goodwinprocter.com
         nsmith@goodwinprocter.com

Attorneys for the Plaintiff

Greenville, South Carolina
September 1, 2009