UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| HILL HOLLIDAY CONNORS COSMOPULOS, INC., d/b/a ERWIN-PENLAND,<br><br>   Plaintiff,<br><br> v.<br><br>JEFFREY GREENFIELD and 1st APPROACH, LLC,<br><br>   Defendants, and Third-Party Plaintiffs,<br><br> v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and JOSEPH A. ERWIN,<br><br>   Third-Party Defendants. | CIVIL ACTION NO. 6:08-3980-GRA<br><br>**Hon. G. Ross Anderson Jr.** |

## IDENTIFICATION OF EXPERT WITNESSES BY THIRD-PARTY DEFENDANTS AND DEFENDANTS-IN-COUNTERCLAIM

Hill Holliday Connors Cosmopulos, Inc. d/b/a Erwin-Penland, Cellco Partnership d/b/a Verizon Wireless, and Joseph A. Erwin, Third-Party Defendants and Defendants-in-Counterclaim in this action, hereby identify the following experts who are expected to testify at trial:

 1. Prof. Neal M. Burns
   University of Texas at Austin
   1 University Place, A1200
   Austin, TX 78712-1092
   (512) 471-8160

2.  Peter Sealey, Ph.D.
    The Sausalito Group, Inc.
    P. O. Box 1559
    Sausalito, CA 94966-1559
    (415) 332-6551

Third-Party Defendants and Defendants-in-Counterclaim hereby certify that a written report prepared and signed by these experts, including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to all parties.

Respectfully submitted,

HILL HOLLIDAY CONNORS COSMOPULOS, INC., D/B/A ERWIN-PENLAND,

By its attorneys,

*[signature]*
_____
Bernie W. Ellis, S.C. Bar # 64841
Rita M. McKinney, S.C. Bar # 3861
MCNAIR LAW FIRM, P.A.
Post Office Box 447
Greenville, SC 29602
Phone:  864-271-4940
Fax:    864-271-4015
Email:  bellis@mcnair.net
        nnckinney@mcnair.net

*Of Counsel*

Brenda R. Sharton (*pro hac vice*)
Neil T. Smith (*pro hac vice*)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Phone:  617-570-1000
Fax:    617-523-1231
Email:  bsharton@goodwinprocter.com
        nsmith@goodwinprocter.com

2

| JOSEPH A. ERWIN | CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS |
|---|---|
| By his attorneys, | By its attorneys, |

<table>
<tr><td>

/s/ Bernie W. Ellis

_____

Bernie W. Ellis, S.C. Bar # 64841
Rita M. McKinney, S.C. Bar # 3861
McNair Law Firm, P.A.
Post Office Box 447
Greenville, SC 29602
Phone: 864-271-4940
Fax:     864-271-4015
Email:  bellis@mcnair.net
            nnckinney@mcnair.net

*Of Counsel*

Brenda R. Sharton *(pro hac vice)*
Neil T. Smith *(pro hac vice)*
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Phone: 617-570-1000
Fax:     617-523-1231
Email:  bsharton@goodwinprocter.com
            nsmith@goodwinprocter.com

</td><td>

/s/ Robert A. Muckenfuss

_____

Robert A. Muckenfuss
McGuireWoods, LLP
100 North Tryon Street, Suite 2900 (28202)
P. O. Box 31247
Charlotte, NC 28231-1247
Phone: 704-343-2000
Fax:     704-343-2300
Email:  rmuckenfuss@mcguirewoods.com

</td></tr>
</table>

Dated:  October 29, 2009

3