**THE HONORABLE G. ROSS ANDERSON, JR.**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

**MOTIONS CALENDAR**
**MONDAY, NOVEMBER 23, 2009**

TO: MEMBERS OF THE BAR AND OTHER PARTIES LISTED ON THE ATTACHED CALENDAR

PLEASE TAKE NOTICE THAT MOTIONS ARE SCHEDULED FOR HEARING BEFORE THE HONORABLE G. ROSS ANDERSON, JR., UNITED STATES DISTRICT JUDGE, AT THE **G. ROSS ANDERSON, JR. FEDERAL BUILDING AND UNITED STATES COURTHOUSE, 2ND FLOOR COURTROOM, 315 SOUTH MCDUFFIE STREET, ANDERSON, SOUTH CAROLINA** ON **MONDAY, NOVEMBER 23, 2009**, AT THE TIMES LISTED ON THE ATTACHED CALENDAR.

PLEASE NOTIFY GEORGIA KRAMER IN THE CLERK'S OFFICE AT (864) 241-2701 OF ANY SETTLEMENTS.

BY DIRECTION OF THE COURT

LARRY W. PROPES, CLERK OF COURT
UNITED STATES DISTRICT COURT

November 8, 2009

| 9:30 am<br>6:07-02985 | **Bolden v. Rushing et al** | |
|---|---|---|
| Pla | Kenneth S Bolden | Hemphill P Pride II |
| Dft | Brent Rushing | David Leon Morrison |
| Dft | James Matthews Culberton | Donna Seegars Givens |
| Dft | Simpsonville Police Department | |
| Plaintiff's Motion to Supplement District Court Record | | Filed: 9/23/2009 |

| 9:45 am<br>6:08-03760 | **United States of America v. Alexander** | |
|---|---|---|
| Plt, Cntdft | United States of America | George John Conits<br>James C Strong |
| Dft, Cntclm | John Howard Alexander | J. Bradley Bennett<br>Jessica Salvini |
| Plaintiff's Motion for Summary Judgment | | Filed: 09/25/2009 |

| 10:00 am<br>6:08-03875 | **American Synthetic Fibers LLC v. Nevown Inc** | |
|---|---|---|
| Plt | American Synthetic Fibers LLC | Kymric Y Mahnke |
| Dft | Nevown Inc | William Marvin Wilson III |
| Plaintiff's Motion to Hold Liable | | Filed: 9/22/2009 |

| 10:15 am<br>6:08-03980 | **Hill Holliday Connors Cosmopulos Inc v. Greenfield et al** | |
|---|---|---|
| Pla, Cntdft | Hill Holliday Connors Cosmopulos Inc | Bernie W Ellis<br>Brenda R Sharton<br>Neil Thomas Smith<br>Rita M McKinney |
| Dft, Cntclm, 3ptyplt | Jeffrey Greenfield | Phillips Jeffrey North |
| Dft, Cntclm, 3ptyplt | 1st Approach LLC | Frederick J Jekel<br>Paul J Doolittle |
| 3ptydft | Cellco Partnership | Robert A Muckenfuss<br>David Matthew Chromy |
| 3ptydft | Joseph A Erwin | Bernie W Ellis |
| Defendant's Motion to Compel | | Filed: 10/23/2009 |

2