IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| HILL HOLLIDAY CONNORS COSMOPULOS, INC. d\b\a ERWIN-PENLAND,<br><br>    Plaintiff,<br><br>vs.<br><br>JEFFREY GREENFIELD and 1st APPROACH, LLC,<br><br>    Defendants, and<br>    Third-Party Plaintiffs,<br><br>vs.<br><br>CELLCO PARTNERSHIP d\b\a VERIZON WIRELESS, and JOSEPH A. ERWIN,<br><br>    Third-Party Defendants. | Case Number: 6:08-CV-3980-GRA |

**THIRD-PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in the accompanying Memorandum, and pursuant to Federal Rule of Civil Procedure 56, Third-Party Defendant Verizon Wireless moves for summary judgment against Third-Party Plaintiffs Jeffrey Greenfield and 1st Approach, LLC, on Counts IX, X, XII, and XIII of the First Amended Counterclaim and Third-Party Complaint against Verizon Wireless.

This the 1st day of March, 2010.

_____
Robert A. Muckenfuss
McGuireWoods, LLP
100 North Tryon Street, Suite 2900
P. O. Box 31247
Charlotte, NC  28231-1247
T:  704.343.2000
F:  704.343.2300
Email: rmuckenfuss@mcguirewoods.com
Attorneys for Verizon Wireless

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **THIRD-PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** as indicated below, upon the below named persons:

( **X** )   Served via CM/ECF e-mail Service only

(   )   By delivering a copy personally

(   )   By leaving a copy at the office of such person

(   )   By telecopying said papers as indicated below

(   )   By depositing a copy of same in the United States Mail, postage prepaid, addressed as shown below and by electronic mail

| | |
|---|---|
| Brenda R Sharton<br>Neil Thomas Smith \<br>Goodwin Procter<br>Exchange Place<br>53 State Street<br>Boston , MA 02109<br>617-570-1214<br>Email:bsharton@goodwinprocter.com<br>          nsmith@goodwinprocter.com<br>*Attorneys for Plaintiff* | Bernie W. Ellis<br>Rita McKinney<br>McNair Law Firm<br>P.O. Box 447<br>Greenville, SC 29602<br>Email:<br>bellis@mcnair.net<br>rmckinney@mcnair.net<br>*Attorneys for Plaintiff* |
| Phillip Jeffrey North<br>P Jeffrey North Law Office<br>PO Box 7525<br>Hilton Head , SC 29938<br>843-341-5200<br>Email: attorney@pjnorth.com<br>*Attorney for Jeffrey Greenfield and 1st Approach LLC* | Frederick J. Jekel<br>Paul J. Doolittle<br>Jekel-Doolittle, LLC<br>P.O. Box 2579<br>Mt. Pleasant, SC 29465<br>Email: fritz@j-dlaw.com<br>          paul@j-dlaw.com<br>*Attorney for Jeffrey Greenfield and 1st Approach LLC* |

This the 1st day of March, 2010.

_____
Robert A. Muckenfuss
Federal No. 7333