# EXHIBIT 4

# MEETING INVITE APRIL 2006

| | |
|---|---|
| **From:** | Harrobin, John |
| **Sent:** | 2006-04-06 11:46 |
| **To:** | Bowen, David J (NJ); Levy, Rich; Grasso, Josephine ; Kerr, Elizabeth; Deering, Suzy M.; Schwartz, Matthew; Casey, Ted; 'dave.penski@zenithmedia-na.com'; 'amy.mitchell@mccann.com'; 'danae.fanti@mccann.com'; Szumowski, Kathryn; 'rosanna@tribalbrands.com'; 'allen.bosworth@erwinpenland.com'; Harrobin, John; Deering, Suzy M. |
| **Cc:** | Deering, Suzy M. |
| **Subject:** | Updated: Follow Up Meeting for "How Sweet the Sound" |

John Stratton will be in attendance.  Lunch will be served.

1