UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| HILL HOLLIDAY CONNORS COSMOPULOS, INC., d/b/a ERWIN-PENLAND, <br><br>       Plaintiff, <br><br>   v. <br><br> JEFFREY GREENFIELD and 1st APPROACH, LLC, <br><br>       Defendants, and Third-Party Plaintiffs, <br><br>   v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and JOSEPH A. ERWIN, <br><br>       Third-Party Defendants. | CIVIL ACTION NO. 6:08-3980-GRA <br><br> **Hon. G. Ross Anderson Jr.** |

## PLAINTIFF ERWIN-PENLAND AND THIRD-PARTY DEFENDANT JOSEPH A. ERWIN'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Plaintiff Hill Holliday Connors Cosmopulos, Inc. d/b/a

Erwin-Penland ("Erwin-Penland") and Joseph A. Erwin ("Mr. Erwin") (collectively, the

"Moving Parties") hereby move for summary judgment in their favor on all counts of Defendants

and Counterclaim-Plaintiffs 1st Approach, LLC and Jeffrey Greenfield's (collectively,

"Greenfield" or "Defendants") First Amended Counterclaim and Third-Party Complaint ("Third-

Party Complaint") and for summary judgment on Erwin-Penland's declaratory judgment claim,

finding that Defendants have no rights in the How Sweet the Sound concert events.

Based upon the clear admissions of Greenfield, the undisputed documentary evidence,

and black letter South Carolina law, summary judgment in Erwin-Penland's favor on all of

Defendants' counterclaims is warranted.  Further, Erwin-Penland is entitled to summary

judgment on its declaratory judgment claim because it is undisputed that Greenfield is entitled to

no rights, credit, or damages based upon Erwin-Penland's work for its longstanding client,

Verizon Wireless, on the How Sweet the Sound project.  In support of their Motion, the Moving

Parties rely on the accompanying memorandum of law and exhibits.

Respectfully submitted,

HILL HOLLIDAY CONNORS
COSMOPULOS, INC. d/b/a ERWIN-
PENLAND, and JOSEPH A. ERWIN

By its attorneys,

_____
Bernie W. Ellis, Federal No. 5650
Rita M. McKinney, Federal No. 4852
MCNAIR LAW FIRM, P.A.
Post Office Box 447
Greenville, SC 29602
Phone:   864-271-4940
Fax:        864-271-4015
Email:    bellis@mcnair.net
               rmckinney@mcnair.net

*Of Counsel*

Brenda R. Sharton
Neil T. Smith
Stacey Baron Ardini
Kunal Pasricha
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Phone:   617-570-1000
Fax:        617-523-1231
Email:    bsharton@goodwinprocter.com
               nsmith@goodwinprocter.com

Greenville, South Carolina                          sardini@goodwinprocter.com
March 1, 2010                                             kpasricha@goodwinprocter.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2010, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

_____
Bernie W. Ellis