# Exhibit 8



# Top 100 Branded Entertainment Opportunities

## 2006 Edition

CONNECTING YOU WITH THE BEST OPPORTUNITIES AND THE RIGHT PEOPLE



**Welcome to the Top 100 Branded Entertainment Opportunities!**

It was 1982 when ET handed "Reese's Pieces" to Elliot and sales of Hershey's peanut butter candy increased by 80%. Since that film, the concept of modern-day branded entertainment has been on the mind of every brand manager and marketing whiz.

With the explosion of American Idol's "in-your-face" integration in the summer of 2003, the product placement market has exploded 30.5% to $3.46 billion in 2004. Integration of brands into entertainment properties is now becoming the norm, as we have seen in examples like these:


Jeff Greenfield, Publisher

- **Television: "The Apprentice" and Staples**
  Producers of the hit show fully integrated the office-supply chain, requiring contestants to create a new product and marketing campaign. Much of the action took place in a Staple's location, and the winning product was made available for purchase.

- **Film: "Fantastic Four" & Burger King**
  Burger King integrated their brand several times in the film and then opted to use the characters in a combined broadcast, print and Internet campaign. Studio insiders feel that the strong box office numbers were due entirely to the strength of promotional partners like Burger King.

- **Music: Missy Elliott & Jeep**
  Missy Elliott is featuring the Jeep Commander in her new video, "Lose Control," and Chrysler is working with Elliott to create 30 seconds of unique music that is going to be featured in the first launch spot for the Commander. Footage of Missy will also be integrated in the advertisement.

- **Video Games: "Tony Hawk's Underground 2" & Jeep**
  Jeep is all over this hit title from Activision and has taken it further by embedding an electronic marker in each Jeep image. Each time a Jeep appears on the screen, a signal is sent to Nielsen for tracking purposes.

- **DVD: Cinderella's $150 Million Campaign**
  For the October release of "Cinderella," 11 partners including Procter & Gamble Co., Kellogg Co. and the U.S. Department of Transportation will produce a massive $150 million campaign that is predicted to sell over 15 million DVDs.


1st Approach

© 2005 All Rights Reserved
Confidential & Proprietary


And these innovative opportunities have appeared in only the last 12 months! It is now hard to believe that it took over 20 years for branded entertainment to move from the "back lot" to the boardroom.

*Using the Top 100 Branded Entertainment Opportunities*

Capitalizing on all these opportunities is challenging because the entertainment industry works on a different schedule than most of us in the marketing world. This has created a difficult route for brand managers trying to integrate a little bit of entertainment into their campaigns.

The Top 100 Branded Entertainment Opportunities has solved this problem by putting all of the opportunities in TV, film, music, events, video games and branded "projects in development" into a simple calendar format, where you can browse opportunities by date and contacts. You'll also find insights for picking the best opportunity for your brand.

Another major issue for brand managers is the possibility of integrating with a "bomb" -- a project that completely falls flat or just doesn't work with consumers. Out of the thousands of available projects, the Top 100 Branded Entertainment Opportunities has only selected projects where the principals involved have a proven track record and can provide you with the best return on your investment.

There are six distinct Branded Entertainment categories included in the Top 100 Branded Entertainment Opportunities:

- Film: theatrical releases, both large and small
- Television: network, cable and branded projects
- Home Entertainment: DVD Releases
- Celebrity Events & Gifting: photo opportunities with A-list Hollywood talent
- Music: tour sponsorships, music and video product placement
- Projects-in-Development: branded projects that have secured producers, agents, etc. and are awaiting funding via product integration in order to move forward. These projects do not have dates attached to them yet and are therefore placed at the end of the calendar.
- Video Games: game manufacturers looking for brand integration



© 2005 All Rights Reserved
Confidential & Proprietary