# Exhibit 13



**'Amazing Grace'**
**Captain D's Branded Reality Show**

The ideas and concepts contained within this document are the sole and confidential property of 1st Approach LLC and will not be shared with any other agency or utilized without prior written consent.

GREENFIELD/1STAPPROACH  000652



- 2 -



## Captain D's presents authentic, inspirational television!

The top 20 church choirs in the US competing for over
$250,000 in prizes and the title of
the Best Choir in the USA!

GREENFIELD/1STAPPROACH  000653

![1st Approach]



### PHASE I.  LOCAL PARTICIPATION

# "Producers from TV's 'Amazing Grace' will be visiting Captain D's on Wednesday from 2 – 4 PM."

The big secret behind American Idol's success is all of the local work that never makes it to the show!  As contestants are selected to compete in Hollywood – a team of Hollywood PR experts sends off a flood of press releases to the local press alerting them that one of their locals may be the '*next American Idol*'.  This results in massive local involvement – all months before the show is on the air!

**Our production team of experienced network cameramen and producers will cross the country in their 6 week trek of visiting EVERY Captain D's location!**

The local press (newspaper, radio, broadcast) will be alerted several weeks prior and invited to participate.



Cameraman @ Captain D's in Atlanta

Every Captain D's location will have a set date and time when the Captain D's Amazing Grace team will arrive.

After setting up their equipment and 'red carpet' region, our production team will interview people about their local choir and why they think they are the best in the US!



### Amazing Grace Spokesperson Contest
Our production team will also be on a national talent search for the Captain D's Amazing Grace Spokesperson.  Similar to Ryan Seacrest on American Idol, the winner will be a paid spokesperson for all of the live events, will be flown to all of the events and (most importantly) be paid!

Every location can hold a local contest and the winner would be that locations representative in the Spokesperson contest.



## PHASE II.  REGIONAL COMPETITIONS



After selecting the 'best of the best', 25 choirs from each region will be invited to person in a contest in one of these locations:

- Atlanta, GA
- Jackson, MS
- Birmingham, AL
- Charleston, SC

These will be huge shows in large arenas that will be well attended.  Each show will have a large panel of celebrity judges who will vote on the best overall performance.  The winner from each region will be invited to attend the National competition in Nashville.

This competition will be filmed by our production team and edited at a later date.

## PHASE III.  FINALS

The National competition will feature the 4 best church choirs in the country in an authentic inspirational contest to find the #1 Choir in the USA!

