









GREENFIELD/IST APPROACH 000670

