**THE HONORABLE G. ROSS ANDERSON, JR.**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

**MOTIONS CALENDAR**
**THURSDAY, MARCH 25, 2010**

TO:  MEMBERS OF THE BAR AND OTHER PARTIES
     LISTED ON THE ATTACHED CALENDAR

PLEASE TAKE NOTICE THAT MOTIONS ARE SCHEDULED FOR HEARING BEFORE THE HONORABLE G. ROSS ANDERSON, JR., UNITED STATES DISTRICT JUDGE, AT THE **G. ROSS ANDERSON, JR. FEDERAL BUILDING AND UNITED STATES COURTHOUSE, 2ND FLOOR COURTROOM, 315 SOUTH MCDUFFIE STREET, ANDERSON, SOUTH CAROLINA** ON **THURSDAY, MARCH 25, 2010**, AT THE TIMES LISTED ON THE ATTACHED CALENDAR.

PLEASE NOTIFY GEORGIA KRAMER IN THE CLERK'S OFFICE AT (864) 241-2701 OF ANY SETTLEMENTS.

BY DIRECTION OF THE COURT

LARRY W. PROPES, CLERK OF COURT
UNITED STATES DISTRICT COURT

March 8, 2010

2

| | | |
|---|---|---|
| **10:00 am**<br>**6:08-03980** | **Hill Holliday Connors Cosmopulos Inc v. Greenfield et al** | |
| Pla, Cntdft | Hill Holliday Connors Cosmopulos Inc | Bernie W Ellis<br>Brenda R Sharton<br>Neil Thomas Smith<br>Rita M McKinney<br>Kunal Pasricha<br>Stacey S Baron |
| Dft, Cntclm, 3ptyplt | Jeffrey Greenfield | Phillips Jeffrey North |
| Dft, Cntclm, 3ptyplt | 1st Approach LLC | Frederick J Jekel<br>Paul J Doolittle |
| 3ptydft | Cellco Partnership | Robert A Muckenfuss<br>David Matthew Chromy |
| 3ptydft | Joseph A Erwin | Bernie W Ellis |

| | |
|---|---|
| 3pty Defendant's Motion for Summary Judgment [100] | Filed: 03/01/2010 |
| Plaintiff's Motion for Summary Judgment [103] | Filed: 03/01/2010 |
| Defendant's Motion for Summary Judgment [104] | Filed: 03/01/2010 |
| Defendant's Motion for Summary Judgment [105] | Filed: 03/01/2010 |