# EXHIBIT 1

# SHAFER DEPOSITION

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION
CASE NO. 6:08-3980-GRA

CONFIDENTIAL

---

HILL HOLLIDAY CONNORS COSMOPULOS,
INC., d/b/a ERWIN-PENLAND,
       Plaintiffs,

   -vs-

JEFFREY GREENFIELD and 1st
APPROACH, LLC,

       Defendants, and
       Third-Party
       Plaintiffs,

   -vs-

CELLICO PARTNERSHIP d/b/a VERIZON
WIRELESS, and JOSEPH A. ERWIN,
       Third-Party
       Defendants.

DEPOSITION UNDER
ORAL EXAMINATION
OF
ANDREW SHAFER

---

    TRANSCRIPT of the deposition of the witness, called for Oral Examination in the above-captioned matter, said deposition being taken pursuant to the Superior Court Rules of Practice and Procedure by and before CHRISTINA LYNN HANSEN, a Notary Public and Certified Court Reporter of the State of New Jersey, at THE DOLCE HOTEL IN BASKING RIDGE, 300 North Maple Avenue, Basking Ridge, New Jersey, on Tuesday, December 1, 2009, commencing at approximately 4:52 in the afternoon.

MAGNA LEGAL SERVICES
Seven Penn Center
1635 Market Street - 8th Floor
Philadelphia, PA 19103
(215)207-9460

JOB # 35633

Page 10

```
 1    A.    I worked at Mercedes-Benz.
 2    Q.    Okay.  What did you do at Mercedes?
 3    A.    Regional marketing job.
 4    Q.    Okay.
 5    A.    Similar?
 6    Q.    Similar?
 7    A.    Uh-huh.
 8    Q.    What did you do before that?
 9    A.    I was in New Jersey Mercedes-Benz.
10  And before that I was in advertising.
11    Q.    Okay.  And before -- what was the
12  advertising job before Mercedes?
13    A.    I was account management.
14    Q.    Okay.  And before account management,
15  were you in school?
16    A.    Uh-huh.
17    Q.    Okay.  And how far did you get in
18  school?
19    A.    Four years.
20    Q.    Okay.
21    A.    Under-grad.
22    Q.    Under-grad.  Where did you go?
23    A.    Gettysburg College.
24    Q.    Okay.  What did you major?
25    A.    Psychology.
```

Page 11

```
 1    Q.    Kind of fits.
 2          All right.  So tell me -- you were
 3  involved with the initial presentation of the How
 4  Sweet the Sound program.  Is that correct?
 5          MS. McKINNEY:  Object to form.
 6          MR. CHROMY:  Object.
 7    Q.    Just so you're clear, the attorneys
 8  are going to object --
 9    A.    Yeah.
10    Q.    -- a lot due to my inarticulate
11  question.  If you understand it, you're more than
12  welcome to answer it.  If you need me to clarify it,
13  please ask me and I'm happy to.
14    A.    Can you clarify?
15    Q.    Sure.
16          Verizon Wireless eventually came can
17  run a program called How Sweet the Sound.  Is that
18  true?
19    A.    Yes.
20    Q.    Do you know how that began?
21    A.    Yes.
22    Q.    Can you tell me?
23    A.    The original proposal came from
24  Erwin-Penland, and they proposed it to us in the
25  south as a concept that we would potentially
```

Page 12

```
 1  implement for Verizon Wireless.
 2    Q.    Did they present it orally or was it
 3  by e-mail?
 4    A.    Orally.
 5    Q.    Were you at the presentation?
 6    A.    I was.
 7    Q.    And who was there on behalf of
 8  Erwin-Penland?
 9    A.    The only two people I know for sure
10  were Joe Erwin and Allen Bosworth.
11    Q.    Okay.  Do you remember if there was
12  anybody else there?
13    A.    I do not.
14    Q.    The only people that you can remember
15  that were not Verizon people --
16    A.    Correct.
17    Q.    -- would be Allen Bosworth and Joe
18  Erwin?
19    A.    Correct.
20    Q.    Do you know Jeff Greenfield at all?
21    A.    I do not.
22    Q.    Have you seen any recent picture of
23  Jeff Greenfield?
24    A.    I have not.
25    Q.    Do you have -- and you have no
```

Page 13

```
 1  recollection of him whatsoever?
 2    A.    Nope.
 3    Q.    Have you ever dealt with him?
 4    A.    No.
 5    Q.    Have you ever spoken to him?
 6    A.    No.
 7    Q.    Have you ever received any e-mail
 8  from him?
 9    A.    No.
10    Q.    Ever been copied on an e-mail in
11  which he was copied on?
12    A.    Not to my knowledge.
13    Q.    Is it your understanding that How
14  Sweet the Sound program is -- was created and -- was
15  created by Erwin-Penland alone?
16    A.    I don't know.
17          MS. McKINNEY:  Object to form.
18    Q.    Okay.  Do you know that Erwin-Penland
19  sued Jeff Greenfield?
20    A.    I have come to know that.
21    Q.    Okay.  And I don't want do know
22  anything the attorneys have told you in preparation
23  for today or in whatever other consultations you've
24  been involved.  It's privileged, and I don't want
25  you to tell me any of that.  I'm just asking your
```

Page 14

1  general understanding of the lawsuit beforehand, if
2  you had any.
3      Were you aware of anybody's claims to
4  the creation of the How Sweet the Sound concept?
5      MS. McKINNEY: Object.
6   A.  I was not.
7   Q.  Does it surprise you to that
8  somebody's making such a claim?
9      MS. McKINNEY: Object.
10     MR. CHROMY: Objection.
11  A.  I don't know.
12  Q.  Okay.
13 (Whereupon there was a discussion off the record.)
14  Q.  Tell me about that initial
15 presentation. What do you recall?
16  A.  I -- they came in, they met with Joe
17 Saracino and myself, presented the concept, we had
18 some dialogue around what we thought about the
19 concept, we talked about next steps. And that was
20 the initial meeting.
21  Q.  What was Joe's job title at the time?
22  A.  Vice-president of marketing, I
23 believe.
24     MR. MUCKENFUSS: Just for the record,
25 Robert Muckenfuss here. How are you doing?

Page 15

1     MR. DOOLITTLE: Good. Good to see
2  you again.
3     MR. MUCKENFUSS: Okay.
4     MR. DOOLITTLE: Long time, no see.
5  Q.  Oh, so yeah. They came and presented
6  the program. Was it power point?
7  A.  I believe so.
8  Q.  Do you remember where?
9  A.  I don't. I don't know the name of
10 the -- it was a conference room.
11 Q.  In --
12 A.  In Alfareda. Sorry.
13 Q.  At Verizon's facilities?
14 A.  Yes.
15 Q.  Okay. Yeah. I don't care which
16 conference room. But I appreciate you trying to
17 remember.
18     Do you remember if it was winter or
19 summer?
20 A.  I don't recall.
21 Q.  Okay. What was your initial
22 impression of the How Sweet the Sound campaign idea?
23 A.  Positive.
24 Q.  In what way?
25 A.  We had discussed about our need to

Page 16

1  try and penetrate, you know, African-American
2  segment. We were under-indexed against that segment
3  as Verizon wireless as a business, and it seemed
4  like a good idea to try and expose our brand to that
5  segment.
6  Q.  Okay. And this seemed like a good
7  way to do it?
8  A.  Yeah.
9  Q.  Was there any part that gave you
10 concern about the program as it was initially
11 presented?
12     MS. McKINNEY: Object to the form.
13 A.  Not concern.
14 Q.  Okay. Were you curious about any
15 aspect of it that you wanted to see further fleshed
16 out?
17 A.  We had said -- our feedback to them
18 on the idea was that we thought it was a big idea,
19 but it was too big of an idea for our jurisdiction
20 in the south. We didn't have budget, we didn't have
21 scope to be able to support an idea like that. But
22 we really liked the idea in its entirety. There
23 were certain parts we thought we could execute;
24 locally, but there were certain parts that were
25 national in scope that we could not.

Page 17

1  Q.  Do you remember what the parts that
2  you thought you could do locally yourself?
3  A.  The grassroots, the event based
4  things. So the actual event that would be the
5  choirs singing locally.
6  Q.  Okay.
7  A.  And then having some sort of
8  competition around that.
9  Q.  Okay. And the national part of it
10 that you wouldn't be able to handle?
11 A.  The T.V., the American Idol version
12 of the T.V. idea.
13 Q.  Okay. And do you -- todays 2009 How
14 Sweet the Sound concept, do you envision it to be --
15 A.  I'm not familiar with it.
16 Q.  Not familiar with it at all?
17 (Whereupon there was a discussion off the record.)
18     MR. MUCKENFUSS: Try not to talk over
19 --
20     MR. DOOLITTLE: Yeah. I apologize.
21 Q.  Are you familiar with the 2009 How
22 Sweet the Sound concept?
23 A.  I am not familiar with it.
24 Q.  Okay. What is your last involvement
25 in How Sweet the Sound campaign?