# EXHIBIT 14

# HSTS CORE TEAM 2008

## "HOW SWEET THE SOUND" CORE TEAM

**Momentum will act as executive event producer/project manager and will manage:**
- Create event project plans
- Secure all venues for the 11 regional/national events
- Liaison with Moxie on microsite competition & event details
- Creation of judging criteria/competition rules for events
- Development of ticketing logistics and distribution plan inc client invitation process/splits
- Contract development and negotiation with ticketing partners i.e Ticketmaster
- Support EP with kick-off media partner related event in each market (if required)
- Overall event management including: venue contracts, branding, step and repeat on site merchandise sales/revenue splits, ticketing, prizing ect..
- Talent liaison with Tribal
- Liaison with Vibes on text voting program
- Charity donation integration at each event i.e Hopeline phone donation
- Coordination of content capture (in conjunction with Live Nation/Tribal)
- Management and production of regional viewing events for the finale (Momo will provide satellite feed to venue, tech team and screen if required)
- Webcast feed from each regional event (appears on microsite)
- Closed circuit satellite broadcast of national event to a venue in each market
- Hotels/car service and itineraries for clients/agency partners for each event
- Management and logistics for final weekend i.e choirs flights/hotels/transport, dinner etc
- Creation of event recap video
- In conjunction with EP, manage the development and collation of metrics across all elements for program including recap

**PMK will manage:**
- Selection and securing of regional/national celeb judges/emcee in conjunction with GH/Zenith
- Selection and securing of documentary film maker (in conjunction with Tribal/GH)
- Support EP with kick-off media partner related event in each market (if required)
- Development of PR strategy in conjunction with VZW PR
- PR outreach in conjunction with VZW
- Talent wrangling in conjunction with GH
- Red carpet at each event
- Photography & b-roll crew at each event
- Development and tracking of PR metrics
- Follow up PR with regional winning churches
- Securing media appearances for national winner/all talent associated with program

**EP will manage:**
- Overarching project management inc: weekly calls, timeline, budget, team communications
- Overall messaging in conjunction with GH
- Partner with GH on co-sponsor discussions/sell in
- Development of creative for areas/regions for ATL elements including print, TV, OOH and radio
- Lead creation, production and distribution of toolkit & DVD (1 & 2)
- Creation and distribution of registration packs in conjunction with GH
- Lead creation of judging criteria/competition rules for online competition
- Packaging of online video entries to be sent to judges
- Collating regional judges decisions to determine performing choirs in each region
- Manage with Moxie inputting online any video submissions received via mail
- Lead kick-off media partner related event in each market (Momo & PMK to support if required)

CONFIDENTIAL

- Development scripts/shoot schedule etc with documentary film director for producing "the making of…" plus human interest segments for event video content
- Lead on collating sales; pre- and post brand tracking studies; development of ongoing CRM program
- Create post event follow up plan for program i.e congratulatory ad

**Global Hue will manage:**
- Overall messaging in conjunction with EP
- Segment lead for all agencies including Moxie, PMK etc to ensure AA alignment in all Communication channels
- Partner with EP on co-sponsor discussions/sell in
- Partner with EP on integration of business deals into program i.e. Hopeline
- Development of national creative for ATL elements including print, TV, OOH and radio
- Input to EP on development and production of DM pieces and development of toolkit (1 & 2)
- Outreach and sell in to church organizations and church leaders
- Determine eligibility for each church and identify promotional/messaging opportunities
- Determine and manage grass roots promotional efforts in each region
- Selection and securing of regional/national celeb judges/emcee in conjunction with PMK
- Lead development of prize funds for regional and national event
- Ongoing liaison/management with each performance church to provide logistical information to Momo i.e. size of choir, number of members to attend, supply of riders
- Securing distribution of music related premiums in church retail outlets
- Securing local children's choirs pre-event showcase at each regional event
- Create follow up plan for each church i.e how they spent their money

**Zenith will manage:**
- Outreach and securing national/local media partners with EP
- National/local media buy plus added value opportunities
- Leverage regional DJ program
- Develop local media plan

**UM will manage:**
- National media plan development

**Moxie will manage:**
- Securing national/regional urls
- Management/creation of microsite
- Securing and distributing early submission incentives
- Manage online registration process and collation of video submissions
- Manage hosting of finalist video submissions and consumer voting element
- Backend management of online premium purchases inc fulfillment
- Development and management of online voting (during webcast/satellite simulcast)
- Development of online media campaign
- Development and tracking of online metrics

**Marketing Werks will manage:**
- Development of onsite demo experiences in conjunction with Momentum
- Street teams, demo experience and sales lead generation on site at each event
- Assist with securing and producing on sale product

CONFIDENTIAL

VZW000071777

VZW000071777

- Production of collateral pieces (Momo to design)
- Distribution of promotional collateral/premiums on site
- Development and tracking of metrics

**Vibes will manage:**
- Securing shortcodes for regional/national promotional campaign
- Text voting program at each of the 11 events
- Development and tracking of metrics

**Worldgroup Retail:**
- Assisting client with retail sell in and communication process
- Development, production and installation of promotional POS
- Input as to retail bounceback and GWP offers

**Tribal will manage:**
- Creation of template rider that can be supplied to each performing choir
- Record contract for winning choir
- Everything artist related for music celebrities i.e. photos, interviews, approvals, rights, riders, travel etc
- Licensing and approvals for artist performances both for choirs and music celebrities including song usage (for live events, if uploading to VCAST, appearing online etc)
- Development, licensing and production of music related GWP i.e. Scandisc, CD's/DVD's

**VzW National will manage:**
- Overall project lead & budget management
- Set up weekly demand team calls
- Sell in to internal department key stakeholders i.e. music, content, retail and PR teams
- Sell in to area/regional teams
- Sell in, briefing and communication to stores
- Briefing of customer service teams
- Securing national media partner buy in with Zenith
- Development of overall promotional offers and confirmation on hero handset
- Leads master VzW invitation list including partners for each event
- Approval of program and event messaging and overall creative thematic inc logo
- Development and tracking of internal metrics i.e. VCAST downloads, streams etc

**VzW Areas will manage:**
- Development of metrics and ongoing tracking for sales, ARPU etc
- Determine client and partner invitation lists for each regional and national event
- Briefing of local sales teams inc retail
- Development of regional promotional plans including negotiating local partnerships
- Ongoing management of each church including post event follow up i.e legacy
- Development and production of DM pieces in conjunction with EP
- Development of local PR plan

CONFIDENTIAL