e. 9,900 pieces to the base
      f. 18 bill inserts

9. <u>Outdoor</u>
      a. 200 – 300 units with various dimensions (posters, billboards, bus kings, etc)
      b. 2 Changeouts
      c. 75 Directional changes

10. <u>Database and Analytic Consultation</u>

11. <u>Event Planning</u>
      a. 15-20 Area/Region Events per year

12. <u>Research</u>
      a. 2 Qualitative projects

13. <u>Additional Retail and Administrative Assignments</u>
      a. Locator changes
      b. Presentation development as needed
      c. POVs as needed
      d. Sales/Promo/Brand Videos as needed

14. <u>B2B</u>
      a. Print on Demand Assets
      b. National Account Support
      c. Trade Show Event Display support
      d. 25-30 B2B/vertical ads
      e. Event/sponsorship development and execution

Hill, Holliday, Connors, Cosmopulous, Inc.
d/b/a Erwin-Penland
Authorization Letter Three (710-10934-2005)
Execution Version
iManage: 389523v2
Page 8 of 9

ATTORNEYS' EYES ONLY    EP001050

## SCHEDULE 2

## BENEFITS WAIVER

1. This Benefits Waiver is entered into between the undersigned and Cellco Partnership d/b/a Verizon Wireless, a Delaware general partnership, having its principal place of business at 180 Washington Valley Road, Bedminster, New Jersey 07921 (hereinafter "Verizon Wireless").

2. The undersigned agrees and acknowledges that he or she is either (a) an independent contractor, providing goods and/or services to Verizon Wireless pursuant to a written contract or (b) an employee of an independent contractor.

3. The undersigned agrees and acknowledges that he or she is not an employee of Verizon Wireless, or any of its subsidiary, parent, or affiliated companies. As such, the undersigned agrees and acknowledges that he or she is not entitled to any of the benefits made available to employees of Verizon Wireless. The undersigned therefore waives, discharges, and releases any claim for any employee benefit offered by Verizon Wireless or any of its parent, subsidiary, or affiliated companies, including any successor thereto. This waiver specifically includes, but is not limited to, pension coverage or benefits, medical and/or dental insurance coverage or benefits, life insurance coverage or benefits, savings and investment plan benefits, employee stock option participation, long term and short term incentive benefits, holiday pay, separation pay or any other employee benefit of any type or description.

_____
Signature

_____
Print Name

_____
Date

Hill, Holliday, Connors, Cosmopulous, Inc.
d/b/a Erwin-Penland
Authorization Letter Three (710-10934-2005)
Execution Version
iManage: 389523v2
Page 9 of 9

ATTORNEYS' EYES ONLY                                        EP001051