# Exhibit 8



CONNECTING YOU WITH THE BEST OPPORTUNITIES AND THE RIGHT PEOPLE



Redacted



The Process

**1st Approach**

**Internet Prep & Baseline Research**
• Initial Research ($12K Max)
• Multiple Websites
• Blair Witch Group & Green Tentacle
• $25 - $50 K per Internet campaign

**Celebrity Seeding**
• Photos with Celebs
• Added to Internet Campaign
• $15-$50K per event

**TV Placement**
• July/Aug & Dec/Jan
• Coordinate with Upfronts
• $100 - $225K per year

**Branded Television/Film**
• $50-$100K Development
• Payment upon deal
• $300-$500K per episode
• New Tax Advantages

**Film Placement**
• Multiple Opportunities
• Research ($12 K Max)
• Working 1 year ahead
• Free - $39 M per film

**Cross Promotion**
• Retail Tie-In Opportunity
• Plan ahead for best deal
• Free - $300K Licensing Fee
• Negotiation Fees < $100K

Jeff Greenfield
800-307-8816 ext. 717

Confidential & Private
© 2005 Jeff Greenfield

## Welcome to the Top 100 Branded Entertainment Opportunities!

It was 1982 when ET handed "Reese's Pieces" to Elliot and sales of Hershey's peanut butter candy increased by 80%. Since that film, the concept of modern-day branded entertainment has been on the mind of every brand manager and marketing whiz.



Jeff Greenfield, Publisher

With the explosion of American Idol's "in-your-face" integration in the summer of 2003, the product placement market has exploded 30.5% to $3.46 billion in 2004. Integration of brands into entertainment properties is now becoming the norm, as we have seen in examples like these:

- Television: "The Apprentice" and Staples
  Producers of the hit show fully integrated the office-supply chain, requiring contestants to create a new product and marketing campaign. Much of the action took place in a Staple's location, and the winning product was made available for purchase.

- Film: "Fantastic Four" & Burger King
  Burger King integrated their brand several times in the film and then opted to use the characters in a combined broadcast, print and Internet campaign. Studio insiders feel that the strong box office numbers were due entirely to the strength of promotional partners like Burger King.

- Music: Missy Elliott & Jeep
  Missy Elliott is featuring the Jeep Commander in her new video, "Lose Control," and Chrysler is working with Elliott to create 30 seconds of unique music that is going to be featured in the first launch spot for the Commander. Footage of Missy will also be integrated in the advertisement.

- Video Games: "Tony Hawk's Underground 2" & Jeep
  Jeep is all over this hit title from Activision and has taken it further by embedding an electronic marker in each Jeep image. Each time a Jeep appears on the screen, a signal is sent to Nielsen for tracking purposes.

- DVD: Cinderella's $150 Million Campaign
  For the October release of "Cinderella," 11 partners including Procter & Gamble Co., Kellogg Co. and the U.S. Department of Transportation will produce a massive $150 million campaign that is predicted to sell over 15 million DVDs.



© 2005 All Rights Reserved
Confidential & Proprietary

And these innovative opportunities have appeared in only the last 12 months! It is now hard to believe that it took over 20 years for branded entertainment to move from the "back lot" to the boardroom.

*Using the Top 100 Branded Entertainment Opportunities*

Capitalizing on all these opportunities is challenging because the entertainment industry works on a different schedule than most of us in the marketing world. This has created a difficult route for brand managers trying to integrate a little bit of entertainment into their campaigns.

The Top 100 Branded Entertainment Opportunities has solved this problem by putting all of the opportunities in TV, film, music, events, video games and branded "projects in development" into a simple calendar format, where you can browse opportunities by date and contacts. You'll also find insights for picking the best opportunity for your brand.

Another major issue for brand managers is the possibility of integrating with a "bomb" -- a project that completely falls flat or just doesn't work with consumers. Out of the thousands of available projects, the Top 100 Branded Entertainment Opportunities has only selected projects where the principals involved have a proven track record and can provide you with the best return on your investment.

There are six distinct Branded Entertainment categories included in the Top 100 Branded Entertainment Opportunities:

- Film: theatrical releases, both large and small
- Television: network, cable and branded projects
- Home Entertainment: DVD Releases
- Celebrity Events & Gifting: photo opportunities with A-list Hollywood talent
- Music: tour sponsorships, music and video product placement
- Projects-in-Development: branded projects that have secured producers, agents, etc. and are awaiting funding via product integration in order to move forward. These projects do not have dates attached to them yet and are therefore placed at the end of the calendar.
- Video Games: game manufacturers looking for brand integration



© 2005 All Rights Reserved
Confidential & Proprietary

EP000340

*Industry Insights*

Along with the Branded Entertainment Calendar, this guide provides you with an overview of deal-making insights for the branded entertainment industry as well as specific insights for each type of media. These insider tips and information will help you understand and navigate every entertainment industry's best-branded entertainment practices.

You now hold the best of what Hollywood and other entertainment industries have to offer over for the next 12 months!



**Jeff Greenfield**, Publisher
Top 100 Branded Entertainment Opportunities
Phone:  888-221-7923 ext 717
Email:    jeff@1stapproach.com



© 2005 All Rights Reserved
Confidential & Proprietary

## Types of Branded Entertainment

There are a myriad of different types of branded entertainment opportunities, including:

- "Hands-on" integration in a movie script, where a brand plays an integral role in a scene or throughout the film.  A good example of this is the use of a BMW in several of the last James Bond films and the reported use of the Fiat Panda in the new James Bond film.

- A completely branded television episode or series, as we have seen in almost every episode of "The Apprentice."

- Use of proprietary characters for a traditional television and print campaign, similar to the Cingular campaign for "Star Wars," where Star Wars characters like Chewbacca were utilized in both print ads and a creative television spot.

- Products in the background, such as the Sub-Zero refrigerators in "Mr. and Mrs. Smith" that stopped bullets in their tracks.

- Celebrity gifting opportunities such as at the Emmy and Golden Globe Awards, where a brand can interact with A-list celebrities and get a photo that acts as an implied endorsement.

## Branded Entertainment Fees

Many brands have not made the move from traditional media into branded entertainment because the fee structure is all over the place. Branded entertainment fees range from free integration to a barter agreement in exchange for media support, to an average fee range of $500,000 to $2,000,0000 to a reported high of $40 million. Without some guidance, it is very difficult to know if you are getting a good deal, so here is a general guideline for pricing:

- **Film**
  For a "background" shot, prices will range from free* placement to a high of $100,000.  "Hands-on" integration can range from free* to a paid integration as low as $25,000 for a small independent film to several million dollars for a larger studio picture.

- **Television**
  For network and cable shows, expect to spend $100,000 to $250,000 per year with a branded entertainment agency, depending on the size of your



© 2005 All Rights Reserved
Confidential & Proprietary


product(s) and the difficulty involved in placement. Another option is directly via the network, but expect to deal with ad sales. Free* placements are still available, but expect these opportunities to decrease over the next couple of years.

There are also Branded Entertainment programs that are completely branded around a specific product where fees range from as low as $350,000 and as high as $5 million per episode.

- **Home Entertainment (DVD)**
  The Home Entertainment division is only interested in one thing: the size of your media budget. The larger the budget, the more placements on or within the DVD you will receive and the more you will be able to use the "key art" or trailers without a licensing fee. Studios are looking for media budgets in the range of $100,000 to $2,000,000.

- **Celebrity Events & Gifting**
  For celebrity events, expect to spend from $10,000 to $200,000, depending on the level of exclusivity, naming rights for the event and the amount of press involvement.

- **Music**
  The music industry has been hit hard over the last several years, and there are significant bargains in the arena. For placement within a music video, prices will range from $10,000 to $50,000. Tour sponsorship fees depend on the group. There are also "shout out" opportunities available, where a brand name can get integrated into a song.

- **Video Games**
  Current video game ad networks operate on a traditional CPM model, and rates are similar to cable television. To completely integrate your brand into a game (hard coded), expect to spend from $50,000 on up to $250,000, depending on the studio and the results of their previous releases. Expect to see a significant jump in opportunities through video ad networks compared to hard coding your brand directly into a game.

*Free is a relative word. In television and film, some free deals are available in exchange for a tremendous amount of product (such as cars, liquor, airline tickets, etc.) or a large media buy to support the film's release. Typical studio deals involve tagging your current print, broadcast and billboard media with release dates of the film or DVD. To the studios, the most valuable commodity is your broadcast time. $3,000,000 worth of broadcast media, integrated with a



© 2005 All Rights Reserved
Confidential & Proprietary

EP000343

film trailer and release date, can "buy" your way onto most big-budget productions.



© 2005 All Rights Reserved
Confidential & Proprietary

## The Deal

There are six distinct media categories within Branded Entertainment.

- Film: theatrical releases, both large and small
- Television: network, cable and branded projects
- Home Entertainment: DVD Releases
- Celebrity Events & Gifting: photo opportunities with A-list Hollywood talent
- Music: tour sponsorships, music and video product placement
- Video Games: game manufacturers looking for brand integration

### Film

Having your brand properly integrated into a hit film is at the top of every marketer's list. Not only will it help your company hit any sales goals, but it is also a huge branding opportunity.

2006 Opportunities range from the next James Bond to "Mission Impossible III" with Tom Cruise.

Your brand's level of involvement depends on how early you get involved in the project and how much money you can devote to the project. In many instances, if your brand gets involved early enough and can devote a portion of your media campaign to tie in with the film's release, the product placement may be done for free or for a very reduced rate.

### Examples:

- **"The Life Aquatic With Steve Zissou":** Adidas allowed the filmmaker to modify pairs of its shoes to fit the wardrobe needs of the characters. Adidas didn't pay to appear in the film, nor did it co-promote the project. Yet retail stores were inundated with requests for the shoes.

- **"The Firm":** Hackman's line, "Grab a Red Stripe," sent U.S. sales of Red Stripe beer up by more than 50%, and just a few weeks later, company owners sold a majority stake in their brewery for $62 million to Guinness Brewing Worldwide.

- **"Toy Story":** Etch A Sketch sales increased 4500%, Mr. Potato Head sales increased 800%, and Slinkys, out of business for 10 years, was deluged with 20,000 orders and has sold $27 million of the toy since.



© 2005 All Rights Reserved
Confidential & Proprietary

**Brand Goals to Consider:**

- **Big blockbuster films:** From the brand side, these are designed to significantly increase brand awareness. Large audiences typically bring in a broad demographic that increases brand recognition, but will not always move units. Sometimes they will, but do not expect this level of success with every blockbuster film.

- **Niche films:** Small to medium films typically appeal to a niche audience, which may hit your exact demographic and move units of product. The best example is last year's "Sideways." The audience was narrow, but wine experts now say that "Sideways" helped spur sales of wine, with one brand seeing a sales increase of 147%!

Big blockbuster films typically have larger budgets and require more of a commitment, both in the cost to be involved and the media commitment. They can have multiple promotional partners and tend to find partners very far in advance.

Niche films have an interesting edge: Brands typically want nothing to do with them until everyone is talking about them. Yet once a niche film is the "talk of the town," the price jumps up dramatically. If a niche film fits, buy it as soon as possible. The combination of a cool film with a brand can create a mega hit!

Of course, niche films can also do absolutely nothing at the box office. The key is to be certain that the film has all of the correct partners on board (distribution, marketing, etc.).



© 2005 All Rights Reserved
Confidential & Proprietary


## Television

Television always delivers larger numbers and more impressions than film, because once you add in syndication on other networks, international syndication and home entertainment (DVD), one product integration can lead to over 100 million impressions.

There are three ways to get your brand into a television show:

   a. Placement by a branded entertainment agency
   b. Negotiation with ad sales
   c. Branded Entertainment Programming

A branded entertainment agency can work behind the scenes with set designers and prop masters and provide them with what they need to make a set realistic: real props!  Branded entertainment agencies work on a yearly retainer (typically $100,000 to $250,000) and provide a guarantee for a minimum number of placements.

If you contact the television network directly, you will end up speaking with ad sales.  If you are planning a significant ad buy, prior to closing the deal you can negotiate for some product placement.  Be aware that since most shows are not produced by the network, they will not be able to offer too much.

A branded entertainment program is a concept show that is designed with a brand in mind. The process starts at the production company without the involvement of the network. A branded entertainment firm negotiates the deal with the production company and, once a price is agreed upon, the deal is pitched to a network.  These deals are always contingent upon the network agreeing to air the program and can range from $50,000 to $3,000,000 per episode.

Mark Burnett's "The Restaurant" is a perfect example of a branded entertainment program.  The show was conceived, the concept was perfected, and then they went to brands to fit them within the existing framework of a program.  Three major brands (Mitsubishi, Coors and American Express) funded the program's productions costs and purchased all of the ad time.

There is a massive shift from producers trying to fund a television program through a network toward utilizing branded entertainment as the main source of funding.  The advantage to the producers is that they will own 100% of their production and will make much more money in the long run.

There are also instances of branded television episodes, where the brand will be integrated into one episode. Recent examples and results include:



© 2005 All Rights Reserved
Confidential & Proprietary

EP000347

- **"The Apprentice"**: Pontiac received 1,000 orders for its Solstice roadster in just 41 minutes the day after the car played a prominent role in an April 2005 episode.

- **"The Apprentice"**: Crest's new vanilla toothpaste was featured in an entire episode of "The Apprentice." Within two hours of the show, the Crest Web site was met with 4.7 million hits from customers requesting samples of the new flavor.

- **"Queer Eye for the Straight Guy" TV show**: Illumination's sales of a product featured on the show went up 365% following the program.

- **"American Idol"**: After spending millions on a massive campaign for text messaging, it was the simple integration on "American Idol" that introduced the United States to the value of text messaging.

## Brand Goals to Consider:

- **Network program**: From the brand side, try a "scatter" effect, where professional firms work behind the scenes to place your product where it provides the best return on investment. Similar to film, large network programs tend to increase brand awareness (think Pepsi on "American Idol").

- **Niche cable program:** With several hundred networks, niche programs that appeal to your exact demographic can really drive sales. "Queer Eye for the Straight Guy," originally a small Bravo program, caused significant sales jumps for every product featured on the show.

- **Branded program**: With your own branded program, you can select the most appropriate network and tie-in -- both retail and Internet -- to involve every viewer and increase sales.

## Important Notes:

- 90% of all products seen on television are not product placement. In many cases, the set designer ran out the week before and purchased the product.

- May and January are the best times to begin a television campaign, as they provide time for the writers to play with the products and possibly integrate them into a scene.



© 2005 All Rights Reserved
Confidential & Proprietary

- Ship it the same day! When you get a call from a set designer, it typically means that he or she needs the product within 72 hours. If you get it to the set designer the next morning, he or she will remember you the next time, and you will start to see your product on more shows.

**1st Approach**

© 2005 All Rights Reserved
Confidential & Proprietary


### Home Entertainment (DVD)

DVD sales now represent over 50% of studio profits. For brands with products in Wal-Mart (the No. 1 DVD retailer in the world) or other retail outlets, a home entertainment cross-promotion can significantly increase sales.

In return for tagging your media with a mention of the DVD release date, studios are offering use of their licensed characters, stickers on the DVD, and, in some cases, a commercial within the DVD. Your level of involvement totally depends on your "media commitment" -- the combined dollar amount of media you can use to promote the DVD release date.

Studios are most interested in the following types of media:

- Broadcast
- Print
- Billboard
- Internet
- Rolling stock (movie theatre commercials)

You cannot "buy" your way into a DVD release -- it is only available to brands via a "significant" media commitment. "Significant" depends on several factors:

- The size of your brand
- If your competition is also interested in getting involved
- How important the DVD is to the studio

For example, if you are a large brand and you are interested in teaming up with a large studio release (such as for "Aeon Flux"), you should expect to devote $250,000 to $2 million to the project. Smaller brands with more niche products may be able to get involved for a much smaller amount ($25,000 to $50,000).

Once your brand is involved with the DVD, there are many different areas for involvement, including:

- Sponsorship of extra content (such as outtakes)
- Sticker on the DVD case
- Promotional materials within the DVD
- Commercial within the DVD
- Mail-in rebate offer
- Use of proprietary characters and art for in-store displays
- Use of the movie trailer in commercials

 1st Approach

© 2005 All Rights Reserved
Confidential & Proprietary

### Regional Releases:

The world of the DVD is broken up into the following six regions:

- Region 1:  United States, Canada
- Region 2:  Europe (including Turkey), Egypt, Arabia, Japan and South Africa
- Region 3:  Korea, Thailand, Vietnam, Borneo and Indonesia
- Region 4:  Australia, New Zealand, Mexico, the Caribbean and South America
- Region 5:  India, Africa, Russia and former USSR countries
- Region 6:  Peoples Republic of China

Region 1 (the United States and Canada) is where most brands and studios are concentrating their efforts, as it represents the majority of sales for both the studio and the brand. The contacts found within the Top 100 Branded Entertainment Opportunities typically only handle Region 1 releases.

If your brand is international, it makes sense to be involved with a hot DVD release worldwide. For example, in many cases, a studio may have a mobile phone partner in Region 1, but may still need one in the other regions of the world. Remember to ask the contact listed for the names of their counterparts who handle the other regions.

### Planning:

The timing issue is huge. A DVD takes several months to print and distribute. This means that if you want your brand involved with the "Aeon Flux" January 2006 DVD release, you need to contact the studio in early Octoberr.



© 2005 All Rights Reserved
Confidential & Proprietary

EP000351

## Home Entertainment Statistics:

- 75% of Americans would prefer to watch a movie at home.
- Consumers are embracing home theater systems, which average about $8,000 to $12,000 for components, including plasma televisions, speakers and a sub woofer -- all to reproduce the sight and sound quality of a multiplex cinema.
- The average household bought five VHS videos per year, whereas today the average household buys 15 DVDs per year.
- The DVD movie industry has grown to $21 billion and makes up more than 50% of a film studio's overall revenue from U.S. markets.
- The typical DVD is viewed an average of 3.2 times over a three-month period.
- 85% of DVD viewers explore every aspect of the DVD.

### Celebrity Events & Gifting

Trend-setting celebrities are always looking for new and exciting products, and celebrity event gift rooms provide a low-stress, no-pressure arena to get your brand in front of the Hollywood elite and, in many cases, get a picture of them holding your product. These events range from the HBO Luxury Lounge at the Emmy Awards to a private party at the Sundance Film Festival.

It is important to note that most of the pictures you see in the celebrity magazines are taken in these gift rooms, and a strong PR team can accomplish a lot with a good celebrity photo.

For example, FIJI Water has made an appearance at almost every celebrity event over the last several years. From the HBO Luxury Lounge to the Golden Globes, you will find FIJI backstage at almost every event in Hollywood. As a result, FIJI is now being sold in more places around the United States, and sales have increased significantly.

There are also unique opportunities to have your products featured in the green room at some of today's top shows, including "The View" and "The Daily Show With Jon Stewart." Unlike gift rooms where the celebrity would pose for a photo, these backstage venues can expose your product to over 300 A-list celebrities per month.



© 2005 All Rights Reserved
Confidential & Proprietary

## Music

The music industry works on its own schedule, typically oblivious to the rest of the world. Yet due to the downturn in profits at most labels, they have opened up to the opportunity for brand integration.

There are tour sponsorships where a brand would easily be able to generate inexpensive endorsement deals and other integrations, including product placement in songs and music videos.

A perfect example for music integration is the Backstreet Boys. After being absent for more than three years, the group just started a world tour, and the sold-out concert venues are proof that Backstreet Boys fans still remember them. With the group a bit older now and appealing to a different demographic, Backstreet management has mentioned that the group is open to the idea of doing television commercials, integration at concerts, and just about anything to make a brand happy.

### The Power of Branded Music:

- Sales for Cadillac increased 22% in 2002 after frequent mentions in hip-hop lyrics, especially Ludacris' song "Southern Hospitality" ("Cadillac grills, Cadillac mills, check out the oil my Cadillac spills ...")

- Cognac Courvoisier reached double-digit sales growth in 2002. By year-end, worldwide sales rose 20 percent, due to Busta Rhymes' hit "Pass the Courvoisier."

## Video Games

If you want to hit the 18- to 34-year-old male demographic, then video games are the place to be.

The development time for a game can be up to two years, so for a brand to be hard-coded into a game requires a lot of forward thinking. For this reason, most brands appearing in video games are currently taking advantage of the new video game ad networks, which are devoted to the integration of live ads into the gaming experience.



© 2005 All Rights Reserved
Confidential & Proprietary

EP000353

As with a branded entertainment TV program, a brand can be involved in a video game as early as the concept stage. A gaming expert negotiates the deal with the video game company. Since these deals are still in their infancy, pricing varies dramatically.

Once a game hits the streets, it is common for "mods" to be made available. These are options for the game that are downloaded from the Internet. (One recent "mod" that was downloaded for the game "Grand Theft Auto II" revealed very adult material and caused the game to be pulled from the shelves.) By working with the publisher on a "mod," a brand can create integration opportunities within a current game.

If you go directly to the game publishers, here are some points to keep in mind:

- Games are highly proprietary and publishers are extremely secretive. Expect to sign an exhaustive non-disclosure agreement.

- Almost anything can be done. Since we are dealing with a virtual world, the opportunities are only limited by your imagination.

- Game publishers are true to their customers. Since gamers want real experiences, the better the integration, the more likely the publisher will move forward on it.

- Publishers we deal with see this as an additional revenue source, but not a major one. This means that deals are still available for video game integration.

**Why Video Games:**

- In 2004, the U.S. movie industry saw ticket sales of only $9.4 billion, while the video game market was $7.3 billion. To put these numbers into perspective, the sequel video game "Halo 2" generated $125 million in sales, while the Pixar animated film "The Incredibles" reeled in $70 million -- both in the exact same weekend.

- When gamers play games, they do so mainly during the prime-time television slot (8 p.m. to 10 p.m.). Next to gaming, the Internet is the preferred medium for respondents, followed by television.



© 2005 All Rights Reserved
Confidential & Proprietary


- Gamers like advertisers who provide exclusives or unlockable extras.

- 73% of gamers have stated that they have noticed a product or brand in a game.

- 87% of gamers remembered seeing a highly integrated brand much more frequently than other less-integrated brands. This indicates that when a brand appears throughout a game, such placement has a strong, positive impact on brand recognition and recall.

- Recall of in-game ads can enhance purchasing decisions.

- Gamers generally perceive in-game advertising in a positive light.



© 2005 All Rights Reserved
Confidential & Proprietary

EP000355

Confidential

## 1st Approach

## Select Product Placement & Brand Integration Opportunities



**Jeff Greenfield**
800-307-8816 ext. 717

Confidential & Private

EP000356

# Events & Music

## Grammy Awards

Join the 2006 Grammy celebration at one of several parties designed to introduce products to celebrities and have them happily pose for photographers.

Fees:   $15,000 – $35,000

## Country Music Awards

Held next month in New York. Fantastic Event for product Introduction!

Fees:   $35,000

## Super Bowl 2006

Known to Athletes, Celebrities, and Media, as some of the greatest producers of high-profile events, PURE RUSH in conjunction with Sports Legends Classic will again host its LEGENDARY evening of fun and excitement during Super Bowl on Thursday, February 2, 2006.

**Event Date:**   **February 2, 2006**
Deadline:   Nov/Dec 2005
Fees:   $175,000 – $375,000



**Jeff Greenfield**
**800-307-8816 ext. 717**

Confidential & Private

# 1st Approach

## Wal-Mart Cross Promotion Tour



AJ Gil
American Idol



Dahv
Radio Disney
Tween Star



**Jeff Greenfield**
800-307-8816 ext. 717

## 21-City Grass Roots
### 'Rock Style'
### Promotional Tour

**WAL★MART®**
ALWAYS LOW PRICES. *Always*

<u>Locations:</u>
Wal-Marts throughout the USA.

**TOTAL COSTS:  From $500,000**

- Concerts in Wal-Mart Parking Lots
- Products fully integrated into Show
- Local & National Contest (Scholarship)
- Retail Tie-In
- Massive Internet Involvement
- Local Radio coverage plus 350+ Radio Station contest
- Local & National TV Coverage
- Branding on CD, Tour Bus, Posters, etc.



EP000358

# 1st Approach

## 2006 Film & DVD Opportunities

### Die Hardest
*Currently in pre-production.*

| | |
|---|---|
| Theatrical Release: | July 2006 |
| **DVD Release:** | November 28, 2006 |
| DVD Deadline: | August 27, 2006 |
| Film Deadline: | NOW |

### X-MEN 3
*Currently in pre-production.*

| | |
|---|---|
| Theatrical Release: | May 2006 |
| **DVD Release:** | November, 2006 |
| Film Deadline: | NOW |

### Mission: Impossible III
*Currently filming – this will be the 3rd MI movie from Tom Cruise.*

| | |
|---|---|
| Theatrical Release: | July 2006 |
| **DVD Release:** | November 28, 2006 |
| DVD Deadline: | August 27, 2006 |
| Film Deadline: | NOW |

**Jeff Greenfield**
800-307-8816 ext. 717





Confidential & Private

EP000359

# 1st Approach

# How We Can Work Together

## 6 or 12 Month Traditional Retainer Packages Include (typical)

- **Films:**
  Multiple FREE opportunities throughout the term of the agreement to include major and minor films. No Fees for Film Negotiations (typically $25K+ per film)
  **Television:**
  Guaranteed Number of 1st Run Impressions
- **Proof of Airing:**
  Clips of all placements available to view online in a site branded with your Agency logo
  **Cross-Promotion Film/DVD:**
  No Fees for Negotiations
  **Celebrity Events:**
  Presence at major celebrity events including The Emmy Awards, Golden Globes, American Music Awards, Country Music Awards and more!
- **Consulting:**
  Includes research selection & Internet component

## Green Tentacle Buzz

## Branded Television/Film Projects

## Consulting

Jeff is also available as a consultant. Contact the office for details.



IMPORTANT LINK

ProductPlacement.biz



**Jeff Greenfield**
**800-307-8816 ext. 717**

Confidential & Private

# The Process

## 1st Approach

**Internet Prep & Baseline Research**
- Initial Research ($12K Max)
- Multiple Websites
- Blair Witch Group & Green Tentacle
- $25 - $50 K per Internet campaign

**Celebrity Seeding**
- Photos with Celebs
- Added to Internet Campaign
- $15-$50K per event

**TV Placement**
- July/Aug & Dec/Jan
- Coordinate with Upfronts
- $100 - $225K per year

**Branded Television/Film**
- $50-$100K Development
- Payment upon deal
- $300-$500K per episode
- New Tax Advantages

**Film Placement**
- Multiple Opportunities
- Research ($12 K Max)
- Working 1 year ahead
- Free - $39 M per film

**Cross Promotion**
- Retail Tie-In Opportunity
- Plan ahead for best deal
- Free - $300K Licensing Fee
- Negotiation Fees < $100K

Jeff Greenfield
800-307-8816 ext. 717

Confidential & Private
© 2005 Jeff Greenfield

EP000361