# Exhibit 13



**'Amazing Grace'**
**Captain D's Branded Reality Show**

The ideas and concepts contained within this document are the sole and confidential property of 1st Approach LLC and will not be shared with any other agency or utilized without prior written consent.

GREENFIELD/1STAPPROACH  000652





### *Captain D's presents authentic, inspirational television!*

The top 20 church choirs in the US competing for over
$250,000 in prizes and the title of
the Best Choir in the USA!

GREENFIELD/1STAPPROACH  000653



### PHASE I.  LOCAL PARTICIPATION

# "Producers from TV's 'Amazing Grace' will be visiting Captain D's on Wednesday from 2 – 4 PM."

The big secret behind American Idol's success is all of the local work that never makes it to the show!  As contestants are selected to compete in Hollywood – a team of Hollywood PR experts sends off a flood of press releases to the local press alerting them that one of their locals may be the '*next American Idol*'.  This results in massive local involvement – all months before the show is on the air!

**Our production team of experienced network cameramen and producers will cross the country in their 6 week trek of visiting EVERY Captain D's location!**

The local press (newspaper, radio, broadcast) will be alerted several weeks prior and invited to participate.



Cameraman @ Captain D's in Atlanta

Every Captain D's location will have a set date and time when the Captain D's Amazing Grace team will arrive.

After setting up their equipment and 'red carpet' region, our production team will interview people about their local choir and why they think they are the best in the US!



## Amazing Grace Spokesperson Contest
Our production team will also be on a national talent search for the Captain D's Amazing Grace Spokesperson.  Similar to Ryan Seacrest on American Idol, the winner will be a paid spokesperson for all of the live events, will be flown to all of the events and (most importantly) be paid!

Every location can hold a local contest and the winner would be that locations representative in the Spokesperson contest.

GREENFIELD/1STAPPROACH  000654



## PHASE II.  REGIONAL COMPETITIONS



After selecting the 'best of the best', 25 choirs from each region will be invited to person in a contest in one of these locations:

- Atlanta, GA
- Jackson, MS
- Birmingham, AL
- Charleston, SC

These will be huge shows in large arenas that will be well attended.  Each show will have a large panel of celebrity judges who will vote on the best overall performance.  The winner from each region will be invited to attend the National competition in Nashville.

This competition will be filmed by our production team and edited at a later date.

## PHASE III.  FINALS

The National competition will feature the 4 best church choirs in the country in an authentic inspirational contest to find the #1 Choir in the USA!



GREENFIELD/1STAPPROACH  000655



## Reality Show Cost

Traditional model of branded reality shows (Apprentice, Survivor, etc.) calls for the brand to participate by paying upfront the cost of production plus profits for the producers and in return getting significant product integration.  As the number of impressions increase from increased ratings, syndication & DVD sales – the value to the brand increases.  In addition, the producers make additional money from the sale of commercial time and other profit channels.  Under this option, the cost for 6 episodes of 'Amazing Grace' is $3,000,000.

The U.S. government has recently chosen to incentivize the production of film and TV shows that are produced within the borders of the United States.  Prior to the tax incentives enacted by the Jobs Act, the United States was know as the "runaway production" country.  Because the U.S. did not offer tax incentives but other countries did, production (and, hence, jobs) migrated off-shore.

Now, at least for a small window of time (until 2008), the U.S. government is willing to trade tax incentives for bringing back these jobs.  These structures are similar to the structures we used to finance films in the U.K. and Germany.

The new model of branded entertainment treats the brand as a partner and allows them to enjoy ALL of these new tax benefits.  Under this new model, the production team is willing to risk a significant portion of their profits in return for a potential windfall upon the success of the program.

In this new model, our team would prepare 12 episodes at a cost of $6,000,000.  Your company would only pay $3,000,000 and then provide a note for the additional $3,000,000.  This would provide your company with an immediate deduction of $6,000,000 – a tax savings of approximately $3,000,000.

Our team has utilized this same financing structure in Europe to finance such films as Harry Potter I & II, Lord of the Rings I, II & III, Mission Impossible I & II, The Core, Blade II, Lara Croft I & II, The Bourne Identity, Marci X, The Life of David Gale, Clockstoppers, Beyond Borders, Looney Tunes, Back in Action!, Paycheck, The Fighting Temptations, Malibu's Most Wanted, among others.

GREENFIELD/1STAPPROACH  000656



GREENFIELD'S APPROACH 000557



GREENFIELD/1STAPPROACH  000658



GREENFIELD/1STAPPROACH  000659

Date Filed 03/10/10    Entry Number 1

ELD/1STAPPROACH  000660



GREENFIELD/1STAPPROACH  000661



GREENFIELD/1STAPPROACH  000662



GREENFIELD/1STAPPROACH  000663



GREENFIELD/1STAPPR000664



GREENFIELD/1STAPPROACH 000665



GREENFIELD/1STAPPROACH  000666



GREENFIELD/1STAPPROACH 000667



FIELD/1STAPPROACH  000668



GREENFIELD/1STAPPROACH 000663



GREENFIELD/1STAPPROACH 000670



STAPPROACH 000671