**verizon**wireless

# Pre-Show Experience

- Current Status:
  - Site visits have been conducted in New York, Philadelphia, D.C., Oakland and L.A.
    - The concourse can be opened 90 minutes prior to show time to allow those arriving early a chance to interact with the brand
    - A few of the older venues cannot accommodate concourse activation and for those markets we will have a "plan B" activation in place on the perimeter of the venue
- The events will be family friendly and each event day activities include:
  - Green screen karaoke
  - Children's choir showcase
  - Verizon Wireless product demonstration
  - Giveaways
- Next Steps:
  - Momentum to present activation strategy on June 12

CONFIDENTIAL

Confidential and proprietary material for authorized Verizon Wireless personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

VZW000219628

verizon wi

# Main Event

- Current Status:

— Each event will have a text to vote component (People's VCAST Choi Award Winner

  - With Moxie's assistance, text to vote can also be tracked real time on the website

— Finale regional viewing events

  ➤ Global Hue to reach out to the winning church in each market to ensure we can do a viewing event in their church

— Recommended show start times as follows a 7:30 pm start time (door open at 6:00 pm) on weekdays and an 8:00 pm start time (doors open at 6:30 pm) on Friday/Saturday

CONFIDENTIAL

Confidential and proprietary material for authorized Verizon Wireless personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.



verizonwireless

# Program Timeline



- **Feb 20:**    Website Relaunch
- **March 2 - March 31:**    Messaging Phase I – Awareness Building
- **April 1 – June 15:**    Messaging Phase II – Registration
        Choir Registration Open
- **June 15:**    Messaging Phase 2.5 - Online Sweeps Program
- **July 19-July 26**    Original Registration Phase
- **June 29 – July 10:**    Round 1 Judging
    - Completed however due to violations of rules, registration was extended for choirs to resubmit videos
    - Phase III- Online Voting was eliminated



- **July 13:**    Messaging Phase IV – Ticket Sales
        Early On-Sale for VzW Customers
        (all markets excluding finale)
- **July 15:**    Merchandise Web Store Opens
- **July 17 – July 30:**    Messaging Phase II – Registration Re-launch
- **July 18:**    General On-Sale (all markets excluding finale)
- **July 19:**    Send A Hymn Application Launches
- **August  2 – 9:**    Round 1 Judging (second time)
- **August 17:**    Choirs Advancing to Round 3 Notified
- **September 19:**    Tour Launches (see venue routing)
- **September 28:**    Finale tickets on sale
        Finale messaging begins
- **November 7:**    Finale
        Messaging Phase V – Post Event, On-Going Awareness

Confidential and proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266513



# Messaging

## Overall Program Objectives
- Bring VzW into the consideration set by driving emotional engagement among the African-American segment & those with a passion for faith-based music through alignment with key pillars of culture:
  - Music
  - Community
  - Church

## Communication Objectives
- Drive relevance of the VzW brand through building awareness of HSTS

## Foundational Elements
- Search for the best church choir in America
- A gospel choir celebration
- Community-oriented event, designed to allow VzW to give back to the communities
- A VzW Experience

*Base messaging outlined above remained the constant throughout the program*

Confidential and proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

VZW000266514

ATTORNEYS' EYES ONLY



# Media – Print

## Overview
- 8 religious publications
- 12 rolling out publications (AA Target)
- 31 additional AA targeted publications
- 11 General Market Major Daily Publications
- All 11 markets included (additional insertions in Detroit Finale)
- All insertions full page, full color

## Results (Total Impressions)
- See chart to right

| Market | Impressions |
|---|---|
| Houston | 25,886,478 |
| St. Louis | 7,592,115 |
| Washington, DC | 9,127,600 |
| New York | 13,045,625 |
| Philadelphia | 8,828,325 |
| Detroit | 12,245,963 |
| Chicago | 12,766,975 |
| Atlanta | 8,245,773 |
| Memphis | 4,949,978 |
| Los Angeles | 14,645,880 |
| Oakland | 10,190,958 |
| **Total Impressions** | **127,525,670** |





