## INDEX

Exhibit No.                Description

1                          Greenfield deposition testimony

3                          2001 Agreement between Verizon and E-P with 2003
                           Addendum- AEO  Bates no. EP235629-EP235668

4                          11/04/05 Amazing Grace Presentation Deck

5                          Bill Reynolds deposition testimony, pages 8-10, 29-30, 31-
                           32, 38, 56

6                          11/7/05 Wilbanks to Erwin/Greenfield follow up with the
                           name change- EP000580

7                          Metalmeccanica Del Tiberina v. Kelleher, 2005 US App.
                           Lexis

8                          11/3/05 Email from Greenfield
                           to Wilbanks with accompanying attachment of Internet
                           Buzz Campaign; Bates no. E-P00035-E-P00056

9                          E-P deposition exhibit 54, Bates no. EP000142-EP152;
                           11/28/05 E-mail Greenfield to Erwin

10                         11/4/05 Email from Greenfield to Wilbanks Bates no. E-
                           P000124 and E-P226852 – E-P226856

11                         08/23/06 E-mail correspondence- EP0003166

12                         Verizon Wireless Branded Entertainment Opportunity
                           December 29, 2005- EP000837-EP000850

13                         12/27/05 Email from Wilbanks to Greenfield Bates n.
                           Greenfield/1st Approach 000418-000419

14                         3/28/06 Email from Wilbanks to Greenfield and Bosworth

| | |
|---|---|
| 15 | Greenfield/1st Approach –November 2005 Various Email Communication between Greenfield, Wilbanks, Erwin and Bosworth-000318-000321 |
| 16 | 2/13/06 Email from Wilbanks to Erwin, Bosworth and Greenfield- Bates no. Greenfield/1st Approach 000413- E-P 000415 |
| 17 | 2/9/06 Email from Stratton to Bosworth- E-P000874-EP000875 |
| 18 | 4/25/06 Email with attachments; E-P deposition exhibit 85, bates no. E-P000884-E-P000895, 4/26/06 presentation deck- Bates No. E-P000295-E-P000330 |
| 19 | Joe Erwin deposition, pages 374, 377 and 378 |
| 21 | "How Sweet the Sound" 2008 Program Status- Bates No. VZW000219602-VZW000219643; **VZW000219615 |
| 24 | 12/18/09-Verizon Wireless "How Sweet the Sound" 2010 Activation Plan AEO VZW 000266389-000266469 |
| 26 | 12/9/05 Email from Greenfield to Erwin- Greenfield/1st Approach 000423 |
| 27 | 3/2006 Email Communications between Greenfield, Bosworth, Erwin and Wilbanks- Greenfield/1st Approach 000202-000206,  000204** |
| 28 | Agreement between Verizon and E-P AEO3-VZW000000020-VZW000000098 |
| 28.1 | Agreement between Verizon and E-P AEO4 EP031678-E-P031686 |
| 28.2 | Agreement between Verizon and E-P AEO 7 |
| 28.3 | Agreement between Verizon and E-P AEO 8- E-P147520-E-P147528 |
| 29 | Duvall Deposition, pages 30, 33, 37 |

| | |
|---|---|
| 31 | Verizon Wireless "How Sweet the Sound" Sponsorship Evaluation VZW000006930-000006974 |
| 32 | 2010 Planning Meeting- AEO VZW000266362 – VZW0002663880 |
| 34 | 2/15/10 Oliver Wood Report |
| 36 | Lou Rossi Deposition, page 71 |
| 39 | Larry Namer Report |
| 40 | Greenfield Affidavit- Not Sealed |
| 41 | April 26, 2006 Presenters Deck for Verizon "How Sweet the Sound" presentation |
| 42 | Allen Bosworth Depo. pgs. 30, 33 and 37 |
| 43. | May 12, 2006 Verizon "How Sweet the Sound" presentation Deck |
| 44 | 7/12/06 Bosworth to Greenfield 1st Q initiative EP000228 |
| 45 | BET Internet |
| 46 | GMC Internet |
| 48 | EP Dep. Exh. 40 |
| 50 | Erwin to Bosworth Memo-Greenfield ownership –EP Dep. Exh. 88 |
| 51 | AMA EFFIE Description |

# EXHIBIT 24



# how the SWEET SOUND

## 2010 HSTS Activation Plan

*December 18, 2009*

Confidential and proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY



# Table of Contents

PAGE

- Objectives…… ………………………………………………………………3
- Program Timeline………………………………………………………...……4
- Market Recommendations……………………………………………5-6
- Venue Routing………………………………………………………………7
- Messaging…………………………………………………………….…8-17
- Extensions………………………………………………………...............18-19
- Grassroots Marketing……………………………………….……….…20-24
- Employee Engagement………………………………………………25
- Digital………………………………………………………………………26-33
- Event Details………………………………………………………… 34-46
- Finale Weekend…………………………………………………………47
- Audio Identifier / Pneumonic Device………………………………… 48
- Next Steps……………………………………………………………… 49
- Appendix………………………………………………………………50-81

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266390



# Objectives

## Business Objectives

- Increase VzW visibility, awareness, positive perceptions & purchase intent among demographically desirable AA target segments
- Position VzW as the first choice of carrier among AA families
- *3% gross ads/gains in HSTS markets*

## Engagement Marketing Objectives

- Bring VzW into consideration by creating a family friendly program that aligns with key pillars of the culture
  - Music
  - Community
  - Church
- Guide attendees through an entertaining product integration journey that highlights the VzW Experience
- Position HSTS as a platform to elevate gospel music with celebration & praise through a 365-day program

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266391



# Program Timeline

- **Jan 10 - March 7:** **Messaging Phase I – Awareness Building**
  - Choir Registration Open 1/10
- **March 8 - May 17:** **Messaging Phase II – Registration**
  - Choir Registration Closes 5/17
- **June 14 - June 30:** Round 1 Judging
  - Submissions narrowed to 8 Choirs in Small/Medium Category & 8 Choirs in Large Category
- **July 5:** Early On-Sale for VzW Customers (all markets excluding finale)

  Choirs Advancing to Round 2 Notified
- **July 10:** General On-Sale (all markets excluding finale)
- **July 10 - July 31:** **Messaging Phase III – Online Voting/Ticket Sales**
- **July 18 - August 1:** Online Voting
- **August 16:** Choirs Advancing to Round 3 Notified
- **August 1 - TBD** **Messaging Phase IV – Ticket Sales**
- **September 18:** Tour Launches
  - Finale tickets on sale day after DC Regional Event
  - Finale messaging begins
- **November 13:** Finale- Verizon Center- D.C.
- **Ongoing:** **Messaging Phase V – Post Event, On-Going Awareness**

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266392



# Market Recommendation

## Criteria

- African American Population Size
- Geographic proximity to current HSTS markets & non-HSTS markets
- Size of faith-based community (key target denominations)
- # of Mega Churches / Key Churches within market
- Opportunity for grassroots activation
- Gospel music sales
- House hold income (HHI)
- HSTS activity / requests & data (provided by EP)
- Global Hue relationships with Mega / Key Churches

## Market Recommendations:

### 2009 HSTS Markets:

- Atlanta
- Chicago
- Detroit
- Houston
- Los Angeles
- Memphis
- Newark
- Oakland
- Philadelphia
- St Louis
- Washington, DC

### Recommended Additional Markets:

- Charlotte, NC
- Dallas, TX
- Jacksonville, FL

### Considerations:

- Greensboro / Raleigh-Durham / Winston-Salem, NC
- Orlando, FL
- Tampa Bay Area, FL

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

5

ATTORNEYS' EYES ONLY

VZW000266393

## Market Recommendation Continued

- The following markets has been identified as potential additions based on the data below:

| MARKET | BLACK POPULATION BY CITY (2008) | BLACK BUYING POWER IN STATE (2008) | BLACK MEDIAN HOUSEHOLD INCOME (2008) | NUMBER OF BAPTIST, METHODIST AND CHRISTIAN |
|---|---|---|---|---|
| Dallas, TX | 284,395 | 71,999,633 | 28,685 | 13,368 |
| Charlotte, NC | 230,261 | 40,987,823 | 35,306 | 9,480 |
| Jacksonville, FL | 255,124 | 62,898,606 | 37,844 | 6,517 |

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

6



# Venue Routing

### 11 Original Markets

| City | Venue |
|------|-------|
| Atlanta | Philips Arena |
| Chicago | United Center |
| Detroit | Joe Louis Arena |
| Houston | Toyota Center |
| Los Angeles | The Forum |
| Memphis | FedEx Forum |
| Newark | Prudential Center |
| Oakland | ORACLE Arena |
| Philadelphia | Wachovia Center |
| St. Louis | Scottrade Center |
| Washington DC | Verizon Center |

### Proposed New Markets

| City | Venue |
|------|-------|
| Charlotte | Time Warner Cable Arena |
| Dallas | American Airlines Arena* |
| Jacksonville | Jacksonville Veterans Memorial Arena |
| Norfolk | Scope Arena |

### Proposed New Venues

| City | Venue |
|------|-------|
| Los Angeles | Staples Center |
| New York | Madison Square Garden |

*Possible conflict with Metro PCS building Sponsorship
** Possible conflict with ATT building sponsorship

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

7

ATTORNEYS' EYES ONLY

VZW000266395



# Messaging Overview

**Objective:**
- Drive relevance of the VzW brand by positioning HSTS as a leading platform for gospel music

**Strategy:**
- Consumer Insight
  - HSTS has a positive impact on the community & is seen as a way to help popularize gospel music
- Target Audience
  - Although the sweet spot for HSTS is among AA's, the program has intersected with appeal to a broader audience
- Tonality
  - Demonstrate respect of the audience by speaking with:
    - Authenticity – genuine language
    - Participatory language – create a dialogue, build relationships
    - Non-corporate speak – focus on the heart of the program, no promotional elements
    - Sincerity - through demonstration of community support & empowerment
- Imagery
  - Photos & images should be reflective of broad perspectives, not focused on any one segment
  - Images should be very rich in color, with a tone of elegance
  - Incorporate show stills to highlight high production value

**Foundational Elements:**
- Search for the best church choir in America
- A gospel choir celebration
- Community-oriented event, designed to allow VzW to give back to the communities
- A Verizon Wireless Experience

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

8

ATTORNEYS' EYES ONLY

VZW000266396



# Messaging Overview Continued

**Tactics:**

- Increase VzW branding & integrate national & regional talent into all creative messaging
- Retain tiered approach to launch the campaign to add consistency & presence in the marketplace throughout the year
- Expand the celebratory aspect of HSTS
- Teaser campaign
- Via TV, use the upcoming Stellar Awards as an introductory platform for HSTS 2010
- Must include the *Pre-registration CTA* option to drive to web for details
- Email blasts, flyers, radio remotes promoting all phases & upcoming events/performances
- Reserve direct mail & mass media for areas within the host DMA & potential 2011 markets
- Grassroots can support eligible cities outside of the DMA, which do not receive mass media & direct mail
- Expand the marketing support to eligible markets outside of the DMA

**Creative:**  CTA's include:
- o Learn More about the 2010 program (Phase I)
- o Register Now (Phase II)
- o Send a Hymn / Enter Now (SAH/Sweeps)
- o Vote Now for your Favorite Choirs (Phase III)
- o Buy Tickets Now (Phase IV)
- o Learn more about the 2010 winners (Phase V)

**Approach:**
| | |
|---|---|
| o Phase I | Awareness Building |
| o Phase II | Registration |
| o Phase III | Online Voting |
| o Phase IV | Ticket Sales |
| o Phase V | Post-Event, On-Going Awareness |

- Address the "competition" aspect of the program in a subtle manner that doesn't overshadow the celebratory feel of the overall program, specifically within the events

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY                                                                 VZW000266397



# Phase I – Awareness Building

**Objective:** • Broaden awareness of HSTS 2010

**Timing:** • Immediate – March 07, 2010

**Strategy:** • Demonstrate VzW commitment to communities through gospel music & HSTS program

**Messaging:**
- HSTS is back for 2010
- Markets, Dates & Locations (once secured)
- Talent (once secured)
- Drive to HSTS.com for more information on registration, etc.
- Capitalize on the success of 2009 wherever possible (i.e. choir testimonials, creative assets)

**Key Dates:**
- 1/16 – Online Registration opens (soft open)
- 1/16 – Grassroots Marketing Outreach Campaign launches (soft launch)
- 2/20 – Pastor/Choir Director Pack drops & in-store registration begins

**Ad:**
- The Search for the Best Church Choir in America begins NOW
- :30 pre-awareness spot to contribute to the 2010 HSTS platform launch
  - 2010 Stellar Gospel Awards
  - HSTS is back!  Register Now! (for returning markets)
  - Need to consider new VO messaging for expansion markets
- Utilize 2009 Finale Assets along with Donald Lawrence VO for continuity from '09 & in to'10
- Identify / secure new talent for inclusion into the local artist program for the 11 HSTS markets
- Local artist identification will be consistent with 2009, focusing on strategic platforms of "Music, Community & Church"

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

10

ATTORNEYS' EYES ONLY

VZW000266398



# Phase I —
# Awareness Building Continued

**Online:**
- Website refreshed with new elements including: calendar of events, homepage promo design
- Online community for gospel music launches 1/18/2010 - See Appendix: Online
- HSTS YouTube Channel messaging builds towards registration (launch Dec '09)

**Grassroots Marketing:**
- Cold call outreach to refreshed master church list targeting Music Directors
- Musicology Tour Launches – see Grassroots Marketing
- Street teams distribute Registration flyer at Key Church/Music/AA Conferences & Event
- Continue to build relationships with key organizations and influencers in the community
- Work with Zenith/Moxie to secure niche gospel media opportunities (e-blast, web banners, etc)

**Direct Mail:**
- Pastor/Choir Director Pack drop on 2/20 (Quantity will be based on new markets for '10)
- Address to a specific person, not "choir director" (evaluating who the key contact should be)
- Concept will include an intro to HSTS, premium item, registration form, song list , full rules

**Area Support:**
- Consider Area Road Shows in 2010 new markets

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266399



# Phase II – Registration

| | |
|---|---|
| **Objective:** | • Register choirs for regional events |
| **Timing:** | • March 8 – May 17, 2010 |
| **Strategy:** | • Convey the opportunity to be a part of a gospel celebration |
| **Messaging:** | • Join us by registering your choir now for HSTS 2010<br>• Registering is very easy, user-friendly<br>• Markets, Dates & Venues<br>• Where appropriate, include Local Artist component<br>• Hosts & Special Guests, Prizes, Drive to HSTS.com, full rules & regs<br>• Find out other ways to be involved based on 365 tactics |
| **Key Dates:** | • 1/16 – 5/17 Registration Period<br>• 2/22 – Online Community launches<br>• 4/15 – Early Registration incentive ends<br>• 4/17 – Messaging becomes – Hurry, time is limited<br>• 5/17 – Registration deadline<br>• 5/18 – SWEETstakes begins |
| **Ad:** | • The Search for the Best Church Choir in America has begun<br>• Register your choir now to be a part of the celebration<br>• TV, radio, print & OOH promoting the upcoming events / performances |
| **Online:** | • Content on HSTS.com continues to reflect current messaging<br>• 3/8 Online community members are asked to nominate a church in their community<br>   (HSTS representative will follow up with names submitted)<br>• 5/18 SWEETstakes launches to continually engage the community after registration closes<br>• Online community for gospel music launches 2/22/2010 (See Appendix: Online) |

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

12

ATTORNEYS' EYES ONLY

VZW000266400



# Phase II – Registration Continued

**Media Tactics:**
- Target local Church groups & AA neighborhoods where majority of registrants reside
- Radio – Focus on Gospel & AA targeted stations
- Newspaper – Identify AA & Religious/Church targeted publications

**Grassroots Marketing:**
- Cold call outreach; Musicology Tour Continues
- Brand Ambassador Program & Event Sponsorship Launches
- Street teams distribute Registration flyer at Key Church/Music/AA Conferences & Event
- Continue work with Zenith/Moxie to secure niche gospel media opportunities (e-blast, web banners, etc)

**Direct Mail:**
- Continue driving registrations, create sense of urgency to submit videos
- Less elaborate than initial direct mail w/ "Hurry!" messaging
- Drop date week of 4/19

**Area Support:**
- Provide DVD's of '09 regional shows in local markets as GWP in the store channels (this could be focused around the Easter season)
  (See Appendix: GWP)

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266401



# Phase III – Online Voting

| | |
|---|---|
| **Objective:** | • Drive traffic to HSTS.com to vote |
| **Timing:** | • July 18 – August 1, 2010 |
| **Strategy:** | • Tap into sense of community<br>• Give audience power of choice to directly impact Friends & Family |
| **Messaging:** | • You have the opportunity to decide who moves on in this celebration of music & community<br>• Vote now for your favorite choir & invite your Friends & Family to join in the voting<br>• Drive to web to vote & buy tickets in advance, Dates & Venues, Hosts, Performances |
| **Key Dates:** | • 7/18 Online voting opens<br>• 8/1 Online voting closes |
| **Ad:** | • Vote for your favorite choir now!<br>• Encourage choirs to engage their church, family & friends to support them by going online to vote & visit the website for more info<br>• Broadcast & printed materials continue to build buzz, awareness & sales |
| **Online:** | • Content on HSTS.com continues to reflect current messaging<br>• Choir spotlight featured on HSTS.com to continually engage the community (See Appendix) |
| **Grassroots Marketing:** | • Brand Ambassador Program & Event Sponsorship Continues<br>• Street Teams Activation/Event Sponsorship continues<br>• Continue work with Zenith/Moxie to secure niche gospel media opportunities<br>• Friends & Family Community picnic (See Appendix: Friends & Family picnic)<br>• In Store Artist Remote Signings<br>• Provide choirs with customized promotional materials they can distribute to garner support<br>    • Vote for My Choir Flyer (PDF)<br>    • Vote for My Choir E-mail (HTML) |

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266402



# Phase IV – Ticket Sales

| | |
|---|---|
| **Objective:** | • Sell tickets to events |
| **Timing:** | • August 1 – end of Tour |
| **Strategy:** | • Create understanding & urgency that this is the must see event of the season |
| **Messaging:** | • Come be a part of this can't miss event, bring your Friends & Family as we celebrate music & community<br>• Events include performances by (list talent once secured)<br>• Leverage choirs who are locked-in to events<br>• Tickets can be purchased for just $5 & $7 (consider increasing price) |
| **Key Dates:** | • 7/5 early on-sale for VzW customers<br>• 7/10 general on-sale<br>• 8/16 finalists announced<br>• 9/18 tour start date |
| **Ad:** | • Various channels (e.g. radio remotes, DJ live reads, etc.) continued promotion of the upcoming events/performances<br>• Select artist to create a separate finale piece / begin crafting art for approvals<br>• Development & production of broadcast materials inciting Final engagement & driving attendance (strong CTA) to the Washington DC Finale Event |
| **Online:** | • Content on HSTS.com continues to reflect current messaging phase with addition to a behind the scenes look from the event tour video feature (See Appendix: Online)<br>• 7/10 Online community begins viewing videos of all choirs advancing to Round 3 for an online "popular vote" winner. (See Appendix: Online) |

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

15

ATTORNEYS' EYES ONLY                VZW000266403



# Phase IV – Ticket Sales Continued

**Grassroots Marketing:**
- National artist integration (i.e. autograph signings at local VzW stores; B stage at large events, local choirs at mall pop up events)
- Drive ticket sales with Spotter Program
- Continue execution of aggressive street team promotion, sponsorship & media buy calendar
- Pastor Advocacy program launches
- HSTS Launch Party
- HSTS Education Partnership

**Media Tactics:**
- Target AA & GM community wide to drive local residents to the event
- Radio – Reach the mass community with AA & GM targeted stations
- Partner with local radio stations to gain on-air/on-site promotional support
- Newspaper – Identify AA, Religious/Church & lead papers in marketplace
- National TV – Continue partnership with GMC; BET extensions
- OOH – Mass awareness builder to promote the HSTS event
- 30 Sheets, Wildpostings, Mobile Billboard

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

16

ATTORNEYS' EYES ONLY

VZW000266404



# Phase V –
## Post-Event, On-Going Awareness

**Objective:** • Ongoing continuation of HSTS message

**Timing:** • Immediately after Finale – early 2011

**Strategy:** • Demonstrate how VzW understood & met needs of the community

**Messaging:**
- VzW in the heart of the community
- Re-Introduce new cities for 2011 & begin messaging
- Drive to HSTS.com for video & photos from 2010
- Sign up to be first to know for 2011

**Key Dates:** TBD

**Ad Release:**
- Keep the celebration going! HSTS is coming to a city near you
- Thank you communication
- Showing of gratitude to the Arts Community
- Grant a scholarship &/or donation to an art school/or program of choice
- Preferably where one of the selected artists attended (additional community extension)

**Online:**
- Content on HSTS.com continues to reflect current messaging phase
- Online community engages in forums to reflect on the 2010 tour & anticipation for 2011 new cities

**Grassroots:** • Maintain community relationships

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266405

# Extensions

## HSTS LAUNCH PARTY:

- Look to identify opportunities that build awareness of HSTS & build buzz of programs return early in Phase IV
- Create Kickoff Celebration & Launch Event in major media markets such as NY & LA
- Hold events in iconic venues such as the Apollo Theater or Nokia Theaters
- Announce '10 Talent, Markets, Tour Schedule, Key Dates (Registration, Ticket Sales, etc.)
- Red carpet, media event
- Performances
  - HSTS Talent
  - 2009 HSTS Winner(s)
- Live radio remote (media partner coverage)
- Street team promotions around venue

## GIFT WITH PURCHASE (GWP):

- GWP will enhance the visibility & help to increase the linkage to VzW throughout periods that aren't heightened with tour excitement
- GWP's will bring in a promotional aspect of HSTS & engage consumers on the retail side of the brand while increasing awareness of the program
- GWP's would be distributed during the following times:
  - Easter
    - GWP would be a DVD of each regional show (market specific)
    - GWP would be distributed to all customers who make a purchase or could be streamlined with a particular phone offer
  - Christmas
    - Christmas CD would be a collaboration of Christmas songs
    - All choirs who participated in the regional show would be able to record their favorite Christmas song (market specific with 2010 overall winner)

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266406



# Extensions Continued

## EDUCATION PROGRAM:

**Objective:**
- Broaden community reach by creating a youth education program that will impact future leaders

**Strategy:**
- Internship Program that allows students to shadow skilled professionals in the entertainment, marketing & production arena

**Rationale:**
- Use HSTS as a tool/resource to build and/or improve skills in the community

**Tactical Approach:**
- Launch program with 1 market in 2010 (DC Finale)
- Choose 25 schools in D.C.
- Allow principals to select 1 stellar student for two-day internship program
- Day 1: HSTS management team and talent conduct seminar prior to finale providing program/career overview
- Day 2: Create tour of production site with HSTS guide leading through all areas & allow students to be production assistants during Finale

## SONG INTEGRATION:

**Objective:**
- Enhance consumer music experience by providing stronger "call to action" in messaging mobile song content performed by talent & choirs
  - Provide shortcode to be used in all phases of media & on site activations
  - Consistent messaging & frequency of text2screen use of shortcodes with callout of HSTS related content
  - Secure discount code for duration of 2010 HSTS program from VZ Music Team

**Rationale:**
- Branding VzW as the "go to" mobile carrier of unique and/or exclusive gospel content
- Marketing outlet will work to enhance relationship & support from labels
- Support from label potentially will impact turnkey business affairs signing of label waivers

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

19

ATTORNEYS' EYES ONLY

VZW000266407



# Grassroots Marketing – Overview

**Objective:**
- Build on HSTS awareness established in the community by continuing partnership approach
- Build & establish new relationships with church, music, & community leaders/ambassadors in each market with strong networks & influence

**Strategies:**



**New Tactical Approaches:**
- Music Director (MD) Targeted Outreach
  - **Musicology Tour**
    - Live music workshop infused into programming of existing music conferences on grassroots calendar
    - Workshop will feature respected music industry individual or panel of experts (i.e. Aaron Lindsey- award-winning Producer & Music Director, Percy Bady)
    - MD Info Packs & HSTS representative on site to answer questions & encourage registration
  - **Direct Calls** to MD's with appeal to register
    - MD list will be retrieved from various resources including GMWA, StreamingFaith.com & grassroots master church list

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

20

ATTORNEYS' EYES ONLY

VZW000266408



# Grassroots Marketing – Overview Continued

**New Tactical Approaches Continued:**

- Brand Ambassador Program
    - Program that mobilizes local influential ambassadors with strong market networks
    - Ambassadors will connect HSTS with key relationships in each market through Phase II-IV & report weekly updates on key contacts, events & locations
- Broader Use of Talent/Choirs in onsite activations
    - Consider B Stage for national talent at major festivals (Jazz fest, Grammys, Super Bowl, Essence, HBCU College Tour, House of Blues, etc)
    - Continue using regional choirs at existing calendar dates (winning choir performing national anthem at major events, malls, cultural holiday events, etc.)
- Spotter Program
    - Branded vehicle use targeted guerilla & event activation sites
    - Branded vehicle will blast gospel music; small music ensemble will exit vehicle in song while distributing flyers, premiums
    - Message on radio spots that if you see the HSTS & hear the "Sweet Sound", the first 25 people will receive vouchers
- Cold Calling
    - Target existing & new relationships through cold calling for registration, event activation & sponsorship
- Street Team Activation
    - Local Flyering, Street & Guerilla Teams activating event calendar in high traffic areas
- Pop-Up/Artist Remote Events
    - Utilize local radio remotes & artist signings or choir performances
- Sponsorship
    - Sponsor key events for larger presence
- Electronic
    - Partner with Zenith/Media to secure niche Media Buys- Mass E-blasts Distribution, Banner Ads

(See Appendix Pages for: Proposed Grassroots Marketing Calendar & List of Church Relationships)

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

21

ATTORNEYS' EYES ONLY                                    VZW000266409



# Grassroots Marketing – Execution Timeline



Launch local Lifestyle Team in All-America cities – TBD (candidate in conjunction with regional event)

*Lifestyle Street Team Overlay Support Feb – Nov 13*

Registration Begins

Ticket Sale Begins

Tour Starts

Finale

| Jan 16 | Feb 1 | May 17 - 18 | June 1 | July 5 | Sept 18 | TBD | Nov 13 | Dec |

- Focus grassroots efforts around registration & drive to ticket sales
- Launch local team support early during the registration phase for the new HSTS markets
- Launch local team support in existing markets one month prior to ticket on sale date
- Launch dedicated mobile teams in June to maximize peak event summer months (recommend increase to 22 weeks per vehicle)
- Update existing lifestyle street teams with HSTS signage overlays to maximize outreach efficiencies

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

22

ATTORNEYS' EYES ONLY

VZW000266410



# Grassroots Marketing — Friends & Family Picnic

**Objective:**
- The Friends & Family Picnic to be utilized during Phase III & IV to drive relevance to VzW as being a community partner & to drive awareness for ticket sales
- The picnic will show VzW's appreciation for the continuous community support of HSTS
- It is a way to bring the community together as one big "gospel" family

**Tactics:**
- Talent meet-n-greets / performances
- Choir performances (09 Regional Participants)
- Onsite musical workshops
- VzW product demos
- Ticket Sales
- Picnic style catered food
- Utilize Mobile Promo Team

**Venues:**
- Convention Centers
- Music Venues (VzW Sponsored)
- Community Parks

**PR:**
- FREE general admission tickets will be distributed to VzW Communication Stores, Radio Stations (remote opportunities), community interest groups & local churches
  (Note: Quantities distributed will be monitored to gauge attendance)

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266411



# Grassroots Marketing –
# Pastor Advocacy Program

**2010 Recommended Timing: Feb. – Nov. 2010**

**Objective:**
- Engage Pastors / Churches at the beginning of the HSTS promotional period to prepare for both onsite activations & regional events
  - From the Detroit test market pilot we learned Pastors want to be part of process & once involved, there is greater opportunity for effective execution & allows sufficient time for voucher / ticket redemption

**Strategy:**
- 10 churches per market
- 1 Sunday per month
  - Activations will be conducted on the 1st Sunday of the month

- Leverage GH relationships / resources pre & during program implementation to ensure flawless execution / rollout of program

- Engage Pastors / Churches at the beginning of the HSTS promotional period to prepare for both onsite activations & regional events
  - From the Detroit test market pilot we learned Pastors want to be part of process & once involved, there is greater opportunity for effective execution & allows sufficient time for voucher / ticket redemption

**Recommendation:**
- Develop customized Pastor Advocacy HSTS educational DVD to aid in effective messaging
- Client approved HSTS talent (e.g. Marvin Sapp) would be the face of this awareness tool
- Talent would be trained on messaging content

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

24

ATTORNEYS' EYES ONLY                                    VZW000266412



# Employee Engagement

**Objective:**
- Turn VzW employees into HSTS brand ambassadors
- Drive ticket sales at retail in selected markets

**Strategies:**
- Utilize those already embedded in the market to help drive participation & awareness
- Build excitement among these key players for the event & the traffic-driving opportunities to the stores

| Tactic | Description | Rationale |
|---|---|---|
| Showtime ticket program (See Promotions, GWP slide for additional GWP tactic) | • Generate free tickets w/ purchase of smartphone and/or add't retail locations, redeem in complimentary HSTS concert • Retail located VzW registration center & sold in-store | • Build awareness & awareness in the retail space • Drive retail VzW handset/accessory sales |
| VzW friends & family kickoff event | • Once regional finalists are selected, each region has exclusive kick-off event allowing employees to bring friends & family • Event could feature performances from regional finalists, special appearances by talent, radio remote, party type atmosphere | • Exclusive to VzW employees • Generates hype & anticipation of regional event • Ability to capture new audience |
| VzW VIP section | • Retail would have the opportunity to win the VIP access for regional events including: • VIP seating • Behind the scenes access • Meet & Greet with talent • Merchandise | • Reward employees for ticket sales/ticketing |

ATTORNEYS' EYES ONLY

VZW000266413



# Digital Strategy

**Objectives:**
- Generate awareness & excitement for HSTS through multiple mediums
- Drive additional qualified traffic to the HSTS site in an effort to increase participation & maintain momentum in between program phases
- Grow the HSTS ECRM opt-ins database

**Strategies:**
- Enable participation with the brand through interactive elements that speak to the Gospel community throughout the various phases of the program
- Utilize paid media, Facebook & blogger relationships to create buzz around the program & the various phases

**Creative:**
- Use imagery, audio & video from the 2009 program to leverage the credibility of the 2010 program & create excitement about the similar uplifting experience that is to come in 2010
- CTA's include
  - Learn More about the 2010 program (Phase I)
  - Register Now (Phase II)
  - Send a Hymn / Enter Now (SAH/Sweeps)
  - Vote Now for your Favorite Choirs (Phase III)
  - Buy Tickets Now (Phase IV)
  - Learn more about the 2010 winners (Phase V)

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY                                    VZW000266414



# Digital Strategy Continued

**Phase I**

Awareness & Registration

January 16- March 08

**Banner**- Standard & Rich Media

**Email**- 1 announcement email, 2 registration emails

**Viral**- Blogger outreach to increase awareness of 2010 program & potential Facebook initiative

**Phase II**

Registration

March 08- May 17

**Banner**- Standard

**Email**- 3 registration emails

**Viral**- Blogger outreach drive registration & potential Facebook initiative

**Sweeps/Send a Hymn**

May 18- July 10

(Registration ends on May 17th & our focus on Ticket Sales/Online Voting does not begin until July 10th)

Moxie recommends increasing the amount of impressions allocated to SAH in between primary messaging phases to build awareness around the sweepstakes

**Banner**- Standard & Rich Media

**Email**- 1 sweeps email, 1 Send a Hymn Email

**Viral**- Blogger outreach to promote SAH/sweeps & a potential Facebook initiative

**Phase III**

Online Voting & Ticket Sales

July 18- August 1

**Banner**- Geo-targeted Standard & Rich Media

**Email**- 2 voting emails, 2 ticket sale emails

**Viral**- Blogger outreach to announce online voting & ticket sales & potential Facebook initiative

**Phase IV**

Ticket Sales/Finale

August 1- November 13

**Banner**- Geo-targeted Standard & Rich Media

**Email**- 2 ticket sale emails, 3 finale emails

**Viral**- Blogger outreach to announce online voting & ticket sales & potential Facebook initiative

**Phase V**

Post Event/On-going Awareness

11/14-TBD

**Banner**- Standard (11/27 end date)

**Email**- 1 post event/holiday or feedback email

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

27

ATTORNEYS' EYES ONLY

VZW000266415



# Digital Media – Plan Parameters

**Strategy/Objectives:**
- Generate awareness of HSTS & increase both traffic to the microsite & participation in the Choir competition
- Flight media for increase support for Registration & Ticket Sales, while providing an consistent baseline level of support
- Reach audience demographic through geo-targeting & contextually/behaviorally relevant sites & placements
- Apply successful learnings from the 2009 campaign to include best performing sites that allow for precise targeting

**Budget:**    Assume flat from 2009

**Target:**
- Continue success with AA35-54 that express interest in Gospel music. Consider broadening target for Ticket Sales messaging
- Contextual & Behavioral targeted proved to drive the highest success
- DMA targeting overlay

**Timing:**
- 1/16/10 – 11/27/10
- Flighting Strategy:
    - 'Always On' media approach- Provide baseline support entire planning timeline to drive traffic   to microsite & aid in sponsorship awareness
    - Focus heavier support during key message pillar phases such as Registration & Ticket Sales (phases II & IV)

**Markets:**
- Atlanta, Chicago, Houston, Detroit, Los Angeles, Memphis, New York, Oakland, Philadelphia, St. Louis, Washington DC
- NEW Markets for 2010*: Richmond, Jacksonville, Dallas, Charlotte

*NEW Markets are unconfirmed & subject to change

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

28

ATTORNEYS' EYES ONLY                                                              VZW000266416



# Digital Media – Recommendation

- Site considerations: Mix of historically strong performing sites as with new site that show promise

  Proven Performers:
  - CENTRO
  - Black Planet
  - Gospel Music Channel
  - AdGroups
  - MySpace
  - BET

  New Considerations:
  - The Root
  - Black Rock Entertainment/Vibe
  - Black Gospel

- Media Mix: Impression levels will decrease slightly with the addition of pre-roll media
  - Standard banners
  - Rich Media banners
  - Pre-Roll

- Budget Rationale:
  - Flat from 2009
  - 2010 brings increased  number of markets (4) & longer program timing
  - Program objective remains the same

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266417



# Digital Media –
# Search Recommendation

**Objective:**  • Direct searchers to appropriate webpage to learn more about HSTS

**Targeting:**  • Geo Targeted Google, Yahoo, MSN

**Flight Dates:**  • 1/16 - 11/27

**Sample Copy:**

How Sweet The Sound
Be Part Of The Search For
The Best Church Choir in America.
HowSweetTheSound.com

How Sweet The Sound
Hosted by Superstar Donald Lawrence
With Performances by Marvin Sapp.
HowSweetTheSound.com

How Sweet The Sound
Witness the Passion of Gospel Of
The Best Church Choirs in America
HowSweetTheSound.com

**Sample Keywords:**

| | |
|---|---|
| verizon how sweet the sound | best singing choir |
| atlanta how sweet the sound | gospel contest |
| chicago how sweet the sound | gospel contestant |
| houston how sweet the sound | gospel sweepstakes |
| los angeles how sweet the sound | gospel choir comparison |
| memphis how sweet the sound | gospel audition |
| verizon how sweet the sound | gospel competition |
| verizon wireless how sweet the sound | st. louis gospel competition |
| best gospel choir | black gospel music |
| best gospel choir contest | |

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.        30

ATTORNEYS' EYES ONLY                                                                                    VZW000266418



# Sweepstakes

## Rationale

- Sweepstakes offers a unique opportunity to create & continue communication with our target consumer demographic & expand the communication through the demos network
- Revise sweeps survey questions to collect most desired information
- Year over year response increased in multiple areas related to the sweepstakes
  - Profiles registered
  - Registration Opt Ins
  - VZW consumer registration
  - Per person frequency of plays

## Execution

- Create custom online sweepstakes component similar to 2009 with data entry, follow-up email, consumer survey questions, instant wins, & grand prize giveaway
- Collect information from consumers for re-marketing
- Incorporate banner ads with offers/ promotion to influence purchase decisions of return visitors
- Launch sweepstakes 5/18 through 11/30
- Recommended grand prize include all expense paid trip to HSTS finale
- Utilize sweepstakes survey questions to collect specific consumer data

## Summary

- Continue to use grand prize & instant win format to drive revisit frequency & continue conversation
- Refit sweepstakes from 2009 version to create a single sweepstakes platform that:
  - Connects to VzW to HSTS
  - Offer drive to sales opportunities
  - Ticket go on sales teaser/countdown
  - Direct links to ticket sales
  - Work closely with client & agency partners to determine consumer information we need to collect

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266419



# Email Objective & Strategy

- **Objective:**
  - Collect contacts for HSTS participants, interested parties & general fans to send them informational alerts at relevant times during the HSTS campaign, encouraging participation

- **Strategies:**
  - Database Growth
  - The database currently contains nearly 113K opt-in emails. As email addresses are collected, they become part of the HSTS scheduled alert stream
  - Email addresses are collected through:
    - o Website
    - o Registration
    - o Box Office database
    - o Share with a Friend
    - o Sweeps
    - o Send a Hymn

  - Scheduled Alerts & Active Participation
  - Notifications of start dates & deadlines for Registration, Voting, Finalists, Ticket Sales, Events
    - o Messaging coincides with project phases & event schedule (see next slide)
    - o Trigger messages confirm opt-ins, registrations, votes & to set expectations for
    - • upcoming alerts*
    - o Forward to a Friend emails enable visitors to pass along the site experience,
    - • generating interest, registrations, alert sign-ups, etc.**

- **Data Collection & Organization:**
  - Information collected during opt-in can determine what messages are received
  - Emails promoting ticket sales can be targeted to 2009 ticket purchasers, by market

\* Trigger Emails for Opt-ins & Registration confirmation & FTAF sent by Erwin Penland
\*\*See Appendix for Email Alert Schedule &  Social Media Data

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

32

ATTORNEYS' EYES ONLY

VZW000266420



# Social Web

### YOUTUBE
- Users comment & share (via video or text)
- Add social media share links to videos
- Live stream of finale on YouTube
- Leverage partnerships with BET/GMC who broadcast the finale to create event

### TWITTER
- Co-Promotion with HSTS Twitter Feed
- Retweet HSTS tweets when relevant to offers (i.e. performance tix) on VZW Offers
- Post links to relevant news articles & videos
- Incorporate Lisa's (or Lisa replacement) blog posts into HSTS Twitter Feed (include link)
- Pull in HSTS Twitter Feed on RLP & opt to "Stay Connected" with contest updates
- Encourage viewers to tweet while watching live finale.
- After events, invite readers to talk about their favorite performances on HSTS Twitter Feed

### OTHER
- Upload photos to Flickr & utilize Maps via Organizr to show where photos were taken
- Coordinate strategy & overall voice with other agencies involved in HSTS promotion
- Incorporate fan voting which sends fan favorite group to the finale & encourages self-promotion

### FACEBOOK
- Post & comment on HSTS News
- Add social media share links (i.e. Digg, StumbleUpon, etc.)
- Integrate & cross-promote on Donald Lawrence's & Marvin Sapp's Fan Pages
- Include link to buy tickets
- Make offerings (ringtones, wallpapers for desktop, etc.) available on VZ Fan Page
- Incorporate tour dates on Events tab
- Post photos & video assets on Facebook page
- Provide link to Flickr site
- Connect through Facebook Connect on HSTS RLP for "Share With A Fiend."

### BLOGS/SEEDING
- Blogger outreach campaign to gospel groups, choirs & influencers
- Outreach to local DJ's

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

33

ATTORNEYS' EYES ONLY

VZW000266421



# Event Details

**Run of show:**
- '09 format was very successful in terms of elevating the overall energy of the program & creating a more engaging stage presentation for the audience & we suggest to keep the same overall format
- The addition of the co-host position was an impactful upgrade to the live show & we would look to further upgrade & expand this position from a talent & involvement perspective (see Talent Slide)
- We would like to upgrade the HopeLine Segment by creating a video vignette; as is, this segment is very copy intensive & dry & we think that a vignette will be more engaging for the audience
- Explore opportunities to increase audience phone interaction
    - HSTS Mobile App
    - V CAST People's Choice
    - Vote for Closing Song in Preshow Loop
- Look to increase topical communication in show (add another vamp to show as Donald's vamp was impactful & timely)
- Explore traveling a house band on tour

**Video elements:**
- Vast list of deliverables that all had consistent look & feel and recommend same model
- Consider the following refreshed items: new show open, HopeLine vignette, AWP vignette
- Recommend finale vignettes again as it greatly added to the overall show, look for extension opportunities

**Stage Design:**
- Because we are returning to the original 11 markets for a third year, we would like to present a refreshed Stage Design to give the show a "facelift"
- The proposed design, maintains the overall identity of the original designs
- The upgrade feature of this design is to the Back Drape
- We have re-engineered this drape to be a large, curved projection that hugs the back of the stage to create an impactful "movie" screen
- Advances in technology will allow us to project video media onto this entire surface with the same clarity & vibrancy as the medallions
- Video media will only be projected onto the Back Drape
- Side Drapes would take on more of an architectural nature that would be brought to life with dramatic lighting effects

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266422

## Event Details — Stage Design A



Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

35

VZW000266423

# Event Details – Stage Design B



Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

36

VZW000266424

# Event Details – Stage Design C



Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266425



# Event Details- Creative

**Objectives:**
- Refresh design system to continue to build program equity
- Develop creative continuity throughout all HSTS branding
- Elevate VzW brand in all creative materials

**Strategies:**
- Conduct an audit of all creative inventory (across agencies) to determine efficiencies & discrepancies in brand identity
- Create a "brand bible" that outlines the usage guidelines of logos, templates & design applications to be shared across all agencies & implemented in each phase
- Utilize photo & video inventory for promotional collateral
- Utilize talent imagery where appropriate to elevate entertainment value of program

**Extensions:**

**Phone Application**
- Bring VzW to the forefront by encouraging product interaction earlier on in the promotional phases via HSTS phone applications & product integration in promotional materials

**V Cast**
- Create a radio partner package that includes free download codes to gospel artists on V CAST, DVD with exclusive content, etc to extend the relationship with the brand

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266426



# Event Details – Competition

**Registration:**
- Registration strategy will remain the same exclusive of the following proposed changes including:
  - o Registration checklist included in Pastor Pack
  - o Compliance round added with musicologist before videos are submitted to judges for scoring
  - o Incentive will be added for early registration to counteract registrations coming in at the last minute
  - o Choirs will indicate which song they performed in their submission video

**Song List:**
- List of 100 choir songs will be available comprised of top songs from 2008 & 209 choir song list
- New songs will be selected from CCLI, sheet music & chart sources
- Sheet music will be available for all songs on list
- Maximum of two sheet music sources will be identified for all songs
- Caveat:
  - o Gospel music affects inclusion of new songs that have impacted church choirs in one year
  - o Lack of chart topping songs that have become choir "standards" within the year will also impact inclusion of new songs
  - o Sheet music unavailability will impede inclusion of new songs that have impacted church choirs & Billboard charts

**Legal:**
- Judging criteria to remain the same
- Continue to include "criminal conviction" language
- Community & school choirs will not be allowed unless they have a meaningful & consistent relationship with a church
- Regional show participants must submit a list of member names, along with 4 alternatives as well as date of birth
- Waiver to be updated to include medical verbiage
- Additional language to be added to TV section of choir release for broader coverage

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266427



# Event Details - Recommended Talent

- Host - Donald Lawrence
- Co-host Options - Yolanda Adams, Cece Winans
- **Tour Judge** - Marvin Sapp (Engage as Pastor Advocacy Ambassador)

**Optional #1/Regional Talent**
- Marvin Sapp
- Fred Hammond
- Byron Cage
- Kurt Carr
- Israel Houghton
- Karen Clark Sheard
- Clark Sisters
- Hawkins – Edwin, Walter, Tramaine
- Maurette Brown Clark
- Kelly Price
- Hezekiah Walker
- Shirley Caesar
- Lonnie Hunter
- Dwight Stone

**Option #2/Regional Talent**
- Rance Allen
- J Moss
- Tye Tribbett
- John P. Kee
- Smokie Norful
- Kierra Sheard
- Vanessa Bell Armstrong
- Dewayne Woods
- Ricky Dillard
- Ted Winn
- Deitrick Haddon
- Heather Headley
- Kim Burrell
- Al Green
- James Fortune
- Rizen
- Tamela Mann

**Finale**
- Richard Smallwood f. Maurette Brown Clark
- Jennifer Hudson

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266428

# Event Details Continued

**Concourse:**
- All activations were a great success & look to build on existing platform by elevating each component
- Look to create an enhanced crowd control plan for all activations

**Gospel Karaoke:**
- Continues to be an incredibly popular activation
- Look to increase the songs on the list to ensure wide variety of options
- Consider additional extension opportunities with content

**V CAST Song I.D.:**
- Excellent addition that enhanced overall concourse experience, recommend keeping activation
- Many of the players were younger & did not recognize the songs so look to diversify song mix
- Explore ways to drive players to the HSTS.com (i.e. taking pictures, posting winner names, etc)

**Local Artist Gallery:**
- Upgrades to lighting, artist audio clips & artist autograph sessions greatly enhanced the display & will look to further integrate the artist into the activation

**Youth Gospel Showcase:**
- Recommend one agency manage all components to streamline communication & ensure quality execution
- Continue to position stage near main entrance to enhance ambiance immediately upon entry
- In-show mention worked well, look to upgrade quality of video clip

**SWEETstakes:**
- Look to add additional kiosks to allow greater participation
- Using full size laptop or touch screen technology would be a better way to execute registration onsite
- If Netbooks need to be integrated, look to add additional staff to explain how to operate

**FiOS Lounge:**
- Consider reviving the FiOS Lounge concept in FiOS markets

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266429



# Event Details Continued

**Merchandise:**
- Conduct market research again to determine design & fashion trends in 2010
- Look to develop post tour sales strategy
- Sales Outlets:
  - Continue to sell online & cross promote via HSTS.com, Twitter, email blasts, choir info packs, bulletins, etc
  - Continue to sell on the concourse, backstage & at finale weekend program hospitality space
  - Consider additional sales outlets such as bookstores, music stores, churches, conferences, grassroots events, etc.

**HopeLine:**
- Continue to incentivize choirs to collect phones for prize $
- Recommend addition of celebrity face /endorsement to raise campaign awareness & create a attractive, relevant identity
- Create vignette highlighting program that captures phone drives, to be used in show & virally
- Look at opportunities to make HopeLine a 365 day initiative

**Prizes:**
- Recommend existing prize values remain the same
- Consider adding record label deal as part of Grand Finale winner prize package

**VIP Hospitality:**
- All VIP guests will be supplied with information packet, tickets, credential
- Guest names will be retrieved prior to show
- Recommend VzW VIP's experience show from the floor; best seats for full concert experience
- Backstage meet & greet will be made available pre-show for key clients

**Meet & Greet:**
- Winner's contact information will be retrieved help gauge actual attendance & ticket redemption
- Winner's will meet earlier at media check-in for faster access to the backstage area & genuine experience
- Posters will be signed by talent immediately following sound check to ensure time for gift bag build
- Recommend Tribal Brands staff member to execute

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266430



# Event Details Continued

**Charity:**
- Will continue to incentivize choirs to collect phones for prize $
- New Strategies
  - Addition of celebrity face /endorsement to charity to raise campaign awareness & create a attractive identity with relevance
  - Create vignette highlighting program that captures phone drives, to be used in show & virally
  - Look at opportunities to make HopeLine a 365 day initiative

**Prizes:**
- Consider adding record label deal to grand finale winner prizing
  - Recommend existing prize values remain the same

**VIP Hospitality:**
- All VIP guests will be supplied with information packet, tickets, credential
- Guest names will be retrieved prior to show
- Recommend VzW VIP's experience show from the floor; best seats for full concert experience
- Backstage meet & greet will be made available pre-show for key clients

**Meet & Greet:**
- Winner's contact information will be retrieved help gauge actual attendance & ticket redemption
  - Winner's will meet earlier at media check-in for faster access to the backstage area & genuine experience
  - Posters will be signed by talent immediately following sound check to ensure time for gift bag build
  - Tribal Brands staff member will execute 2010 Meet & Greets

**Employee Volunteer Program:**
- Volunteers will continue to aid in concourse activation, backstage check in, escort & phone count
  - Recruit volunteers who know handset display features for best use in concourse activations
  - Volunteer benefits include free meal, volunteer t-shirt shirt & ticket to show

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

43

ATTORNEYS' EYES ONLY

VZW000266431



# Event Details Continued

**Employee Volunteer Program:**
- Follow-up with Denise Castro to get employee feedback on program
- Recommend continuing the program placing volunteers on the concourse & backstage
- Recruit volunteers who know handset display features for best use at concourse activations
- Volunteer benefits include free meal, volunteer t-shirt shirt & ticket to show

**Content Capture:**
- Continue to explore opportunities for content extensions
- Consider live webcast
- Continue to capture all shows in HD (6 cameras), b-roll & photography

**Choir Management:**
- Keep program deliverables/structure in tact as it worked very well in '09
- Require choirs to submit a list of performer names in advance to better manage on-site registration

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266432



# Event Details
# Mobile Interactive - MO MMS

**MO MMS Functionality:**
- New technology allows VzW customers to capture their experience at an event & send a video via short code as a Mobile Originated MMS message
- Extends the user interaction past the actual event so they can view/share videos online

**HSTS Suggestions:**
- Choir "Fansclusives"
  - o Users invited to send videos capturing choir performances, celebrations, dancing, etc
  - o Videos are filtered & posted online where users can search videos by MDN, give them star ratings & email to their friends
  - o Possibility to add Text-2-Win component for best video submitted

- HSTS Top10 Vote & Video Collage
  - o Users challenged to capture the best HSTS moments on their phone for chance to make the Top 10
  - o Fans can vote online or via short code for their favorite interactive clip
  - o The Top 10 videos will be compiled into a video "collage" & featured online for everyone to view
    - Example video from the 2008 Keith Urban Tour:
      http://www.keithurban.net/kutube.html?ma_id=0&mc_id=212&p=21&tag=

See Appendix pages for further info

Confidential & proprietary material for authorized Verizon personnel only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

ATTORNEYS' EYES ONLY

VZW000266433



# Event Details - Ticketing

**Objectives:**
- Place greater focus on selling tickets & minimize distribution of comps & vouchers
- Recommend introducing new price point in 2010 ($10.00 Floor, $7.00 Bowl)

**Ticket Sales:**
- Increase in popularity of program results in increase in demand for tickets
- Gives customers the perception of a high quality show & allows for ticketing promotional opportunities (e.g. VzW Pre-Sale discount, group ticket discounts, family four pack offers, buy - 1 - get one discounts, etc.)
- Additional revenue would help recoup touring cost (09' ticket sales revenue was appx. $245k)
- Longer timeframe for on-sale offer
  - The longer tickets are on sale, the easier to determine how well a show will be attended, & allows for more time to plan a contingency to use vouchers in low selling markets
  - Proposed on-sale date – July 3, 2010
- Launch a VzW Pre-Sale that offers a discounted ticket price for Vz + VzW customers/employees (determine logistics, timing, pricing)

**Vouchers:**
- As in 2009, vouchers will be distributed to Competing Choirs, VzW Areas, Community Groups, Mega-Churches, etc
  - Vouchers will allow these groups to redeem complimentary tickets at venue box offices (2 tix per voucher)
  - Will reduce large gaps of empty seating, ticket holds for vouchers will be spread out across the house & not concentrated in one area
- Vouchers provide a contingency to poor ticket sales by giving consumers a chance to attend the show for free
- Vouchers must be redeemed at the venue box office as it allows us to continue to control the seating of consumers & limit empty sections
- Tickets stay in box office inventory which allows for continual ticket sales push during distribution
- "Based on availability" & "Does not guarantee admission" messaging  is printed on the voucher & highlighted during distribution to encourage early redemption & also helps alleviate box office complaints when these customers are turned away in sell out situations

ATTORNEYS' EYES ONLY

VZW000266434