# Exhibit 30

**From:** Jeff Greenfield
**Sent:** 04/25/2006
**To:** 'Allen Bosworth' <allen.bosworth@erwinpenland.com>; Joe Erwin <Joe.Erwin@erwinpenland.com>
**Cc:** Shannon Wilbanks <Shannon.Wilbanks@erwinpenland.com>
**Bcc:** 'mark hughes' <mark@buzzmarketing.com>
**Subject:** RE: Production Team

This is why we move quickly on this stuff ...

Announcement from BET for 'shows in development'

* College Hill: Summer Interns - The students learn to develop/promote a company's product
* Baller's Club - Well-known personalities get together to talk and talk back
* Riders - A cross-country driving contest with celebs, tasks and more for a final prize (to be given to the winner's charity of choice)
* Sunday Best - A Gospel American Idol-type show
* 1 More Chance - Hostess Queen Latifah gives stars of days gone by a second chance
* The Juanita Bynum Show - A new talk show hosted by author/gospel artist Juanita Bynum
* Step Up - A step dance contest

This only does 1 thing .... makes our show more valuable .. other networks will be looking for something similar ASAP.


Jeff Greenfield
Executive Vice President, 1st Approach
Publisher, Branded Entertainment Monthly

Direct: 603-617-2985
Toll Free: 888-221-7923 ext 717
Fax: 603-299-0775

CNBC: http://www.1stapproach.com/cnbc.html [blocked::http://www.1stapproach.com/cnbc.html]
Recent News: http://www.1stapproach.com/news.html [blocked::http://www.1stapproach.com/news.html]

_____

From: Allen Bosworth [mailto:allen.bosworth@erwinpenland.com]
Sent: Monday, April 24, 2006 11:57 AM
To: Allen Bosworth; Jeff Greenfield; Joe Erwin
Cc: Shannon Wilbanks
Subject: Production Team



Jeff: tell me more about the role of Jamie Gold and the unnamed producer, director, DP you list. Are these people on board, in what role, how do we present them in the deck? We want to look buttoned up with team but not overstate our position.

Also, I look into the movies you mention for Jamie Gold and I don't see his name in the credits anywhere. What am I missing?

Allen