## INDEX

| Exhibit No. | Description |
|---|---|
| 1 | Greenfield deposition testimony |
| 3 | 2001 Agreement between Verizon and E-P with 2003 Addendum- AEO  Bates no. EP235629-EP235668 |
| 4 | 11/04/05 Amazing Grace Presentation Deck |
| 5 | Bill Reynolds deposition testimony, pages 8-10, 29-30, 31-32, 38, 56 |
| 6 | 11/7/05 Wilbanks to Erwin/Greenfield follow up with the name change- EP000580 |
| 7 | Metalmeccanica Del Tiberina v. Kelleher, 2005 US App. Lexis |
| 8 | 11/3/05 Email from Greenfield to Wilbanks with accompanying attachment of Internet Buzz Campaign; Bates no. E-P00035-E-P00056 |
| 9 | E-P deposition exhibit 54, Bates no. EP000142-EP152; 11/28/05 E-mail Greenfield to Erwin |
| 10 | 11/4/05 Email from Greenfield to Wilbanks Bates no. E-P000124 and E-P226852 – E-P226856 |
| 11 | 08/23/06 E-mail correspondence- EP0003166 |
| 12 | Verizon Wireless Branded Entertainment Opportunity December 29, 2005- EP000837-EP000850 |
| 13 | 12/27/05 Email from Wilbanks to Greenfield Bates n. Greenfield/1st Approach 000418-000419 |
| 14 | 3/28/06 Email from Wilbanks to Greenfield and Bosworth |

| | |
|---|---|
| 15 | Greenfield/1st Approach –November 2005 Various Email Communication between Greenfield, Wilbanks, Erwin and Bosworth-000318-000321 |
| 16 | 2/13/06 Email from Wilbanks to Erwin, Bosworth and Greenfield- Bates no. Greenfield/1st Approach 000413- E-P 000415 |
| 17 | 2/9/06 Email from Stratton to Bosworth- E-P000874-EP000875 |
| 18 | 4/25/06 Email with attachments; E-P deposition exhibit 85, bates no. E-P000884-E-P000895, 4/26/06 presentation deck- Bates No. E-P000295-E-P000330 |
| 19 | Joe Erwin deposition, pages 374, 377 and 378 |
| 21 | "How Sweet the Sound" 2008 Program Status- Bates No. VZW000219602-VZW000219643; **VZW000219615 |
| 24 | 12/18/09-Verizon Wireless "How Sweet the Sound" 2010 Activation Plan AEO VZW 000266389-000266469 |
| 26 | 12/9/05 Email from Greenfield to Erwin- Greenfield/1st Approach 000423 |
| 27 | 3/2006 Email Communications between Greenfield, Bosworth, Erwin and Wilbanks- Greenfield/1st Approach 000202-000206,  000204** |
| 28 | Agreement between Verizon and E-P AEO3- VZW000000020-VZW000000098 |
| 28.1 | Agreement between Verizon and E-P AEO4 EP031678-E-P031686 |
| 28.2 | Agreement between Verizon and E-P AEO 7 |
| 28.3 | Agreement between Verizon and E-P AEO 8- E-P147520-E-P147528 |
| 29 | Duvall Deposition, pages 30, 33, 37 |

| 31 | Verizon Wireless "How Sweet the Sound" Sponsorship Evaluation VZW000006930-000006974 |
| 32 | 2010 Planning Meeting- AEO VZW000266362 – VZW0002663880 |
| 34 | 2/15/10 Oliver Wood Report |
| 36 | Lou Rossi Deposition, page 71 |
| 39 | Larry Namer Report |
| 40 | Greenfield Affidavit- Not Sealed |
| 41 | April 26, 2006 Presenters Deck for Verizon "How Sweet the Sound" presentation |
| 42 | Allen Bosworth Depo. pgs. 30, 33 and 37 |
| 43. | May 12, 2006 Verizon "How Sweet the Sound" presentation Deck |
| 44 | 7/12/06 Bosworth to Greenfield 1st Q initiative EP000228 |
| 45 | BET Internet |
| 46 | GMC Internet |
| 48 | EP Dep. Exh. 40 |
| 50 | Erwin to Bosworth Memo-Greenfield ownership –EP Dep. Exh. 88 |
| 51 | AMA EFFIE Description |

# EXHIBIT 36



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION
CASE NO. 6:08-3980-GRA

CONFIDENTIAL

HILL HOLLIDAY CONNORS COSMOPULOS,
INC., d/b/a ERWIN-PENLAND,
          Plaintiffs,

    -vs-

JEFFREY GREENFIELD and 1st
APPROACH, LLC,

          Defendants, and
          Third-Party
          Plaintiffs,

    -vs-

CELLICO PARTNERSHIP d/b/a VERIZON
WIRELESS, and JOSEPH A. ERWIN,
          Third-Party
          Defendants.

DEPOSITION UNDER
ORAL EXAMINATION
OF
LOUIS ROSSI

TRANSCRIPT of the deposition of the witness,
called for Oral Examination in the above-captioned
matter, said deposition being taken pursuant to the
Superior Court Rules of Practice and Procedure by
and before CHRISTINA LYNN HANSEN, a Notary Public
and Certified Court Reporter of the State of New
Jersey, at THE DOLCE HOTEL IN BASKING RIDGE, 300
North Maple Avenue, Basking Ridge, New Jersey, on
Tuesday, December 1, 2009, commencing at
approximately 1:05 in the afternoon.

MAGNA LEGAL SERVICES
Seven Penn Center
1635 Market Street - 8th Floor
Philadelphia, PA 19103
(215)207-9460

JOB # 35633

1    that program is?

2         A.    Yes.  It's a community-based choir

3    contest in 11 markets looking for the best church

4    choir.

5         Q.    Okay.  How -- can you -- if you were

6    explaining to a high school class what this project

7    involved, how would you explain it?

8                   MS. McKINNEY:  Object.

9                   MR. MUCKENFUSS:  Object to the form.

10        A.    If I had to explain it, I would say

11   it's a competition to find the best church choir.

12        Q.    Why does Verizon do this?

13                  MR. MUCKENFUSS:  Object to the form.

14        A.    Could you be more specific?

15        Q.    Why does Verizon sponsor such a

16   competition as How Sweet The Sound?

17                  MR. MUCKENFUSS:  Object to form.

18                  MS. McKINNEY:  Object to form.

19        A.    It's a marketing program to help us

20   gain better awareness and favorability among the

21   African-American segment.

22        Q.    Has it, in fact, done that?

23                  MS. McKINNEY:  Object.

24        A.    It has -- we have seen some increase

25   in perception from the American-American segment in

# EXHIBIT 39

CONFIDENTIAL

LIBA/2026308.2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION


HILL HOLLIDAY CONNORS
COSMOPULOS, INC., d/b/a ERWIN-
PENLAND,

Plaintiff,

v.

JEFFREY GREENFIELD and
1st APPROACH, LLC,

Defendants, and Third-Party
Plaintiffs,

v.

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS, and JOSEPH A. ERWIN,

Third-Party Defendants.


CIVIL ACTION NO. 6:08-3980-GRA
**Hon. G. Ross Anderson Jr.**


## EXPERT WITNESS REPORT OF Larry Jay Namer

CONFIDENTIAL

LIBA/2026308.2

## I. BACKGROUND AND QUALIFICATIONS

My name is Larry Jay Namer and I have been engaged by the law firm of Jeckel-Doolittle
LLC in connection with its representation of Jeffrey Greenfield.

I have been asked to provide my professional opinion
on the extent to which Jeffrey Greenfield and 1st Approach, LLC (together,
"Greenfield") may have certain rights and financial interests in the work Erwin-Penland

is performing on the "How Sweet the Sound" project for Verizon Wireless"). Specifically, I have been asked to provide my expert opinion on the extent to which certain parties such as Verizon Wireless, Cello Partnership, Hill Holliday Connors, Cosmopulos, and Erwin Penland, have benefited monetarily from the implementation of "How Sweet The Sound" and all of its components.

## II. QUALIFICATIONS AND BACKGROUND

I am a 38-year veteran of the media and entertainment industry having started my career right after college in 1971. After graduating Brooklyn College with a degree in economics I started my working career at Sterling Manhattan Cable. Shortly after I joined the company it was acquired by Time Inc and the name was changed to Manhattan Cable TV. Over a ten-year period I gradually advanced and finally held the position of Director of Corporate Development. In that position I was responsible for finding new business opportunities outside the typical cable business of retransmitting channels, and then evaluating the potential costs, revenues and returns. In1981 I was recruited by Cable America and Atlanta based Multiple Systems Operator (MSO) and was hired as Vice president and general manager of Valley Cable TV in Los Angeles. Valley cable was the first 61-channel two-way cable system built in the United States. As VP and GM I was responsible for all aspects of the building and marketing of the cable system, which was one of the largest in The US at the time. During this time I was directly involved in evaluating, selecting and managing all advertising agencies, promotions companies, and public relations firms. I left the company in 1984 to pursue more entrepreneurial ventures and with a partner, Alan Mruvka, formed Movietime Channel Inc. This was a new cable network idea for which we wrote the plan and financial forecasts and then raised the funding and implemented the plan. Shortly after launching the network in 1987 we changed the name to E! Entertainment Television. I ran the company as President and CEO and was responsible for every aspect of company operations including marketing publicity and promotions. During that time I was directly involved in the selection and ongoing management of several advertising agencies, promotional agencies and public relations firms. After E! I formed and ran several other new companies and have always been the final decision maker in selecting advertising and promotional companies to work for us. Currently I am Founder and CEO of Metan Development Inc, a company I formed to exploit opportunities in China mainly in the form of creating branded entertainment. In this venture we have been working with companies such as Ford, Coke, Harley, L'Oreal and many others to create brand integration and brand marketing campaigns for them in China. I had been doing this work and meeting with the brands and their agencies myself up until September 16th 2009 when I hired a woman from Australia to join the company and take over this function. While at E! and in every company I was involved with since then I have been working with brands on marketing and brand integration concepts and on assigning value to those campaigns. Within the last ten years I have been published in a book entitled Inside Interactive TV…. The Story of Microsoft Interactive TV by David Feinlieb. In this book I wrote one chapter on the connection between Hollywood content and interactive TV technology.

## III. SUMMARY OF OPINIONS

Having examined the information provided to date and having considered the matter,

based upon my 38-year experience and knowledge of the media and advertising industry, I have come to the following opinions: Several parties involved in this case have benefited greatly from the development, implementation and execution of the How Sweet the Sound marketing program and accompanying promotions and media events. In particular extraordinary benefits have been received by Verizon Wireless, and Erwin Penland and the corporate entities involved with him. The benefits for these parties are both direct and indirect in that the goodwill and industry recognition that has ensued while difficult to measure in absolute terms in none the less very significant. In the case of Verizon Wireless the document I examined point out that in at least one of the 13 target markets for the show the penetration grew from 10% to 13 percent, which is a 30% growth that appears to be attributable to the implementation of the How Sweet The Sound marketing program. I feel it is reasonable to assume at this point, that the subscriber increases in the other markets reached somewhat levels. From the documents I examined it appears that the target markets represent somewhere between 10-15 % of the entire Verizon subscriber base. If the market value of Verizon is about 50 billion USD then $5.0 billion to $7.5 billion USD of that value is attributable to those markets. If 30% of the value attributable to those markets came as a result of the How Sweet the Sound campaigns then I believe the overall value of Verizon Wireless was increased by $1.5 billion to $2.25 billion USD. In the case of Penland and his companies they received much more than the initial agency fees paid by Verizon. The campaign itself was considered incredibly successful and was even recognized by the advertising industry's highest honor, an Effie award. Having been involved in many advertising and marketing agencies over my 38 years in the business I am very aware that having executed successful and recognized campaigns is an key consideration in the selection of an agency. What's more smaller agencies that receive such high level industry recognition as an Effie Award, frequently become acquisition or takeover targets of the much largest agencies that dominate the global advertising scene. Among those large agency groups is Interpublic which is the parent of Hill Holliday Connors and Cosmopulos. These companies have historically paid a premium for creative agencies and, marketing firms that could prove a foothold within certain geographic areas such as the south (of the US). It is a certainty that Penland increased its value not only to the parent company but also to the many regional advertisers that have come to use Penland after hearing of their great success with Verizon. While no specific data was provided to measure that value I can say how my company would go about determining a relative value. If they increased any company's value by $1.5 - $2.5 billion they should be able to command fees equal to 7 percent of that value from new clients. So I would say that Penland's value increase by being able to pitch new clients based on their Verizon success is somewhere between 105.0 and 175 million dollars in annually. Over the past two years that value would be $210-350 million and growing. In my opinion the "marketing" value of any Effie is about 3 years. That 3 year timeframe is based on my belief that the team that actually worked on the campaign stays relatively intact for that number of years but any longer timeframe would probably mean that new folks at the agency had replaced that team. This would be a key driver in determining which agency to chose. In this case the market increases appear to be achieve in a very difficult market segment, African Americans. That achievement and the agency behind that result would certainly get the attention of many major US corporations that struggle to win the hearts, minds and dollars, of that market

segment. I truly believe that this well recognized achievement by Penland has resulted in consideration for client projects well beyond what would normally be achieved by smaller local agencies. In other words this campaign put them on the radar of most big consumer good companies who want to increase their penetration of this market. Without this recognition it is doubtful that major brands would even consider a local agency or one outside the big media cities such as NY, Boston, Chicago etc. If I were asked to determine a premium by which the benefit could be measured because the effort was toward such a difficult and desirable market segment then I would say 20 %. That would put the benefit to at least at another $40-70 million. In reviewing the press release regarding a market study of marketing executives I found the following key statements that make me feel comfortable in my opinion about the value of the Effie and the movement toward successful creative agencies.

*Effie Awards and Millward Brown Survey Reveals Priorities Among Executive Level Marketers from Client and Agency-Sides*
**New York, NY** *(April 27, 2009)* – A survey of 110 executive level marketers from both clients and agencies at Final Round Effie Awards judging in New York revealed themes of innovation, creativity and a strong commitment to accountability. The Effie Awards honor the most significant achievement in marketing communications: ideas that work.
Despite reports of budgetary cutbacks, the majority of agencies (77%) described their companies as in "innovation mode" while client-side marketers told a different story. A little over a third from the client-side agreed their companies were operating in "innovation mode" while the rest were split between "re-organizing/reduction" and "survival" modes. Only a very small percentage reported their business as "status quo."
Despite the challenges arising from the financial downturn, 63% of respondents claimed that the economy has not compromised their creativity. "The economy has not stifled creativity, it has propelled marketers to become more innovative and accountable," said Mary Lee Keane, President of Effie Worldwide. "Marketers want business results and will spend where they can measure effectiveness."
Accountability was a key theme among judges who spoke of an intense "focus on measurement," the importance of "demonstrating the financial impact of marketing campaigns" and "personal ownership of delivering results" when answering a question on what accountability means to them. "The challenge for marketers right now is creating brand relevance among consumers who are uncertain about the future," said Mary Ann Packo, CEO of Millward Brown North America. "At the same time, they must deliver measurable results proving the value of every marketing dollar spent."

Additionally the press release goes on to say "Marketers also indicated the agency characteristics that have grown in importance in the past year:
• Non-traditional media capabilities · Creativity  · An understanding of the client's category and business"
*above from the Effie website

If one to Google search for "How Sweet The Sound" as it is reasonable to

assume many Chief Marketing Officers of major consumer goods did after learning of the campaigns great success, one would find the recent press release from Promo magazine(http://promomagazine.com/pro_awards/verizon-how-sweet-the-sound whereby they report that the positive impression of Verizon Wireless was increased by 20% based solely on the 100 million PR impressions that resulted from the campaign.

I understand that more documents and other information may be forthcoming and I reserve the right to change or modify my opinions based on examining other documents not introduced as of September 25th 2009.

## IV. BASIS OF OPINIONS

I have reviewed certain pleadings in this case, without limitation to documents titled or numbered. I believe that I have reviewed all the pleadings and documents filed and served by all parties in this litigation as of September 25th 2009. I may alter or change my opinions based on the introduction of any new documents provided after September 25th 2009.

The following documents have been reviewed:

EP1 – EP549
Verizon ANA presentation
Verizon annual report
EP1052-EP3261
EP565-EP953
Greenfield/1[st] Approach 1
Greenfield/1[st] Approach 2
Greenfield/1[st] Approach 4
Greenfield/1[st] Approach 648
Greenfield/1[st] Approach 880
Greenfield/1[st] Approach 887
Greenfield/1[st] Approach 882
Greenfield/1[st] Approach 798-863
Greenfield/1[st] Approach 650-797
Greenfield/1[st] Approach 1126-1163
Greenfield/1[st] Approach 922-1123
Greenfield/1[st] Approach 1125
Greenfield/1[st] Approach 919-920
Greenfield/1[st] Approach 1180-1184
Greenfield/1[st] Approach 916-918
Greenfield/1[st] Approach 1241-1274
Greenfield/1[st] Approach 1238-1240
Greenfield/1[st] Approach 1275
Various voice mail messages

## V. PRIOR TESTIMONY
I have not testified as an expert at trial or by deposition.

## VI. COMPENSATION
In this matter I am being compensated for my time at a rate of $350/hour. My
compensation is in no way related to any specifics of what I may testify to, my views on
any of the issues in this matter, or contingent in any way on the outcome of this or any
other case.

## VII. MATERIALS CONSIDERED
Was supplied numerous documents and I considered the following items:
EP1 – EP549
Verizon ANA presentation
Verizon annual report
EP1052-EP3261
EP565-EP953
Greenfield/1st Approach 1
Greenfield/1st Approach 2
Greenfield/1st Approach 4
Greenfield/1st Approach 648
Greenfield/1st Approach 880
Greenfield/1st Approach 887
Greenfield/1st Approach 882
Greenfield/1st Approach 798-863
Greenfield/1st Approach 650-797
Greenfield/1st Approach 1126-1163
Greenfield/1st Approach 922-1123
Greenfield/1st Approach 1125
Greenfield/1st Approach 919-920
Greenfield/1st Approach 1180-1184
Greenfield/1st Approach 916-918
Greenfield/1st Approach 1241-1274
Greenfield/1st Approach 1238-1240
Greenfield/1st Approach 1275
Various voice mail messages

I have reviewed certain pleadings in this case, without limitation to documents titled or numbered. I believe that I have reviewed all the pleadings and documents filed and served by all parties in this litigation as of September 25th 2009. I may alter or change my opinions based on the introduction of any new documents provided after September 25th 2009.

## VIII. EXHIBITS

I have analyzed numerous documents in reaching this opinion. To the that extent new documents and information become available, it may become necessary to refine and supplement my opinion. Therefore, the analysis and opinion expressed herein is subject to revision or supplementation based on my review of additional documents or other developments. At trial, I may refer to all or a portion of the above-mentioned documents, as well as additional documents produced during this litigation, and demonstrative exhibits prepared for trial.

Larry Namer

Dated: September 29, 2009

# EXHIBIT 40

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

|  |  |
|---|---|
| HILL HOLLIDAY CONNORS COSMOPULOS, INC. d\b\a ERWIN-PENLAND,<br>     Plaintiff,<br><br>vs.<br><br>JEFFREY GREENFIELD and 1ˢᵗ APPROACH, LLC,<br>     Defendants, and<br>     Third-Party Plaintiffs,<br><br>vs.<br><br>CELLCO PARTNERSHIP d\b\a VERIZON WIRELESS, and JOSEPH A. ERWIN,<br>     Third-Party Defendants. | Case Number: 6:08-CV-3980-GRA |

## AFFIDAVIT OF JEFFREY GREENFIELD

County of Rockingham    )
                  )
State of New Hampshire   )

I, Jeffery Greenfield, being of sound mind and body do hereby swear and affirm the following:

1.    In October and November 2005, I, individually, and as a member of 1ˢᵗ Approach, LLC, was a member, and the leader of, a creative team that formulated a multi-media branded entertainment marketing program called 'Amazing Grace', which was the 'Search for America's Top Church Choir', and which was later presented by Erwin-Penland to the Captain D's restaurant chain as a branded entertainment program. Prior to the aforesaid

presentation, Erwin-Penland changed the name of the program from 'Amazing Grace', the first line of the hymn to "How Sweet the Sound", the second line of the hymn.

2.     I was consulted by Erwin-Penland and I gave my consent to the change of the name from "Amazing Grace" to "How Sweet the Sound".

3.     It was my understanding from my many discussions with Joe Erwin and others at EP that should our joint efforts over many months on "How Sweet the Sound" be successful with either an Erwin-Penland or a 1st Approach client, that I would share creative credit, compensation and ownership for my efforts together with Erwin Penland.

4.     During the aforesaid creative process over many months, I participated as a full partner in the effort which created all aspects of "How Sweet the Sound". Many times, both orally and in writing, I made my intentions and expectations regarding the creative ownership, and the allocation of the fruits of our labors, very clear to Erwin-Penland. At no time prior to VZW's acceptance and subsequent nation-wide launch of the program did Erwin-Penland object to my stated intention and expectation.

5.     Erwin-Penland did not win the agency contract with Captain D's, but shortly thereafter, I agreed to Erwin-Penland's request that I undertake many months of work to modify "How Sweet the Sound" for its presentation to Verizon Wireless.

6.     I worked extensively with Erwin-Penland over many months in devising new features for, and \ or changing existing features, of the original program. As a result of my work on "Amazing Grace," and my substantial contributions to "How Sweet the Sound", I am the creator or the co-creator of "How Sweet the Sound" which Verizon Wireless and EP are commercially exploiting to their mutual benefit. My involvement in the development of the program included creating and \ or working upon every single

aspect of the program, from the local marketing aspects, e.g. the Pastor Packet, to the integration of all of the program elements.

7.    Most of my communications to Erwin-Penland and my contributions to the program were done via email. I would often send attachments detailing local and national marketing strategies that I conceived, created, reduced to writing and sent to my partners at Erwin-Penland. All emails and attachments included statements designed to protect Jeffrey Greenfield/1st Approach ideas.

8.    On February 15, 2006, I informed Erwin-Penland that I had registered "How Sweet the Sound" in my name and in the name of Joe Erwin with the Writers Guild of America with the following description:

> "How Sweet the Sound"
> The Search for America's Top Church Choir
>
> "How Sweet the Sound" is an 'American-Idol' style competition for church choirs. Through a series of regional competitions, regional winners will travel to a final competition where they will compete for prizes and be name 'America's #1 Church Choir'

The purpose of the registration was to obtain protection over the "How Sweet the Sound" concept which included my proprietary ideas, the fruits of my labors, and several trade secrets. At no time did Joe Erwin, Erwin-Penland, or anyone at Erwin-Penland, object to my registration of "How Sweet the Sound" with the Writers Guild.

9.    As the "How Sweet the Sound" VZW presentation deck was transferred between me and EP, and within EP, and as we were nearing the VZW presentation date on April 26, 2006, the deck included details identifying Jeffrey Greenfield/1st Approach as the co-creator of the concept, and the deck was properly copyrighted to "Erwin-Penland/1st Approach". I believed that the copyrights of the content and the trade secrets, along with

my own confidentiality language adequately protected my interests, as well as evidenced the fact that Erwin-Penland considered Jeff Greenfield/1[st] Approach a partner, just as I considered Erwin Penland my partner.

10.    I created many of the presentation details, e.g. I detailed a number of methods by which the campaign, including all of its attributes, including but not limited to intellectual property interests, trademarks and domain name registrations, could be transferred into an entity and thereby be owned by the two partnering co-creators, on the one hand, and by VZW, as direct sponsor of the church choir competitions, and media and other opportunities arising from it, on the other. These joint ownership concepts were incorporated into the April 26, 2006 presentation deck to VZW.

11.    At my own expense, I traveled to New Jersey to make the pitch to Verizon Wireless with my partner, Erwin-Penland, on April 26, 2006.

12.    At the pitch, I was the lead spokesperson on a number of key sections of the "How Sweet the Sound" presentation to Verizon Wireless, and I am listed in the presentation deck as part of the "How Sweet the Sound" Team, as the co-creator of it, and on the last page of the deck, the copyright includes both Erwin-Penland and 1st Approach.

13.    VZW's response to the group presentation was positive; however, Verizon Wireless wanted to lower the costs of the program, and scale back the television aspect of "How Sweet the Sound". VZW requested that modifications be worked out and re-presented.

14.    Thereafter, I continued my work with Erwin-Penland on the requested VZW changes from April 2006 through June 2006, including our joint production of the May,

2006 presentation deck. Thereafter, I continued to work on revisions to the "How Sweet the Sound" program with Erwin-Penland. As part of this work, on a June 9, 2006 conference call, Joe Erwin referred to the Erwin-Penland - Jeffrey Greenfield/1st Approach arrangement and collaboration as a "partnership", and I believed that Erwin-Penland was my partner in "How Sweet the Sound". The second version (Revision #1) of the "How Sweet the Sound" presentation included a series of smaller events around the country, with either a one-hour televised special or a documentary. The presentation \ proposal was sent via email to Verizon Wireless executives on June 19, 2006.

16.    After receiving limited updates from EP as to the status of VZW's consideration of the program, on November 22, 2006, I wrote to Erwin-Penland requesting a 'final word' on the status of "How Sweet the Sound". In this email, I said that if VZW had officially turned it down, I would like to "take the program to other clients."

17.    After being assured by Erwin-Penland that Verizon Wireless was interested, and that there were active discussions, I did not take "How Sweet the Sound" to other clients as I was planning to do. These assurances by Erwin-Penland affirmed my belief that I was a partner in the program, that my ideas and contributions were being protected, and that VZW was likely to adopt and roll-out the campaign nationally.

18.    In early 2007, and following my statement that I wanted to "take the program to other clients", Erwin-Penland stopped responding to the numerous requests for status reports on "How Sweet the Sound" which I sent to EP on January 26, March 29 and July 26, 2007.

19.    In March 2008, I was contacted by Erwin-Penland by phone and I was told that a 'pilot' of "How Sweet the Sound" had been done in Memphis in October 2007.

20.    In July 2008, I was informed through third parties that Verizon Wireless was rolling out "How Sweet the Sound" on a National basis for 2008 and that it would include several local events.

21.    Verizon Wireless sponsored 11 events and a finale in 2008, and 11 events and a finale in 2009.

22.    In 2009, Black Entertainment Television ("BET") aired a 1-hour documentary on "How Sweet the Sound", as was contemplated in the May 2006 presentation deck which I prepared with EP.

23.    On Thanksgiving weekend 2009, the Gospel Music Channel aired a 1-hour TV show on the finale of the choir competition for the 2009 "How Sweet the Sound" entries. This too was contemplated in the May 2006 presentation deck which I prepared with EP.

24.    To date, I have not been compensated for, or received any attribution for, my work upon, and creative and labor-intensive contributions to, "How Sweet the Sound" by either Erwin-Penland or Verizon Wireless.

25.    In June 2009, I became aware that "How Sweet the Sound" was nominated for a prestigious Effie Award, and I instructed my counsel to write to Verizon Wireless and Erwin-Penland to demand proper attribution on my behalf, which both refused.

26.    I was not consulted by EP in its trademark and domain name registrations of "How Sweet the Sound", and I did not approve said registrations.

FURTHER THE AFFIANT SAYETH NOT!

_____

Jeffrey Greenfield

Subscribed to and sworn to before me this 1st day of March, 2010.


~Nicole Scamman~

Notary Public

My Commission Expires: 1/16/2013

# EXHIBIT 41

*final*

DEFENDANT'S
EXHIBIT
65
11/20/09 RH

Joe



*How Sweet the Sound*
April 26, 2006

EP
Erwin-Penland

Intros

Joe

Verizon                                    Gospel Music is...

"A fire and excitement that
sometimes, without warning,
fills a church, causing it to
rock."

~ James Baldwin

EP
Erwin-Penland

Joe



1

A1

**Verizon**wireless

**Imagine the Opportunity**

**EP**
Erwin-Penland

---

A1

**Verizon**wireless                          Imagine the Opportunity

- Unlike a traditional media buy, "How Sweet the Sound" represents a fully integrated local marketing vehicle for Verizon Wireless, including:
  - Advertising Impressions
  - Product Placement with demonstration
  - Local excitement and Verizon Wireless relevance at the community level
  - Incredibly relevant content targeted to self-identified individuals with text, photo and video implications
  - Opportunity for gross adds among audiences that Verizon Wireless has had a traditionally difficult time penetrating

**All ownable by Verizon Wireless with opportunity for significant revenue**

---

A1

**Verizon**wireless                          Imagine the Opportunity

- **How Big Is Gospel Music?**
  - About 6 percent of the total U.S. record market
    - Sells 7 CDs to every 10 purchased in country music
  - Over $1 billion in music sales in 2005
  - 60 million people tune in each week to over 1,400 gospel radio stations
  - Church attendance is high in every part of the country and growing
    - Midwest: 45% attend at least monthly
    - South: 40%
    - East: 35%
    - West: 32%
  - Major gospel music concerts throughout the country
    - Music in the Rockies (Estes Park, CO)
    - GMA Music Week (Nashville)
    - Los Angeles Gospel Jubilee (LA)
    - McDonald's Gospelfest (New York)
  - "The Purpose-Driven Life" is the top-selling non-fiction book in U.S. history

2

CONFIDENTIAL

EP000885

Al

### Who We Are

Erwin-Penland

---

Al

*4ff*

#### "How Sweet the Sound" Team

"How Sweet the Sound" is a local marketing and television concept conceived by Erwin-Penland and 1st Approach as a reality program that taps into the soul of America with a celebration of music and spirituality.

- Erwin-Penland
  - Erwin-Penland is wholly owned by Hill Holliday Connors Cosmupulos, one of the nation's largest marketing services companies and a member of the Interpublic family of companies. Among the clients we work with are Verizon Wireless, Dunkin' Donuts, CVS, Wachovia, Michelin, John Hancock and Anheuser-Busch.

- 1st Approach
  - Led by Vibe's Branded Entertainment Monthly Publisher, Jeff Greenfield, 1st Approach capitalizes on the wave of traditional advertising and the wake of non-traditional marketing: engaging a three-pronged strategy of Internet, Branded Content, and Buzz Marketing. 1st Approach's Greenfield has served as an early consultant to the Emmy's and NATPE on branded entertainment and content marketing. Clients embracing this approach include: Kimberly-Clark, Restylane, Black & Decker, Johnson & Johnson's Tylenol PM, Sony BMG, and GlaxoSmithKline's Levitra.

---

*4ff*

### Structure the Opportunity

Erwin-Penland

3

EP000886

**Structure the Opportunity**

- Important to remember that this is much more than just sponsoring a television show. In fact, this can be a successful opportunity even if it never appears on television.

- At the heart of it, "How Sweet the Sound" is a grass roots celebration of spiritual music in the communities and worshipping places of America.

*Jeff*

**Structure the Opportunity**

- We search for America's best church choir in a competition that takes Verizon Wireless across the country and features well-known celebrity judges and local celebrity judges.

  - Unlike "American Idol," however, every church choir that enters wins on some level. This event has more of a "Extreme Makeover," feel-good story to it.

*Jeff*

**How It Works**

Erwin·Penland

*A/B*

4

EP000887

A/B

**Entry Round**

- All across the country, Verizon Wireless will partner with local media entities (especially appropriate local TV and radio) with whom Verizon Wireless has significant relationships to promote registration.
- Message Board campaign with posts talking about the event. Message board owners rarely delete messages.
  - Translates into tentacles that influence Search Engine Listings.
  - Search Engine Listings give credence to links in tentacles that direct toward the main web site(s)
- People will come to Verizon Wireless stores, agent locations, Circuit City, and online to register their church's choir for the competition.

A/B

**Videotape Entry Round**

- Upon registration, each church will receive a "Pastor's Packet"™ which explains the event, gives talking points for the pastor, provides flyers to post in the church, and gives the details on a special Verizon Wireless "Fellowship"™ rate plan and/or phone deal for members of churches that register.
- Churches are asked to submit a videotape of no more than 7 minutes with the best performances of their choir.
  - Every church that submits a videotape receives a donation to the church fund and is entered in a drawing for $10,000 (we could also cap the number of churches that we'll pay out the donation).

A/B

**Local Round One**

- Judges select the top 20 from each region, who are invited to perform at one of six locations throughout the country.
  - Verizon Wireless conducts local auditions in six cities across the country from the selected top 20 per region. Preliminary suggestions for regional events are:
    - Los Angeles
    - Chicago
    - Philadelphia
    - New York
    - Houston
    - Birmingham
  - Markets selected because of high concentration of African-Americans but not significant Verizon Wireless share of AA market, and geographically diverse.

5

A/B

**Local Round One** — verizon wireless

– Where possible, hold the event at Verizon Wireless sponsored venues
  • Verizon Wireless Amphitheater in LA and Birmingham; Verizon Wireless Theater in Houston, etc.

– Have venues and media partners co-promote the event. Also promote on the web site and through grass roots tactics and media relations.

– Utilize Verizon Wireless mobile platform for information, discounted tickets, prequels, sequels, plot backstories, etc.

A/B

**Local Round One** — verizon wireless

• In each audition city, the judges (comprised of celebrity judges and local news people to talk up the event) narrow from 20 to 12 at the event, but only 6 from that city actually get on to the second round.

– On the VerizonWireless.com web site, the show web site and by free VCast download, visitors will be able to view a short clip from each choir and vote. The 6 choirs with the most votes make it to the regional finals.
  • Voting online, by text messaging, or in-store

A/B

**Regional Round Two** — verizon wireless

• We return to the same 6 venues, with 6 choirs per location. They now have a much broader opportunity to impress.
  – Larger audience at the venue
  – Longer performance
  – Each person in attendance is given a Verizon Wireless phone for use in the voting. Each audience member gets the opportunity to text in votes from the venue.
  – Judges also text in votes to choose winner from the regional competition
  – Leading text vote getter receives a trip to the finals
    • Each Regional Winner will have a dedicated "Fan" site for picture postings, video postings, samples of songs, music availability, performer profiles and blogs

6

EP000889

Al

**verizon**wireless                                                Finals

- Held in Atlanta with the Top 6 choirs

- Once again, innovative text messaging system for scoring the finalists – with audience attendees scoring the choirs and the winner emerging by the end

- Even though we envision a taped show (we hope it could be a live show), we can also encourage interaction with the show by having text votes to see who people think will be the winner and superimposing on the screen. Could even have a text-to-screen opportunity.

- During show voting selects the "People's Choice" choir

Al

**verizon**wireless                                                Prizes

- Every church who sends in a videotape gets a small donation and entry in larger sweepstakes
- Every church who makes the first 120 gets a larger donation and more entries in the sweepstakes
- Every church who makes the top 36 gets an even larger donation and more entries in the sweepstakes
- Top 6 get a very special prize: work with the churches to determine what they need up to a certain dollar limit, and award during the finals
- Winner gets a grand prize (church bus, scholarship, etc.) and featured on a compilation CD



Al

**verizon**wireless                                    Web Site Demonstration

7

CONFIDENTIAL

*Joe*

### The Benefits Are Many

Erwin-Penland

---

*Joe*

Interaction Benefits

- **Many touchpoints with interaction with Verizon Wireless products and services**
  - Text messaging demonstrations for voting
  - Picture and video message posting to blogs
  - Local market community involvement and goodwill
    - Relevance in key demographics
  - Traffic driven to stores for registration and voting
  - Opportunity for new gross adds through Fellowship Plan pricing and/or discounted equipment deal
  - Information on customers that can be used for opt-in marketing (we know that the people who sign up on the plan or send a text have an affinity toward church-related activities)
  - Messages and links from message board tentacles that live on
  - Ringtone, MOD, Ring Back Tone, VOD opportunities

No Mention Yet of the Actual Advertising Benefit



---

*Bill*

Advertising Impression Benefits

- **Year One Possible Impressions (Conservative)**

  - Television for 13 weeks (120 million)
  - Internet interaction (650 million)
  - Community and local events (at least 100,000)
  - Media Partnerships (100 million)
  - Public Relations (50 million)

**Potentially over 1.1 billion Impressions in Year One**

8

EP000891

**Revenue Benefits**

- The benefits of owning part of the show
  - Creative input
  - Ability to truly integrate into show and not get cut out with DVR, Podcasts, syndication, DVD sales, etc
  - The ability to generate ownable content
  - Opportunity for revenue
    - Network licensing
      - Flat payment and/or
      - Piece of advertising revenue
    - Selling show overseas or other geography
    - Syndication rights
    - Online episodic downloads
    - Advertising on show web site
    - DVD sales; CD sales
    - Admission revenue at events
    - Text message revenue
    - Pix revenue
    - Ringtone, Ring Back Tone, MOD, VOD revenue



**Tax Benefits**

- Of the seven states we examined:
  - Georgia offers 8% to 17% in tax credits of costs associated; Approximately $50K
  - Texas offers sales tax exemptions on purchases made
  - California has minor sales tax exemption
  - New York has reached its tax cap for 2006
  - Pennsylvania has reached yearly tax cap for 2006; 60% of filming would have to be in state
  - Alabama has no major incentives but new incentives in Birmingham area
  - Illinois could provide up to a 15% tax credit of all production expenses in the state with passage of new budget

**Production Team**

Erwin-Penland

9





CONFIDENTIAL

EP000893

---

**Preliminary Cost Estimate**

- Thirteen one-hour episodes
- Seven location shoots
- Approximately $12.6 million
  - Costs driven primarily by the expense of location shooting (travel, crew, locations, equipment rentals)

---

**Revenue Opportunity**

- Create a contract whereby Verizon Wireless receives 40% of net revenues generated from the property after production expenses have been paid
  - Includes main program and all derivatives such as DVD, syndication, CD, Year 2 and beyond program rights, web site advertising, downloads, etc.

---

**Timetable**

- Approximate 30-week production schedule.
  - 6 cities for 3 weeks in each
    - Two weeks for Round One
    - One week for regional finals
  - Two weeks in finals city
  - Four weeks for editing
  - Voting between rounds one and regional finals

---

11

CONFIDENTIAL

EP000894

Al

Final Thought

**"How Sweet the Sound" provides an audience that cares about what Verizon Wireless is bringing to them. The message is relevant to the audience we are saying it to.**

Erwin-Penland

Al



"How Sweet The Sound"

A branded entertainment concept for Verizon Wireless

Copyright by Erwin-Penland/1st Approach
April 26, 2006

12

EP000895

# EXHIBIT 42

COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

VIDEOTAPED DEPOSITION OF ALLEN BOSWORTH

HILL, HOLLIDAY, CONNORS, COSMOPULOUS, INC. d/b/a
ERWIN-PENLAND,

     Plaintiff,

  vs.               CASE NO. 6:08-3980-GRA

JEFFREY GREENFIELD and 1ST APPROACH, LLC,

     Defendants, and Third-Party Plaintiffs,

  vs.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and
JOSEPH A. ERWIN,
     Third-Party Defendants.

---

DEPONENT:     ALLEN BOSWORTH

DATE:     November 23, 2009

TIME:     12:30 PM

LOCATION:     MCNAIR LAW FIRM, PA
     104 South Main Street, Suite 700
     Greenville, South Carolina

REPORTED BY:     Sarah Ellis
     COURT REPORTER
     CAROLINA REALTIME
     PO Box 80397
     Charleston, SC 29416
     843-277-0068
     WWW.CAROLINAREALTIME.COM

1          MR. SMITH:  You can answer that.

2          THE WITNESS:  My attorneys.

3    BY MR. JEKEL:

4      Q.    After learning, did you have any

5    discussions with Joe about it?

6      A.    No.

7      Q.    Do you remember when you first met Jeff

8    Greenfield?

9      A.    Yes.

10     Q.    Can you tell me when you first learned of

11   Mr. Greenfield's involvement with Erwin-Penland?

12     A.    When I first learned of it?

13     Q.    When you first learned of it and then

14   what you learned.

15     A.    It was probably third quarter of 2005.

16     Q.    What did you learn?

17     A.    I learned that Joe Erwin went to a

18   conference where he was speaking.

19     Q.    Did you come to learn more about why

20   Erwin-Penland would be working with him on a

21   concept?

22          MR. SMITH:  Objection.

23          THE WITNESS:  I came to learn more about

24     why we were talking to him about a television

25     show, yes.

1    another copy of the April 26 deck.  The print is

2    smaller.  I understand that this was the deck that

3    the presenters got to, A, identify who was

4    presenting and for the presenter to make notes.  Is

5    that your understanding of what Defendant's 85 is?

6                MR. SMITH:  Objection.

7                THE WITNESS:  That's my understanding of

8        what something like that would be.

9    BY MR. JEKEL:

10        Q.    Fair enough.  I want to direct your

11   attention, who we are.  This says, "Al" -- I'm

12   assuming that's you.

13        A.    I would think that's me.

14        Q.    Do you go by Al?

15        A.    Sometimes.

16        Q.    "I just want to" -- and then under that

17   do you see Jeff?

18        A.    Yes.

19        Q.    Would that not be Jeff Greenfield?

20        A.    Yes.  That would be Jeff Greenfield.

21        Q.    Jeff again?

22        A.    Yes.

23        Q.    Jeff as slides -- I can't see the numbers

24   on there, but he has two more slides on the next

25   page?

1  backbone content delivery option."

2      Q.   "Allen."

3      A.   "Allen."

4      Q.   You didn't tell him, what do you mean you

5  want to pitch it to somebody else?  You didn't say

6  that.  You said, "It's still being looked at by

7  Verizon."

8           MR. SMITH:  Objection.

9  BY MR. JEKEL:

10     Q.   Again, isn't that a perfect opportunity

11  to let a vendor like Mr. Greenfield know that you

12  ain't in the scope of work here?

13          MR. SMITH:  Objection.

14  BY MR. JEKEL:

15     Q.   Could you have told him he was not being

16  considered for any involvement as of November of

17  2006?

18          MR. SMITH:  Objection.

19          THE WITNESS:  I have no answer.  I could

20      have told him a lot of things.

21  BY MR. JEKEL:

22     Q.   You could have told him that it wasn't

23  his idea to pitch to another client too, couldn't

24  you?

25          MR. SMITH:  Objection.

1    BY MR. JEKEL:

2        Q.    Yes or no?

3            MR. SMITH:  Objection.

4            THE WITNESS:  He was just writing an

5        e-mail.  It meant nothing to me.

6    BY MR. JEKEL:

7        Q.    That he wanted to pitch How Sweet the

8    Sound to other people?  That meant nothing to you?

9        A.    Apparently it was still being looked at

10   by Verizon Wireless.

11       Q.    But you didn't tell Jeff he wasn't

12   involved.

13            MR. SMITH:  Objection.

14            THE WITNESS:  There was no agreement to

15       anything at that point.  It was still being

16       discussed.

17   BY MR. JEKEL:

18       Q.    And what's Jeff's response to you?

19       A.    "Excellent.  Please give me an update

20   after that call."

21       Q.    Do you remember the next time you talked

22   to Jeff after November of 2006?

23       A.    No.

24            (Defendant's Exhibit No. 106 was marked

25       for identification.)

1    you see an employee make an error about a vendor or

2    an owner, that you're not -- it's not your job to

3    correct that employee?

4         MR. SMITH:  Object to the form.

5         THE WITNESS:  It's not my job to correct

6         every error that's made.

7    BY MR. JEKEL:

8         Q.    And in this case you didn't even point it

9    out, did you?

10        MR. SMITH:  Objection.

11   BY MR. JEKEL:

12        Q.    There's no response to Beth at all from

13   Mr. Bosworth.

14        A.    I don't remember.

15             (Defendant's Exhibit No. 110 was marked

16        for identification.)

17        Q.    Exhibit 110.  So we've established by May

18   of 2007, How Sweet the Sound is moving forward in

19   Memphis, right?

20        A.    Say it one more time, please.

21        Q.    In May of 2007, we've established that

22   Memphis is going forward?

23        A.    Yes.

24        Q.    And then Exhibit 110 is July 26, 2007, an

25   e-mail from Mr. Greenfield to Mr. Bosworth and Mr.

1    Erwin.  "Congrats on the Verizon move announced

2    today."  Do you know what move he is referring to?

3          MR. SMITH:  Objection.

4          THE WITNESS:  Not specifically, but it

5            was about that time that we were awarded the

6            entire retail advertising for Verizon Wireless

7            from the south, from -- just being from the

8            south area.

9    BY MR. JEKEL:

10        Q.    Right.  Within a month of them deciding

11   to go forward on a new idea, How Sweet the Sound,

12   Erwin-Penland gets the national advertising agency?

13        A.    No.

14        Q.    It was within a few months of announcing

15   the going forward with How Sweet the Sound.  Was it

16   not?

17        A.    That's --

18          MR. SMITH:  Objection.

19          THE WITNESS:  That's when the

20          announcement was made.  That's not when the

21          decision to do it was made.

22   BY MR. JEKEL:

23        Q.    When was the decision to do it made, if

24   you know?

25        A.    Early May 2007.

# EXHIBIT 43



# How Sweet the Sound

May 19, 2006
Revision #2



Erwin-Penland



verizonwireless



DEFENDANT'S
EXHIBIT

verizon*wireless*

Gospel Music is...

"A fire and excitement that sometimes, without warning, fills a church, causing it to rock."

-- *James Baldwin*

Erwin-Penland

2

*verizon*wireless*

## Structure the Opportunity

- At the heart of it, "How Sweet the Sound" is a grass roots celebration of spiritual music in the communities and worshipping places of America.

3

verizon wireless

## Structure the Opportunity

- We search for America's best church choir in a competition that takes Verizon Wireless across the country and features well-known celebrity judges and local celebrity judges.

  - Unlike "American Idol," however, every church choir that enters wins on some level. This event has more of a "Extreme Makeover," feel-good story to it.

4

Erwin-Penland



# How It Works

5

*verizon*wireless

# Entry Round

- All across the country, Verizon Wireless will partner with local media entities (especially appropriate local TV and radio) with whom Verizon Wireless has significant relationships to promote registration.

  - Verizon Wireless will also partner with a significant online entity (Yahoo, AOL, MSN, etc.) as co-sponsor to deliver promotion and content as well as a voting platform

- Message Board campaign with posts talking about the event. Message board owners rarely delete messages.

  - Translates into tentacles that influence Search Engine Listings

  - Search Engine Listings give credence to links in tentacles that direct toward the main web site(s)

- People will come to Verizon Wireless stores, agent locations, Circuit City, and online to register their church's choir for the competition.

6

# Videotape Entry Round

*verizon*wireless

- Upon registration, each church will receive a "Pastor's Packet™" which explains the event, gives talking points for the pastor, provides flyers to post in the church, and gives the details on a special Verizon Wireless "Fellowship™" rate plan and/or phone deal for members of churches that register.

- Churches are asked to submit a videotape of no more than 5 minutes with the best performances of their choir.

  - Every church that submits a videotape receives a donation to the church fund and is entered in a drawing for $10,000. (we could also cap the number of churches that we'll pay out the donation).



7



# Local Round One

- Judges select the top choirs from each region and they are entered in a competition in their regional market

  - 25 markets across the country

- We have a Gospel/Religious music festival that we shoot with a crew for Internet story delivery

  - Edit to create a video story about the event in any individual market

  - Edit to create a video featuring a song or two from each of the individual choirs

- People at the event, including local celebrity judges, vote to determine which of the choirs is sent on to the Internet voting

8

**verizon**wireless

## Local Round One

- Have venues and media partners co-promote the event. Also promote on the web site and through grass roots tactics and media relations.

- Utilize Verizon Wireless mobile platform for information, discounted tickets, prequels, sequels, plot backstories, etc.

9

*verizon* wireless

## Internet Round Two

- People can view the peformance from the top 25 choirs (one from each market) online
  - Get to vote for the top choirs online or by text messaging on a Verizon Wireless phone
    - Online voting counts for 50% of the vote
  - Panel of professional judges from the music label judge the videos for the other 50% of the vote

- Each Regional Winner will have a dedicated "Fan" site for picture postings, video postings, samples of songs, music availability, performer profiles and blogs

10

**verizon** *wireless*

## Finals

- Held in Atlanta with the Top 6 choirs to be broadcast preferably live as a one-hour special

- Innovative text messaging system for scoring the finalists — with audience attendees scoring the choirs and the winner emerging by the end. Each attendee receives a Verizon Wireless phone to text in their choice that, combined with the judges' choice, determines the winning choir

- During show voting at the online partner portal selects the "People's Choice" choir

11



# Prizes

- Every church who sends in a videotape gets a small donation and entry in larger sweepstakes

- Every church that participates at one of the 25 regional shows receives a second small donation and entry in the larger sweepstakes

- Winner from each of the 25 markets gets a larger prize and entry in the sweepstakes

- Top 6 get a very special prize: work with the churches to determine what they need up to a certain dollar limit, and award during the finals

- Winner gets a grand prize (church bus, scholarship, etc.) and featured on a compilation CD



12

Erwin-Penland

verizon wireless

# The Benefits Are Many

13

verizonwireless

Interaction Benefits

- **Many touchpoints with interaction with Verizon Wireless products and services**

  – Text messaging demonstrations for voting

  – Picture and video message posting to blogs

  – Local market community involvement and goodwill

    • Relevance in key demographics

  – Traffic driven to stores for registration and voting

  – Opportunity for new gross adds through Fellowship Plan pricing and/or discounted equipment deal

  – Information on customers that can be used for opt-in marketing (we know that the people who sign up on the plan or send a text have an affinity toward church-related activities)

  – Messages and links from message board tentacles that live on

  – Ringtone, MOD, Ring Back Tone, VOD opportunities



14

**verizon**wireless

Interaction Benefits

- Possibility to create a "behind the scenes" documentary on "Gospel Choirs in America" that could be offered to HBO, Showtime, etc. or PBS underwritten by Verizon Wireless

15

verizon wireless

Erwin-Penland

# Budget and Revenue Structure

16

**Preliminary Cost Estimate**

verizon*wireless*

- Twenty-five song compilations to be broadcast online
- Twenty-five location shoots, documentary-style
  - Five weekends using five crews shooting for Internet
  - Approximately $2.5 million
- Live one-hour television show
  - Approximately $2.75 million
- Total production cost
  - Approximately $5.25 million

17

verizon*wireless*

Final Thought



Erwin-Penland

"How Sweet the Sound" provides an audience that cares about what Verizon Wireless is bringing to them. The message is relevant to the audience we are saying it to.

18

"How Sweet The Sound"

A branded entertainment
concept for Verizon Wireless

Copyright by Erwin-Penland/1st Approach

May 19, 2006



# EXHIBIT 44

**From:**    Allen Bosworth
**Sent:**    Wednesday, July 12, 2006 9:32 AM
**To:**    'Jeff Greenfield' <jeff@1stapproach.com>; Joe Erwin <Joe.Erwin@erwinpenland.com>
**Subject:**    RE: Revised "How Sweet the Sound"

I do. It's still very much a go. They are reviewing things internally based on my last submission. It looks like a 2007 initiative.

Allen

**From:** Jeff Greenfield [mailto:jeff@1stapproach.com]
**Sent:** Wednesday, July 12, 2006 9:31 AM
**To:** Joe Erwin
**Cc:** Allen Bosworth
**Subject:** RE: Revised "How Sweet the Sound"

Joe & Allen -

Just wanted to check in and see if we had any updates from Verizon.

**Jeff Greenfield**
Executive Vice President, 1st Approach
Publisher, Branded Entertainment Monthly

Direct:    603-617-2985
Toll Free:    888-221-7923 ext 717
Fax:    603-299-0775

CNBC:    http://www.1stapproach.com/cnbc.html
Recent News:    http://www.1stapproach.com/news.html

**From:** Joe Erwin [mailto:Joe.Erwin@erwinpenland.com]
**Sent:** Monday, June 19, 2006 1:09 PM
**To:** Jeff Greenfield; Allen Bosworth; Bill Reynolds; Andy Mendelsohn; Shannon Wilbanks
**Subject:** RE: Revised "How Sweet the Sound"

Allen,

Looks good to me as well.

Thanks,
Joe

**From:** Jeff Greenfield [mailto:jeff@1stapproach.com]
**Sent:** Monday, June 19, 2006 12:44 PM
**To:** Allen Bosworth; Joe Erwin; Bill Reynolds; Andy Mendelsohn; Shannon Wilbanks
**Subject:** RE: Revised "How Sweet the Sound"

Looks good to me!  Let's get them grooving!!!

**Jeff Greenfield**
Executive Vice President, 1st Approach
Publisher, Branded Entertainment Monthly

Direct:    603-617-2985



DEFENDANT'S
EXHIBIT
101
11-23-09

# EXHIBIT 45

# HIP HOP PRESS

**HOME** | **HIP HOP PICS** | **HIP HOP** | **R&B** | **DJ & DANCE** | **ARTS/FASHION/MEDIA** | **MUSIC BIZ/MARKETING** | SUBS

rap1.mobi

**HIP HOP PRESS: LINKS**

ABOUT

ARCHIVES

CONTACT/STAFF

PRIVACY POLICY

SUBSCRIBE

## SEARCH HIP HOP PRESS

Google Custom Search    [Search]

**PRIVACY** – **CONNECT:** FACEBOOK – SUBSCRIBE

**Please Submit All PR To:** hiphoppress(at)netweed(dot)com

~ Jazz great Della Reese and President Obama meet | Main | Hip Hop Supergroup Slaughterhouse (Joell Ortiz, Joe Budden, Crooked I and Royce Da 5'9") to Release Much Buzzed About Debut Album on E1 Music ~

### May 28, 2009

**CORE HIP HOP**

Hip Hop Blogs

Hip Hop News

Hip Hop Pics

Hip Hop Albums

Hip Hop Research

Hip Hop at netweed

New Rap Albums

Hip Hop Press

ProHipHop News

### HIP HOP PICS

- test: hip hip pics delayed but it's coming!
- Test: Ne-Yo, Jagged Edge & Ver: Simmonds in Concert



- Test: Southern Entertainment Awa 2010
- Test: Rock The Bells Presents Na: Goodie Mob

**BET Presents the 'Best Church Choir In America' in a One-Hour Documentary, 'How Sweet The Sound'**

Television Special Produced by @radical.media, Directed by Joe Berlinger & Bruce Sinofsky, Premiering Sunday, May 31 at 11:00 a.m.*

NEW YORK, May 28 /PRNewswire/ -- HOW SWEET THE SOUND, a documentary produced by @radical.media, tells the story of talented gospel choirs from coast to coast competing in Verizon Wireless' How Sweet the Sound -- a series of regional competitions in major U.S. cities -- all culminating in a roof-raising, powerhouse grand finale competition in Atlanta. One by one, each choir will take the stage for the ultimate quest of being named the "Best Church Choir in America." The one-hour special, premiering Sunday, May 31, at 11:00 a.m.* on BET, features choir members sharing how they provided support and inspiration for each other and how love, faith, commitment and determination allowed them to overcome the hurdles in their lives.

(Logo: http://www.newscom.com/cgi-bin/prnh/20070716/BETNETWORKSLOGO )

HOW SWEET THE SOUND is filled with passion, energy and the very best contemporary gospel music. The documentary is directed by Joe Berlinger and Bruce Sinofsky.

Coming off the success of the 2008 tour, Verizon Wireless' "How Sweet the Sound" choir competition is back in 2009 to search for the "Best Church Choir in America." The gospel trail leads back to the 11 cities featured in the documentary as choirs compete for this year's honors and the chance to win up to $50,000 in cash and prizes.

For more information and 2009 registration, visit www.howsweetthesound.com. For more information about BET Networks, please visit www.bet.com.

*All times Eastern/Pacific

About BET Networks

BET Networks, a division of Viacom Inc. (NYSE:VIA) (NYSE:VIA.B) , is the nation's leading provider of quality entertainment, music, news and public affairs television programming for the African-American audience. The primary BET channel reaches more than 98 million households and can be seen in the United States, Canada, the Caribbean, the United Kingdom and sub-Saharan Africa. BET is the dominant African-American consumer brand with a diverse group of businesses extensions: BET.com, a leading Internet destination for Black entertainment, music, culture, and news; BET Digital Networks -- BET J, BET Gospel and BET Hip Hop, attractive alternatives for cutting-edge entertainment tastes; BET Home Entertainment, a collection of BET-branded offerings for the home environment including DVDs and video-on-demand; BET Mobile, which provides ringtones, games and video content for wireless devices; and BET International, which operates BET in the United Kingdom and oversees the extension of BET network programming for global distribution.

About @radical.media

@radical.media is a multi-platform, integrated media and entertainment company that produces and distributes television, feature films, commercials, digital content and design. @radical.media has produced award-winning projects, including the Academy Award(R)-winning documentary "The Fog of War"; the Grammy Award-winning "Concert for George"; the pilot episode of the Emmy and Golden Globe-winning series "Mad Men"; the Emmy-winning "10 Days That Unexpectedly Changed America" for the History Channel; the critically acclaimed series "Iconoclasts" for the Sundance Channel and the recent MTV documentary "Britney: For The Record," among many others.
Photo: http://www.newscom.com/cgi-bin/prnh/20070716/BETNETWORKSLOGO
http://photoarchive.ap.org/
PRN Photo Desk, photodesk@prnewswire.com

Source: BET Networks

CONTACT: Tracy McGraw of BET Networks, +1-212-205-3013, tracy.mcgraw@bet.net, or Samantha Faith Kane for @radical.media, +1-212-373-6132, Samantha.Kane@pmkhbh.com

Web Site: http://www.bet.com/

Posted by Clyde Smith on May 28, 2009 in Urban Arts and Fashion Press Releases | Permalink

PARTNER SITES

Cultural Research

Handmade Paper

Library Innovation

netweed: alt portal

Online Business Models

Raleigh Nature

Raleigh Rambles

Raleigh Vs. Resegregation



• Test: Diddy: Models & Bottles Super Party



• Test: Bigga Fish Haiti Relief Show



SUBSCRIBE: TWITTER
RSS FEED – EMAIL/IM/SKYPE

PLEASE SUBMIT ALL PR TO:
hiphoppress(at)netweed(dot)com

EVERYTHING FEED: ALL PRESS RELEASES

ProHipHop: B. Dolan, T-Rock, Party Boyz, Stimulus Packaging, Twizzle, Hypebot, Jay Electronica

CELEBRITY HIP-HOP MOMS OF GRAMMY-AWARD WINNING ARTISTS T-PAIN, LIL' WAYNE AND NE-YO TO RECEIVE HUMANITARIAN AWARD IN MUSIC AND TV AT THE "CELEBRATING THE QUEENS IN OUR COMMUNITIES" GALA

H.E.R. Hip Hop Showcase presented by H.E.R. Hip Hop, LLC, New Earth Music Hall and Boom Foundry, LLC, April 9th, 2010

Catapults Off GrandMaster Flash's "The Bridge" and Dives Into "StoneWater"

test: hip hip pics delayed

New Rap Albums: B. Dolan, DJ Khaled, K. Sparks, Stomper, T-Rock

Emerging Pop Singer, Neana Yvonne Gears Up to Release Digital Album 'Model Citizen', March 1st

CONSPIRACY WORLDWIDE RADIO THE FRIDAY NIGHT LIVE SHOW iTunes PODCAST With Live Guests Wu Tang Clan, Inspectah Deck and more!

Elite Gudz Artists Rolo Ledesma and Mr. Den Brings the Dark Side to Topps Star Wars Galaxy 5 Trading Cards

Legendary Media Group Signs Los Angeles Hip-Hop Artist B-Shei

American Royal Arts Releases "Fight of the Century" Artwork Signed by Muhammad Ali and Joe Frazier

Thinker Clothing Included in 41st NAACP Image Awards VIP Gift Bags

The Smalls Street Sounds Announces All-Star Judging Panel For Its Film Competition

FIRST NEW VIDEO FROM GORILLAZ TO DEBUT ON YOUTUBE

Sharon Jones & The Dap-Kings Release "I Learned The Hard Way" Single, Announce 2nd Apollo Date and SXSW Schedule

**SUBSCRIBE: TWITTER ~ RSS FEED ~ EMAIL/IM/SKYPE**

# EXHIBIT 46



Membership **Join Now!**

Already a member? **Sign-In**

___

**Home (http://SITE NAME HERE/)** › "The Best Church Choir in America" Named at How Sweet the Sound Finale

# GMC to Present Exclusive World Television Premiere of How Sweet the Sound™ National Finale: A Verizon Wireless Experience Sunday, Nov. 22 at 8 PM ET

ATLANTA (Nov. 17, 2009) – How Sweet the Sound™ A Verizon Wireless Experience is the search for The Best Church Choir in America and it just wrapped up an incredible 11-city nationwide tour. With Donald Lawrence as host, Lisa Kimmey-Winans as co-host, and Marvin Sapp as judge and performer, some of the best church choirs in America performed before "souled out" crowds for the chance to win up to $20,000 in cash and prizes in the regional event and up to $50,000 overall.

The 11 overall winning regional choirs recently celebrated together at the Grand Finale in Detroit where the choirs sang for the chance to win up to $30,000 in cash and prizes and the title of The Best Church Choir in America.

The Gospel Music Channel television network will bring all the excitement of the tour and the finals to viewers nationwide when its world television premieres the climactic finale of How Sweet the Sound™ A Verizon Wireless Experience on Sunday, Nov. 22 at 8 PM ET.

How Sweet the Sound™ A Verizon Wireless Experience will encore on GMC Nov. 22 at 10 PM, Thanksgiving night, Thurs. Nov. 26 at 9 PM, Sunday, Dec. 6 at 6 PM and midnight (all times Eastern).

Gospel Music Channel (**www.gospelmusicchannel.com (http://www.gospelmusicchannel.com)** ) is the fastest-growing network in television and can be seen in 45 million homes on various cable systems around the country, on DIRECTV on channel 338 and on Verizon FiOS on channel 224.

# # #

Contact:  Jim Weiss 770-692-4579  **jim@gospelmusicchannel.com**
**(mailto:jim@gospelmusicchannel.com)**

  

(    **(http://twitter.com** (http://www.gospelmusicchannel.com
**http://www.facebook.com** /stories_rss.xml)
**/pages**
**/gmctv**
**/29691** [ Enter Your e-mail                    ]    [ GO ]

## Tonight on gmc

| 5:00PM | **Doc: The Art of Medicine (http://SITE NAME HERE/doc)** |
|---|---|
| 6:00PM | **Dr. Quinn: Fathers & Sons (http://SITE NAME HERE/drquinn)** |
| 7:00PM | Movie: Dante's Peak |
| 9:00PM | Movie: Backdraft |
| 12:00AM | **Movie: Backdraft (http://SITE NAME HERE/drquinn)** |

 **(http://SITE NAME HERE/schedule)**

Christian Music (http://SITENAMEHERE/christian_music) || Christian Music Lyrics (http://SITENAMEHERE/christian_music_lyrics)

© 2010 Gospel Music Channel

# EXHIBIT 48

| | |
|---|---|
| **From:** | Jeff Greenfield |
| **To:** | Allen Bosworth; Joe Erwin |
| **Cc:** | Shannon Wilbanks |
| **Subject:** | RE: Hottest Moms In America |
| **Date:** | Wednesday, November 22, 2006 10:42:00 AM |

Excellent. Please give me an update after that call.

Thanks.

## Jeff Greenfield
Buzznation LLC

| | |
|---|---|
| Direct: | 603-617-2985 |
| Mobile: | 603-865-4664 |
| Fax: | 603-299-0775 |

**From:** Allen Bosworth [mailto:allen.bosworth@erwinpenland.com]
**Sent:** Wednesday, November 22, 2006 10:40 AM
**To:** Jeff Greenfield; Joe Erwin
**Cc:** Shannon Wilbanks
**Subject:** RE: Hottest Moms In America

It's still being looked at by VZW as a deal with Yahoo Music and either Sony or EMI. There's a call next week on it. More to come. Yahoo Music is very interested as the backbone content delivery option.

Allen

**From:** Jeff Greenfield [mailto:jeff@buzznation.com]
**Sent:** Wednesday, November 22, 2006 9:51 AM
**To:** Allen Bosworth; Joe Erwin
**Cc:** Shannon Wilbanks
**Subject:** RE: Hottest Moms In America

Allen -

Can you give me a final word on the status of 'How Sweet The Sound' with Verizon? If they have officially turned it down, then I would like to take the offer to other clients.

Thanks.

## Jeff Greenfield
Buzznation LLC

| | |
|---|---|
| Direct: | 603-617-2985 |
| Mobile: | 603-865-4664 |
| Fax: | 603-299-0775 |



DEFENDANT'S
EXHIBIT
40
11/10/09

**From:** Allen Bosworth [mailto:allen.bosworth@erwinpenland.com]
**Sent:** Friday, October 20, 2006 3:51 PM
**To:** Joe Erwin; Jeff Greenfield
**Cc:** Shannon Wilbanks
**Subject:** RE: Hottest Moms In America

GREENFIELD/1STAPPROACH 000075

I can't imagine that this is something Verizon Wireless would want to participate with.

Allen

---

**From:** Joe Erwin
**Sent:** Friday, October 20, 2006 3:37 PM
**To:** Jeff Greenfield; Allen Bosworth
**Cc:** Shannon Wilbanks
**Subject:** RE: Hottest Moms In America

Allen can likely give you a better thought on how'd they view this, but my gut is that this isn't something they'd be interested in.

---

**From:** Jeff Greenfield [mailto:jeff@buzznation.com]
**Sent:** Thursday, October 19, 2006 7:41 PM
**To:** Joe Erwin; Allen Bosworth
**Cc:** Shannon Wilbanks
**Subject:** RE: Hottest Moms In America

Joe -

What's your thought on involving Verizon as a partner in Hottest Mom?

Watch this clip:  http://www.buzzmarketing.com/insider

## Jeff Greenfield
Principal, Buzznation Productions:  a Buzzmedia Company
Editor, Product Placement News

Direct:         603-617-2985
Fax:            603-299-0775

---

**From:** Joe Erwin [mailto:Joe.Erwin@erwinpenland.com]
**Sent:** Wednesday, September 13, 2006 10:22 AM
**To:** Jeff Greenfield; Allen Bosworth
**Cc:** Shannon Wilbanks
**Subject:** RE: Hottest Moms In America

Thanks Jeff.  Sounds like a potential winner.

On the Verizon Wireless front, they are still talking at Corporate, though it sounds like the network TV show may be a casualty.  They are more interested in their relationships with online partners.  We had a brief call with Suzy about a week ago and we will likely find out more about what they are thinking soon – perhaps by late next week.  Once we have an understanding of what they want to do with How Sweet The Sound, I'll get back to you.

Joe

---

**From:** Jeff Greenfield [mailto:jeff@buzznation.com]
**Sent:** Tuesday, September 12, 2006 9:57 AM
**To:** Allen Bosworth; Joe Erwin
**Subject:** Hottest Moms In America
**Importance:** High

Allen & Joe -

Here is the current show in production

Jeff



September 12, 2006

ADVERTISING

## DOW JONES REPRINTS

(R) This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit: www.djreprints.com.

• See a sample reprint in PDF format.
• Order a reprint of this article now.

**Wrinkle Treatment Gets a New Line**
**Medicis Seeks to Broaden**
**Market by Creating Contest**
**For 'Hottest Mom in America'**
By RHONDA RUNDLE
September 12, 2006; Page B2

Medicis Pharmaceutical, the maker of the cosmetic treatment Restylane, faced a marketing challenge. How do you make antiwrinkle injections appeal to mainstream women?

The solution: Produce your own reality show. Last week, the Scottsdale, Ariz.-based company began recruiting women to compete for the title of "Hottest Mom in America" in a contest the company hopes to film and sell to a TV network. Designed for suburban moms, the contest winner will receive a college scholarship for her child and will become an official Restylane spokeswoman.

The show is part of a broader marketing campaign for Restylane, using the Internet, blogs and television spots, aimed at women across America who might not think of themselves as customers for **Medicis Pharmaceutical**'s top product: a regimen of twice-yearly injections that can cost a total of $2,000 or more to maintain.

Less than three years after it hit the U.S. market, Restylane has become a popular beauty treatment for some affluent women, but Medicis sees an enormous untapped market that it wants to reach with the hoped-for TV show and intertwined "viral marketing"

[New Wrinkle in Reality TV]

campaign.

Conscious that a heavy-handed promotion of Restylane could turn off potential viewers, Medicis won't overtly push the treatment in the show. Physicians who specialize in facial rejuvenation will advise and probably treat the women on camera. Participating doctors could mention Restylane as a possible treatment although they are also free to recommend treatments that aren't sold by Medicis, the company says.

The contest is supposed to identify "a woman who is in tune with her family, involved in her community and in touch with her femininity," according to a letter that Medicis mailed last week to its customers -- the hundreds of dermatologists, plastic surgeons and other medical specialists who prescribe Restylane. The letter also invites those physicians to encourage their patients to participate in the pageant.

Medicis doesn't have a TV deal lined up so it is unclear when or where the show will air. But to produce the show, the dermatology company has recruited some savvy Hollywood hands, including award-winning producer John Feist -- one of the original producers of the iconic CBS reality show "Survivor" -- and Jamie Gold, a former celebrity talent-agent-turned-television producer. "Hottest Mom in America" is the initial project for Buzznation Productions, a TV venture started last year by three partners including Mr. Gold and Mark Hughes, a word-of-mouth marketing guru and author.

"If the show is done in a classy way there's no reason why it wouldn't be picked up by some network," says Mr. Gold. A big selling point, he adds, is that networks won't have to pay for marketing since Medicis is bankrolling an initiative to build buzz around contest auditions in five U.S. cities and Toronto. It is possible, he concedes, that the show could end up on a niche channel geared to women, or Medicis could be left with no alternative than to pay for air time. Medicis says it will produce at least 13 one-hour episodes.

The new promotion comes as Restylane is facing its first big competitive threat. Since its U.S. debut in January 2004, Restylane has enjoyed a virtual monopoly for dermal fillers, which are used to plump up deep facial lines, especially between the nose and chin. Irvine, Calif.-based **Allergan** is expected to soon start selling Juvederm, a rival filler approved by the Food and Drug Administration in February. Allergan, a much larger company than Medicis, practically created the cosmetic-medicine market with its antiwrinkle muscle-relaxer, Botox, used around the eyes and forehead. When Juvederm hits the market, patients and their doctors will for the first time have a choice between it and Restylane to treat the lower part of the face.

Medicis Chairman Jonah Shacknai says the "Hottest Mom in America" project was in the

works before Juvederm's approval. He said "this is the largest single investment we've ever made in any promotion," but declined to give a dollar figure.

Two episodes will be filmed in each city -- Dallas, Miami, Chicago, New York, Los Angeles and Toronto -- and the winners will face off at the finale. Judges will include a local media celebrity, a physician, a young adult, and a child aged about 10 to 12.

Buzznation has sent people to Dallas, ahead of the first contest taping at the city's Reunion Arena on Saturday. The advance scouts, wearing black "production team" T-shirts with the "Hottest Mom in America" logo, are this week visiting hair salons, spas and health clubs in targeted upscale neighborhoods. Their job is to persuade these establishments to post mirror-clinging decals that promote auditions to the TV show as well as an 800-number and Web site, HottestMominAmerica.com. In some cities, 30-second TV spots will be used to advertise auditions.

Ten finalists will be selected in each city. The episodes will include interviews with the women, their family members and neighbors, much like other TV shows in the reality genre. Banter with the judges -- including contestants' responses to edgy or embarrassing questions about whether cosmetic treatments represent "cheating" -- will be part of the fare.

"I didn't really like 'Extreme Makeover' and 'Swan' -- shows that were overdone and sensationalized plastic surgery," says Michael Kane, a New York City plastic surgeon and Medicis consultant. The contestants were looking to drastically change their lives, which he claims is "exactly the wrong message" for most patients. By contrast, he says, contestants on "Hottest Mom in America" will be women with fulfilling family and professional lives who merely want "a little bit of help" to look good.

**Write to** Rhonda Rundle at rhonda.rundle@wsj.com[1]

**URL for this article:**
http://online.wsj.com/article/SB115802072450160097.html

**Hyperlinks in this Article:**
(1) mailto:rhonda.rundle@wsj.com

# EXHIBIT 50

**From:** Joe Erwin
**Sent:** Wednesday, May 9, 2007 12:46 AM
**To:** Allen Bosworth <allen.bosworth@erwinpenland.com>
**Subject:** RE: HSTS

I think we should talk about it, and likely then call Jeff. This is about 50% his idea and he comes from a world in which "intellectual property" is a very big thing.

**From:** Allen Bosworth
**Sent:** Friday, May 04, 2007 4:11 PM
**To:** Joe Erwin
**Subject:** FW: HSTS

Joe:

What's your opinion on this? We are only doing this locally in Memphis as a test. It may never progress beyond that.

Allen

**From:** Ryan Alford
**Sent:** Friday, May 04, 2007 3:24 PM
**To:** Allen Bosworth
**Subject:** HSTS

Allen,

Do you know if we need to do anything for Jeff Greenfield(sp?) from LA concerning HSTS? Andy mentioned we made need to check because he owns part of the idea. Any thoughts on this?

Ryan

**Ryan Alford**
Management Supervisor

**Erwin-Penland**
864.672.2815 office
864.271.5312 fax
864.918.9230 cell



DEFENDANT'S
EXHIBIT
88
11/20/09

CONFIDENTIAL

EP050532

# EXHIBIT 51





## ABOUT EFFIE

**Mission:**
To recognize, educate and encourage effectiveness among the marketing communications industry.

The Effie Awards were founded in 1968 by the American Marketing Association, New York Chapter, as an awards program to recognize the most effective advertising efforts in the United States each year.

Since 1968, and particularly in the past five years, Effie has become a source of learning through conferences, judging discussion and briefs providing opportunities for insight into effective marketing communications.

In July of 2008, the New York AMA assigned its rights to the Effie brand over to a new entity named Effie Worldwide, Inc, which NYAMA believes will strengthen its educational component and hence its value to the industry.

Effie Worldwide exists to provide information regarding effectiveness and results in marketing communications. Its main priority is to educate and share with the industry (and all interested parties) its wisdom and definition of effectiveness by spotlighting great ideas that work and encouraging thoughtful dialogue about the ever-changing world of marketing communications. The Effie network has teamed up with some of the top research and media organizations worldwide to bring its audience the most relevant and first-class insights into effective marketing strategy. This has taken shape in webinars, white papers, global conferences, winners showcases and more.





The Effies award work that made a difference in the marketplace.
Work that actually worked. **More Info**

- ◁
- 1
- 2
- 3
- ▷

# 2010 COMPETITION NEW SPECIALTY AWARDS



**Single Media Company Activation**
Recognizing effective partnerships between brands and single media owners to create and activate strategic, multi-touch point experiences with their target.

**Media Innovation**
Showcasing those who had the insight and creativity to change the way a particular media channel is traditionally used and consumed.

**GoodWorks Effie**
Effie Worldwide and Advertising Age are partnering on a new Effie Award to recognize and promote the idea of doing well by doing good.

More Info

## EFFIE SPONSORSHIP

Interested in becoming an Effie Sponsor. A diverse number of opportunities are available to join strategic companies partnering with the Effie Awards program to reach a key audience of agencies, clients and industry influencers.
More Info

## 2009 WINNERS JOURNAL

Review all winners in the 2009 Winners Journal. See who won gold, silver and bronze, see the credited teams, and descriptions of the work. More Info