List of Exhibits

EX 1=2009 Effie Winners

EX 2=2006-04-26 DECK PAGE 8+36 (VZW000189309)

EX 3=2009 MRKT RECO (VZW000078234)

EX 4=AA+HSTS VZW000090289-90296

EX 5=2005-10-24 GREENFIELD-ERWIN EM

EX 6=2009-10-21 Greenfield Depo (Pages 104-106)

EX 7=2005-11-04 AMAZING GRACE (EP000124+EP226852)

EX 8=2005 AA MEDIA REV (VZW000083921-AEO)

EX 9=2009-11-23 Page 67 Bosworth Depo

EX 10=EP BROCHURE

EX 11=2005-10-27 WILBANKS NOTES EP000573

EX 12=2005-10-24 Erwin-Greenfield emails

EX 15=2009-09-29 EXPERT REPORT (FORNIER)

EX 16=2009-11-11 Reynolds' Deposition, page 29

EX 17=2007-05-09 ERWIN 50% EMAIL (EP050532)l

EX 18=2005-11-03 GRNFLD CONTRIB (EP000035+36+362+57+59)

EX 19=ERWIN VOICE TRANSCRIPTS

EX 20=2005-12-09 GREENFIELD EMAIL-ERWIN

EX 21=2006-04-26 DECK (VZW000189309)

EX 22=2006-02-15 Greenfield WGA Registration

EX 23=2006-06-19 DECK

EX 24=2006-04-26 DECK+2009-03-10 VZW DISTRIB

EX 25=2005-11-01 WIBANKS-GREENFIELD EMAIL

EX 26=2006-02-13 WIBANKS NOTES OF CALL

EX 27-2006-03-28 WILBANKS-GREENFIELD EM

EX 28=2010-03-01 Greenfield Affidavit

EX 29=2010-02-17 Oliver Wood Supp Report

EX 30=2005-12-27 WILBANKS-GREENFIELD EM

EX 31=2005-12-29 December Deck to VZW

EX 32=2006-2-9 STRATTON EMAIL TO BOSWORTH

EX 33=2007-2-19 VZW committment to HSTS

EX 34=2006-11-22 Bosworth-Greenfield emails

EX 35=2007-1-11 Erwin-Greenfield emails

EX 36=2007-3-29 Greenfield emails

EX 37=2007-2-12 Bosworth emails

EX 38=2007-2-21 EM+MEMPHIS DECK

EX 39=2007-7-26 Greenfield Email

EX 40=2009-2-19 DUKAKIS EMAIL RE TV

EX 41=2006-03-15 Erwin-Greenfield- emails

EX 42=2005-10-27 WIBANKS-GREENFIELD EMAIL

EX 43=2007-05-11 CARTER-BOSWORTH EMAIL

EX 44=2007-06-12 TRADEMARK APPLICATIONS

EX 45=2008-08-22 ESQ LTR TO EP

EX 46=2008-09-15 FROM USPTO

EX 47=2009-06-15 PetitionToReviveAbandon

EX 48=2006-06-13 BOSWORTH-GREENFIELD EMAILS

EX 49=2009 GREENFIELD DECK SHOWING SOURCE

EX 50=2010-03-17-Mark Hughes Affidavit

EX 51=2006-03-17 Erwin-Greenfield emails

EX 52=2006-08-10 VZW EMAILS (GRNFLD)

EX 53=2006 VZW EMAILS

EX 54=2006-04-26 SLIDES+NOTES