# EXHIBIT "2"



# "How Sweet the Sound" Team

**"How Sweet the Sound" is a local marketing and television concept conceived by Erwin-Penland and 1st Approach as a reality program that taps into the soul of America with a celebration of music and spirituality.**

- Erwin-Penland
  - Erwin-Penland is wholly owned by Hill Holliday Connors Cosmopulos, one of the nation's largest marketing services companies and a member of the Interpublic family of companies. Among the clients we work with are Verizon Wireless, Dunkin' Donuts, CVS, Wachovia, Michelin, John Hancock and Anheuser-Busch.

- 1st Approach
  - Led by VNU's Branded Entertainment Monthly Publisher, Jeff Greenfield, 1st Approach capitalizes on the wane of traditional advertising and the wax of non-traditional marketing: engaging a three-pronged strategy of Internet, Branded Content, and Buzz Marketing. 1st Approach's Greenfield has served as an early consultant to the Emmy's and NATPE on branded entertainment and content marketing. Clients embracing this approach include: Kimberly-Clark, Restylane, Black & Decker, Johnson & Johnson's Tylenol PM, Sony BMG, and GlaxoSmithKline's Levitra.

VZW000189316



# "How Sweet The Sound"

# A branded entertainment concept for Verizon Wireless

Copyright by Erwin-Penland/1st Approach

April 26, 2006

VZW000189344