# EXHIBIT "10"

**Basic Capabilities**

General Advertising
Strategic Planning (Brand Planning/Research)
Creative
Account Management
Media Planning/Buying

Relationship Marketing
Direct Marketing
CRM Consulting*
Marketing Performance and Analytics*
Database Management
Field Marketing
Telemarketing*
Digital Marketing

Integrated Marketing & Specialized Services
Design
Public Relations
Corporate Communications
Events & Sponsorship Management
Corporate Identity
Branded Entertainment*
Business Planning
Crisis Communication
Hispanic Marketing
Interactive Marketing & Job Management Tools

\*      Items noted with an asterisk are specialized services on which we could partner with our Boston or New York offices as needed.

**Today's Presentation Team and Key Captain D's Staff appear at the end of this document.**



2