# EXHIBIT "22"

| | |
|---|---|
| **From:** | Jeff Greenfield |
| **To:** | Shannon Wilbanks; Joe Erwin; Allen Bosworth |
| **Subject:** | RE: Notes from 2/13 Verizon Wireless call |
| **Date:** | Wednesday, February 15, 2006 2:18:00 PM |
| **Attachments:** | HowSweetTheSound-WGA.pdf |

FYI - I have 'officially' registered 'How Sweet The Sound' with the WGA under both myself and Joe's name.

## Jeff Greenfield

Phone:     603-617-2985
Fax:         603-299-0775

Recent News:     http://www.1stapproach.com/news.html
Jeff's Blog:         http://www.productplacement.biz

How Sweet The Sound
The Search for America's Top Church Choir

Written by Jeff Greenfield & Joe Erwin

How Sweet The Sound is an 'American-Idol' style competition for church choirs.  Thru a series of regional competitions, regional winners will travel to a final competition where they will compete for prizes and be name 'America's #1 Church Choir'

Originally conceived and presented in late October 2005.

GREENFIELD/1STAPPROACH  000802



# Please Print This Page For Your Records

## Registration Confirmation

**Please print this page for your records.**

### Registration Number : 1113274

Thank you for your registration. Your material has been successfully registered with the WGA Intellectual Property Registry. Registrations are valid for a term of five years and can be renewed upon expiration. Please remember that changes cannot be made once material has been registered with the WGAw Intellectual Property Online Registration Service.

Should you have any questions regarding your online registration, please mail or fax your photo ID along with your written request to the Intellectual Property Registry at (323) 782-4803.

We greatly appreciate your business and would like your feedback. Click here to let us know your thoughts and suggestions about our service.

**Registered Item Information:**

| | |
|---|---|
| Material Type : | CONCEPT |
| Intended Medium : | TV |
| Item Title : | How Sweet The Sound |
| Filename : | How Sweet The Sound.doc |
| Submission Date : | 2/15/2006 11:18:46 AM |

**Registrant/Author Information:**

| | |
|---|---|
| Registrant ID : | 031580590 |
| Registrant Last Name : | Greenfield |
| Registrant First Name : | Jeff |
| Registrant Middle Name : | |

**Co-Author Information:**

| | |
|---|---|
| Author 1 ID : | 031580590 |
| Author 1 Last Name : | Greenfield |
| Author 1 First Name : | Jeff |
| Author 1 Middle Name : | |
| Author 2 ID : | 031580590 |

| | |
|---|---|
| Author 2 Last Name : | Erwin |
| Author 2 First Name : | Joe |
| Author 2 Middle Name : | |

**Credit Card was Charged:**

| | |
|---|---|
| Credit Card # : | XXXXXXXXXX-8763 |
| Name on Card: | Cheryl D Greenfield |
| Credit Card Expiration Date(mmyy) : | 0907 |
| Credit Card Amount : | USD 20 |

We value our registrants' comments for making the service more secure and efficient.  Click here to complete our Online Registration survey.

Next Registration

Home