# EXHIBIT "48"

| | |
|---|---|
| **From:** | Allen Bosworth |
| **To:** | Jeff Greenfield |
| **Subject:** | RE: How Sweet the Sound Follow Up |
| **Date:** | Tuesday, June 13, 2006 3:12:42 PM |

Great. Thanks.

I'm writing up the revised approach this afternoon as well.

Allen

-----Original Message-----
From: Jeff Greenfield [mailto:jeff@1stapproach.com]
Sent: Tuesday, June 13, 2006 3:07 PM
To: Allen Bosworth; Jeff Greenfield
Cc: Joe Erwin; Andy Mendelsohn; Shannon Wilbanks
Subject: RE: How Sweet the Sound Follow Up

Working on it this pm.

Thought is to provide both regional option and national option.

Thoughts?

-----Original Message-----
From: "Allen Bosworth" <allen.bosworth@erwinpenland.com>
To: "Jeff Greenfield" <jeff@1stapproach.com>
Cc: "Joe Erwin" <Joe.Erwin@erwinpenland.com>; "Andy Mendelsohn" <andy.mendelsohn@erwinpenland.com>; "Shannon Wilbanks" <Shannon.Wilbanks@erwinpenland.com>
Sent: 6/13/06 14:26
Subject: How Sweet the Sound Follow Up

Jeff: It was good speaking with you the other day. When do you think we'll see revised production costs against the new idea?




Allen

GREENFIELD/1STAPPROACH 000131