AO50 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Hill Holliday Connors Cosmopuloss Inc, d/b/a Erwin Penland, *Plaintiff* v. Jeffrey Greenfield, 1st Approach LLC, *Defendants* *Third Party Plaintiffs* v. Cellco Partnership, d/b/a Verizon Wireless, and Joseph A. Erwin, *Third Party Defendants* | Civil Action No. 6:08-CV-03980-GRA |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

**X**  Summary judgment is entered in favor of the Plaintiff Hill Holliday Cosmopulos Inc, d/b/a Erwin-Penland; Summary judgment is entered in favor of Third-Party Defendant Joseph A. Erwin; Summary judgment is entered in favor of Third-Party Defendant Cellco Partnership, d/ba/ Verizon Wireless.

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above was reached.

**X** decided by Judge   G. Ross Anderson, Jr. on the record

Date:   April 9, 2010                                      CLERK OF COURT

                                                           */s/ Kramer*

Greenville, South Carolina                                 _____
                                                           *Signature of Clerk or Deputy Clerk*