IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| HILL HOLLIDAY CONNORS COSMOPULOS, INC. d\b\a ERWIN-PENLAND,<br>    Plaintiff,<br><br>vs.<br><br>JEFFREY GREENFIELD and 1st APPROACH, LLC,<br>    Defendants, and<br>    Third-Party Plaintiffs,<br><br>vs.<br><br>CELLCO PARTNERSHIP d\b\a VERIZON WIRELESS, and JOSEPH A. ERWIN,<br>    Third-Party Defendants. | Case Number: 6:08-CV-3980-GRA<br><br><br><br><br><br>Notice of Appeal |

Notice is hereby given that Defendants and Third-Party Plaintiffs, 1st Approach LLC and Jeffrey Greenfield, in the above-captioned case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Orders and Judgments entered in this action on April 8, 2010, and April 9, 2010, respectively, copies of which are attached hereto as Exhibits A, B and C.

**The Law Office of P. Jeffrey North LLC**

*[signature]*

**By:    P. Jeffrey North, Esq.**

**Attorney Identification Number 9885**
**PO Box 7525**
**Hilton Head SC 29938**
**Phone (843) 341-5200**
**Fax    (888) 487-7624**
**Email attorney@pjnorth.com**
**April 14, 2010**
**Hilton Head SC**

**CERTIFICATE OF SERVICE**

This is to certify that on April 14, 2010, the undersigned, attorney for the Defendants and Third-Party Plaintiffs, 1st Approach LLC and Jeffrey Greenfield, served the above-shown Notice of Appeal upon all counsel of record by ECF.

                                        The Law Office of P. Jeffrey North LLC

**By:** _____
                                        P. Jeffrey North, Esq.
                                        PO Box 7525
                                        Hilton Head Island, SC 29938
                                        Phone (843) 341-5200
                                        Fax     (888) 487-7624
                                        Email  attorney@pjnorth.com

**April 14, 2010**
**Hilton Head Island, SC**